WILMER CUTLER PICKERING
 HALE AND DORR LLP
DAVINA PUJARI, SBN 183407
davina.pujari@wilmerhale.com
CHRISTOPHER A. RHEINHEIMER, SBN 253890
chris.rheinheimer@wilmerhale.com
1 Front Street, Suite 3500
San Francisco, California 94111
Telephone:    (628) 235-1002
Facsimile:    (628) 235-1001

WILMER CUTLER PICKERING
 HALE AND DORR LLP
CHRISTOPHER T. CASAMASSIMA, SBN 211280
chris.casamassima@wilmerhale.com
350 South Grand Avenue, Suite 2400
Los Angeles, CA 90071
Telephone:    (213) 443-5300
Facsimile:    (213) 443-5400

Attorneys for Defendants
TETRA TECH, INC., TETRA TECH EC, INC.,
AND ANDREW BOLT

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| LINDA PARKER PENNINGTON, et al., <br><br>    Plaintiffs, <br><br>    v. <br><br>TETRA TECH, INC.; TETRA TECH EC, INC.; LENNAR CORPORATION; HPS1 BLOCK 50 LLC; HPS1 BLOCK 51 LLC; HPS1 BLOCK 53 LLC; HPS1 BLOCK 54 LLC; HPS1 BLOCK 56/57 LLC; FIVE POINT HOLDINGS, LLC; HPS DEVELOPMENT CO., L.P.; WILLIAM DOUGHERTY; ANDREW BOLT; EMILE HADDAD, <br><br>    Defendants. | Case No. 3:18-cv-05330-JD <br><br> Related To:  Case No. 3:19-cv-01417-JD <br>            Case No. 3:19-cv-07510-JD <br>            Case No. 3:20-cv-01480-JD <br>            Case No. 3:20-cv-01481-JD <br>            Case No. 3:20-cv-01485-JD <br><br>**NOTICE OF APPEAL** |

Case No. 3:18-cv-05330-JD
TETRA TECH DEFENDANTS' NOTICE OF APPEAL

Notice is hereby given that Defendants Tetra Tech, Inc., Tetra Tech EC, Inc., and Andrew Bolt ("Tetra Tech Defendants") appeal to the United States Court of Appeals for the Ninth Circuit from the Judgment Relating to the Lennar and Five Point Defendants, entered in this action on May 17, 2022 (Dkt. 231). This appeal also encompasses all rulings, proceedings, orders, findings, and decisions interlocutory thereto, incorporated within, or underlying the Judgment, including but not limited to the Order Regarding Final Approval of Class Settlement With Lennar Defendants; Good Faith Settlement Determination; And Attorney's Fees And Costs, entered in this action on March 28, 2022 (Dkt. 224).

DATED: June 13, 2022

WILMER CUTLER PICKERING HALE AND DORR LLP

By: ___/s/ Christopher A. Rheinheimer___
DAVINA PUJARI
CHRISTOPHER A. RHEINHEIMER
CHRISTOPHER T. CASAMASSIMA
Attorneys for DEFENDANTS
TETRA TECH, INC., TETRA TECH EC, INC., AND ANDREW BOLT

## Representation Statement

Tetra Tech Defendants file this Representation Statement with the Notice of Appeal pursuant to Ninth Circuit Rule 3-2.

**Appellants:**

**TETRA TECH, INC., TETRA TECH EC, INC., AND ANDREW BOLT**

WILMER CUTLER PICKERING
 HALE AND DORR LLP
DAVINA PUJARI, SBN 183407
davina.pujari@wilmerhale.com
CHRISTOPHER A. RHEINHEIMER, SBN 253890
chris.rheinheimer@wilmerhale.com
1 Front Street, Suite 3500
San Francisco, California 94111
Telephone:     (628) 235-1002
Facsimile:     (628) 235-1001

WILMER CUTLER PICKERING
 HALE AND DORR LLP
CHRISTOPHER T. CASAMASSIMA, SBN 211280
chris.casamassima@wilmerhale.com
350 South Grand Avenue, Suite 2400
Los Angeles, CA 90071
Telephone:     (213) 443-5300
Facsimile:     (213) 443-5400

**Appellees:**

**LINDA PARKER PENNINGTON, et al.**

JOSEPH W. COTCHETT (SBN 36324)
jcotchett@cpmlegal.com
ANNE MARIE MURPHY (SBN 202540)
amurphy@cpmlegal.com
DONALD J. MAGILLIGAN (SBN 257714)
dmagilligan@cpmlegal.com
COTCHETT, PITRE & McCARTHY, LLP
San Francisco Airport Office Center
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-057

BRADLEY R. BOWLES (SBN 202722)
bbowles@bowlesverna.com
BOWLES & VERNA LLP
2121 N. California Blvd., Suite 875
Walnut Creek, California 94596
Telephone: (925) 935-3300

Facsimile: (925) 935-0371

Amanda M. Karl (SBN 301088)
amk@classlawgroup.com
Andre Michel Mura (SBN 298541)
amm@classlawgroup.com
GIBBS LAW GROUP LLP
1111 Broadway, Suite 2100
Oakland, CA 94607
Telephone: (510) 350-9700
Telephone: (510) 350-9701

**FIVE POINT HOLDINGS, LLC, AND EMILE HADDAD**

ALSTON & BIRD LLP
JEFFREY DINTZER, SBN 139056
Jeffrey.Dintzer@alston.com
MATTHEW WICKERSHAM, SBN 241733
Matt.Wickersham@alston.com
333 S. Hope St., 16th Floor
Los Angeles, CA 90071
Telephone: (213) 576-1000
Facsimile: (213) 576-1100

**LENNAR CORPORATION, HPS1 BLOCK 50 LLC, HPS1 BLOCK 51 LLC, HPS1 BLOCK 53 LLC, HPS1 BLOCK 54 LLC, HPS1 BLOCK 56/57 LLC, AND HPS DEVELOPMENT CO., LP**

DANIEL M. PETROCELLI (S.B. #97802)
dpetrocelli@omm.com
DAVID MARROSO (S.B. #211655)
dmarroso@omm.com
VISION WINTER (S.B. #234172)
vwinter@omm.com
MADHU POCHA (S.B. #260997)
mpocha@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, California 90067-6035
Telephone: +1 310 553 6700
Facsimile: +1 310 246 6779
GEOFFREY H. YOST (S.B. #159687)
gyost@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California 94111-3823
Telephone: +1 415 984 8700

**CERTIFICATE OF SERVICE**

I hereby certify that on June 13, 2022, I electronically field the foregoing with the clerk of the court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the electronic mail notice list.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed June 13, 2022.

*/s/ Christopher A. Rheinheimer*
Christopher A. Rheinheimer