UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 27 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| LINDA PARKER PENNINGTON; et al., <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> TETRA TECH EC, INC.; et al., <br><br> Defendants-Appellants, <br><br> v. <br><br> LENNAR CORPORATION; et al., <br><br> Defendants-Appellees, <br><br> and <br><br> BILL DOUGHERTY; et al., <br><br> Defendants. | No.   22-15908 <br><br> D.C. No. 3:18-cv-05330-JD <br> Northern District of California, <br> San Francisco <br><br> ORDER |

Appellants' unopposed motion (Docket Entry No. 10) for voluntary dismissal is granted.  This appeal is dismissed.  Fed. R. App. P. 42(b).

This order served on the district court acts as the mandate of this court.

10/17/2022/Pro Mo

2

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Lorela Bragado-Sevillena
Deputy Clerk
Ninth Circuit Rule 27-7

10/17/2022/Pro Mo                2