**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* JAHR, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>TETRA TECH EC, INC., *et al*,<br><br>Defendants. | [~~PROPOSED~~] **AMENDED STIPULATED PROTECTIVE ORDER**<br>**(Civ. L.R. 7-12)**<br><br>**Assigned to Hon. Judge James Donato**<br><br>Case No. 3:13-cv-03835-JD; 3:16-cv-1106-JD; 3:16-cv-1107-JD |
| UNITED STATES OF AMERICA, *ex rel.* MCLAUGHLIN,<br><br>Plaintiffs,<br><br>v.<br><br>SHAW ENVIRONMENTAL & INFRASTRUCTURE, INC., et al,<br><br>Defendants. | Case No. 3:14-cv-01509-JD |
| LINDA PARKER PENNINGTON, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>TETRA TECH EC, INC., *et al*,<br><br>Defendants. | Case No. 3:18-cv-05330-JD |
| BAYVIEW HUNTERS POINT RESIDENTS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>TETRA TECH EC, INC., *et al*,<br><br>Defendants. | Case No. 3:19-cv-01417-JD |
| KEVIN ABBEY, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>TETRA TECH EC, INC., *et al.*, | Case No. 3:19-cv-7510-JD |

| | |
|---|---|
| Defendants. | |
| KEVIN ABBEY, *et al.*, | Case No. 3:20-cv-06443-JD |
| Plaintiffs, | |
| v. | |
| UNITED STATES OF AMERICA, *et al.*, | |
| Defendants. | |
| CPHP DEVELOPMENT, LP, *et al.*, | Case No. 3:20-cv-1485-JD |
| Plaintiffs, | |
| v. | |
| TETRA TECH EC, INC., *et al.*, | |
| Defendants. | |
| FIVE POINT HOLDINGS, LLP, *et al.*, | Case No. 3:20-cv-1480-JD |
| Plaintiffs, | |
| v. | |
| UNITED STATES OF AMERICA, *et al*., | |
| Defendants. | |
| FIVE POINT HOLDINGS, LLP, *et al*., | Case No. 3:20-cv-1481-JD |
| Plaintiffs, | |
| v. | |
| TETRA TECH EC, INC., *et al.*, | |
| Defendants. | |
| TETRA TECH EC, INC., | Case No. 3:19-cv-04704-JD |
| Plaintiff, | |
| v. | |
| CH2M HILL, INC., *et al*., | |
| Defendants. | |

[PROPOSED] STIPULATED AMENDED PROTECTIVE ORDER
3:13-CV-03835 JD

Pursuant to Civil Local Rule 7-12, the parties in the following cases hereby stipulate to entry of this [Proposed] Stipulated Amended Order: *US ex rel. Arthur R. Jahr, III, et al. v. Tetra Tech EC, Inc., et al.*, Case No. C 13-3835 JD ("*Jahr*"); *US ex rel. Donald K. Wadsworth, et al. v. Tetra Tech EC, Inc., et al.*, Case No. C 16-1107 JD ("*Wadsworth*"); *US ex rel. Anthony Smith v. Tetra Tech EC, Inc., et al.*, Case No. C 16-1106 JD ("*Smith*"); *US ex rel. McLaughlin v. Shaw Environment and Infrastructure, Inc., et al.*, Case No. 14-1509 JD ("*McLaughlin*"); *Linda Parker Pennington v. Tetra Tech, Inc., et al.*, Case No. 18-5330 JD ("*Pennington*"); *Bayview Hunters Point Residents, et al. v. Tetra Tech Inc., et al.*, Case No. 19-1417 JD ("*Bayview Hunters Point Residents*"); *Kevin Abbey v. Tetra Tech EC, Inc., et al.*, Case No. 19-7510 JD and *Kevin Abbey v. United States.*, Case No. 20-6443 JD ("*Abbey.*"); *Five Point Holdings, LLC, et al. v. United States*, Case No. 3:20-cv-1480 and *Five Point Holdings, LLC et al. v. Tetra Tech, Inc., et al.*, Case No. 3:20-cv-01481 ("*Five Point*"); *CPHP Development, LP, et al. v. Tetra Tech, Inc., et al.*, Case No. 3:20-cv-01485 ("*CPHP*"); and *Tetra Tech EC. Inc. v CH2M Hill, Inc.*, Case No. 3:19-cv-4704 ("*CH2M Hill*")_ (collectively, the "Actions").

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: January 27, 2023 | COTCHETT, PITRE & McCARTHY, LLP |
| 3 | | By: ___*/s/ Anne Marie Murphy*___ |
| 4 | | JOSEPH W. COTCHETT (SBN 36324) |
| 5 | | ANNE MARIE MURPHY (SBN 202540) |
| | | DONALD J. MAGILLIGAN (SBN 257714) |
| 6 | | Attorneys for PENNINGTON PLAINTIFFS |
| 7 | DATED: January 27, 2023 | WALKUP, MELODIA, KELLY AND |
| 8 | | SCHOENBERGER |
| 9 | | By: ___*/s/ Clifton Smoot*___ |
| 10 | | KHALDOUN A. BAGHADI (SBN 190111) |
| | | SARA M. PETERS (SBN 260610) |
| 11 | | JADE SMITH-WILLIAMS (SBN 318915) |
| 12 | | CLIFTON SMOOT (SBN 305728) |
| | | Attorneys for PLAINTIFFS KEVIN ABBEY, ET AL. |
| 13 | | |
| 14 | DATED: January 27, 2023 | BONNER & BONNER |
| 15 | | By: */s/ A. Cabral Bonner* |
| 16 | | CHARLES A. BONNER (SBN 85413) |
| | | A. CABRAL BONNER (SBN 247528) |
| 17 | | Attorneys for PLAINTIFFS BAYVIEW HUNTERS POINT RESIDENTS |

[PROPOSED] STIPULATED AMENDED PROTECTIVE ORDER

2

| | | |
|---|---|---|
| 1 | DATED: January 27, 2023 | LAW OFFICE OF DAVID ANTON |
| 2 | | |
| 3 | | By: _/s/ David C. Anton_ |
| | | DAVID C. ANTON (SBN 95852) |
| 4 | | Attorneys for RELATORS |
| 5 | | |
| 6 | DATED: January 27, 2023 | O'MELVENY & MYERS LLP |
| 7 | | By: _/s/ Madhu R. Pocha_ |
| | | DANIEL M. PETROCELLI (SBN 97802) |
| 8 | | DAVID J. MARROSO (SBN 211655) |
| 9 | | GEOFFREY H. YOST (SBN 159687) |
| | | MADHU R. POCHA (SBN 260997) |
| 10 | | Attorneys for LENNAR CORP.; HPS DEVELOPMENT CO., L.P.; HPS1 BLOCK 50 LLC; HPS1 BLOCK 51 LLC; HPS1 BLOCK 53 LLC; AND HPS1 BLOCK 54 LLC |
| 11 | | |
| 12 | | |
| 13 | DATED: January 27, 2023 | ALSTON & BIRD |
| 14 | | |
| 15 | | By: _/s/ Jeffrey D. Dintzer_ |
| | | JEFFREY D. DINTZER (SBN 139056) |
| 16 | | MATTHEW C. WICKERSHAM (SBN 241733) |
| | | Attorneys for FIVE POINT HOLDINGS, LLC, CP DEVELOPMENT CO., LLC, AND EMILE HADDAD |
| 17 | | |
| 18 | | |
| 19 | DATED: January 27, 2023 | LAW OFFICES OF RICHARD M. STEINGARD |
| 20 | | |
| 21 | | By: _/s/ Richard M. Steingard_ |
| | | RICHARD M. STEINGARD (SBN 106374) |
| 22 | | Attorneys for DEFENDANT BILL DOUGHERTY |

[PROPOSED] STIPULATED AMENDED PROTECTIVE ORDER

3

| | |
|---|---|
| DATED: January 27, 2023 | WILMERHALE LLP |
| | By:  */s/ Christopher A. Rheinheimer*<br>DAVINA PUJARI<br>CHRISTOPHER A. RHEINHEIMER<br>CHRISTOPHER T. CASAMASSIMA<br>SAMUEL C. LEIFER<br>GEMMA BATEMAN<br>Attorneys for TETRA TECH, INC., TETRA TECH EC, INC., ANDREW BOLT, DAN L. BATRACK, and STEVEN M. BURDICK |
| DATED: January 27, 2023 | BRADLEY ARANT BOULT CUMMINGS LLP |
| | By:  */s/ Lyndsay E. Medlin*<br>KIMBERLY B. MARTIN (pro hac vice)<br>KIMBERLY M. INGRAM (SBN 305497)<br>LYNDSAY E. MEDLIN (pro hac vice)<br>Attorneys for DEFENDANTS SHAW ENVIRONMENTAL & INFRASTRUCTURE, INC., CHICAGO BRIDGE & IRON COMPANY N.V., APTIM CORPORATION, AND APTIM FEDERAL SERVICES, LLC |
| DATED: January 27, 2023 | BORDIN SEMMER LLP |
| | By: */s/ Bryan C. Swaim*<br>BRYAN C. SWAIM, SBN 289729<br>bswaim@bordinsemmer.com<br>Attorneys for DEFENDANTS RADIOLOGICAL SURVEY & REMEDIATION SERVICES, LLC, DARYL DELONG, AND BRIAN HENDERSON |

[PROPOSED] STIPULATED AMENDED PROTECTIVE ORDER

4

| | | |
|---|---|---|
| 1 | DATED: January 27, 2023 | TROPEA MCMILLAN, LLP |
| 2 | | By: _/s/ Santino M. Tropea_ |
| 3 | | SANTINO M. TROPEA (SBN 249215) |
| | | Attorneys for DEFENDANT IO ENVIRONMENTAL |
| 4 | | & INFRASTRUCTURE, INC. |

DATED: January 27, 2023         STEPHANIE M. HINDS (SBN 154284)
                                United States Attorney

                        By:     _/s/ Robert Chandler_
                                MICHAEL T. PYLE (SBN 172954)
                                SAVITH IYENGAR
                                Assistant United States Attorneys
                                450 Golden Gate Avenue
                                Ninth Floor, Box 36055
                                San Francisco, CA 94102
                                Tel: (415) 436-7018

                                JAMIE ANN YAVELBERG
                                PATRICK KLEIN
                                ROBERT CHANDLER
                                JONATHAN K. HOERNER
                                JOHN F. SCHIFALACQUA
                                A. THOMAS MORRIS
                                Civil Division, Fraud Section
                                175 N Street NE
                                Room 9.208
                                Washington, DC 20002
                                Tel: (202) 514-4678
                                *Attorneys for Plaintiff* UNITED STATES OF
                                AMERICA

[PROPOSED] STIPULATED AMENDED PROTECTIVE ORDER

5

DATED:  January 27, 2023

J. PATRICK GLYNN
Director, Torts Branch
BRIDGET BAILEY LIPSCOMB
Assistant Director
ADAM BAIN
Senior Trial Counsel

By:   /s/ Michele S. Greif
MICHELE S. GREIF
CAROLINE STANTON
ROSEMARY YOGIAVEETIL
KENNETH A. PILGRIM
Trial Attorneys
Civil Division, Environmental Torts
175 N Street NE
Room 11.204
Washington, DC 20002
Telephone: (202) 353-2492

*Attorneys for defendant* UNITED STATES OF AMERICA

| | | |
|---|---|---|
| DATED: January 27, 2023 | | MUNGER, TOLLES & OLSON LLP |
| | By: | /s/ *Blanca F. Young* |
| | | BLANCA F. YOUNG |
| | | 560 Mission Street, 27th Floor |
| | | San Francisco, CA 94105-3089 |
| | | Telephone: (415) 512-4000 |
| | | Facsimile: (415) 512-4077 |
| | | *Attorneys for Defendant* CH2M Hill, Inc. |
| DATED: January 27, 2023 | | ZELMS ERLICH & MACK |
| | By: | /s/ *Renat K. Erlich* |
| | | RENAT K. ERLICH |
| | | 20920 Warner Center Lane, Suite B |
| | | Woodland Hills, CA 91367 |
| | | Telephone: (213) 347-9139 |
| | | Facsimile: (818) 999-9155 |
| | | *Attorneys for Defendant* SC&A, INC. |
| DATED: January 27, 2023 | | EDLIN GALLAGHER HUIE + BLUM |
| | By: | /s/ *Erin K. Poppler* |
| | | ERIN K. POPPLER |
| | | 500 Washington Street, Suite 700 |
| | | San Francisco, CA 94111 |
| | | Telephone: (628) 207-1491 |
| | | Facsimile: (415) 397-1339 |
| | | *Attorneys for Defendant* Perma-Fix Environmental Services, Inc. |
| DATED: January 27, 2023 | | FURUKAWA CASTLES LLP |
| | By: | /s/ *Bruce Furukawa* |
| | | BRUCE FURUKAWA |
| | | 800 Airport Boulevard, Suite 504 |
| | | Burlingame, CA 94010 |
| | | Telephone: (415) 632-1584 |
| | | Facsimile: (415) 510-2240 |
| | | *Attorneys for Defendant* Cabrera Services, Inc. |

DATED: January 27, 2023

DAVIS WRIGHT TREMAINE LLP

By: /s/ *Joseph E. Addiego, III*
JOSEPH E. ADDIEGO, III
50 California, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599

*Attorneys for Defendant* Battelle Memorial Institute

**Civil Local Rule 5-1(i)(3) Attestation**

Pursuant to Local Rule 5-1(i)(3), I, Caroline W. Stanton, the ECF filer of this document, hereby attest that I obtained concurrence in the filing of this document from each of the other signatories.

Date:   January 27, 2023

By:   */s/ Caroline W. Stanton*
      Caroline W. Stanton

[PROPOSED] STIPULATED AMENDED PROTECTIVE ORDER

9

## ~~[PROPOSED]~~ AMENDED PROTECTIVE ORDER

PURSUANT TO STIPULATION, IT IS ORDERED that:

Given the remaining volume of material to be produced in a limited amount of time, a Party may not be able to review every document or item for confidentiality prior to production. To facilitate production, this Amended Protective Order clarifies that documents or certain document collections may be endorsed globally with a confidentiality designation, rather than endorsing only the pages with protected information. This Order further clarifies that Personally Identifiable Information and information referenced in the Privacy Act, 5 U.S.C. § 552a, is subject to protection in the absence of endorsement. Therefore, a Party that follows the terms of this Amended Protective Order will not be subject to sanction under the original Stipulated Protective Order, 3:13-cv-03835-JD, ECF No. 174, § 5 (Designating Protected Material).

1. **Documents may be marked in their entirety, rather than page by page.**

Section 5.2(a) of the Stipulated Protective Order is hereby modified to provide that Documents containing "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" information may be produced by endorsing the entire document, rather than the specific page or pages containing Protected Material.

A Producing Party may conduct targeted searches to identify documents that are considered likely to contain Protected Material and the search results may be endorsed as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" in their entirety without review of each individual document. At the time of production, the Producing Party shall notify the Receiving Parties of the process it utilized to identify any such collection. A Producing Party utilizing targeted searches must conduct quality control review and also update and/or refine its targeted search process if and when it becomes aware of Protected Material. No Party shall make any designations for an improper purpose.

2. **Discovery that contains Personally Identifiable Information and/or information subject to the Privacy Act, 5 U.S.C. § 552a may be produced without endorsement.**

A Party may produce documents or items containing Personally Identifiable Information ("PII") and information subject to the Privacy Act, 5 U.S.C. 552a, without endorsement.

PII is information that can be used to trace or identify an individual. Such information includes, but is not limited to, social security numbers, personal cell phone numbers, home phones numbers/addresses, personal email addresses, correspondence that discloses medical leave or other personal details, date of birth, graduation dates, conference call lines/attendee codes, and contractor employee names.

PII and Privacy Act information is readily identifiable. A Party who seeks to use PII or Privacy Act information shall handle such information pursuant to applicable law, local rules, and ECF guidelines, notwithstanding the absence of a confidentiality endorsement.

This Order allows the disclosure of Personally Identifiable Information pursuant to the Privacy Act. *See* 5 U.S.C. § 552a(b)(11).

**3. Miscellaneous Provisions**

a. If a Receiving Party determines that it intends to use a document produced pursuant to Section 1 of this Amended Protective Order, that Receiving Party may request that the Producing Party review the document to determine the specific pages that qualify for protection under Section 5 of the Stipulated Protective Order. The Producing Party shall have 14 days to re-produce that document with the appropriate confidentiality designation affixed to the specific pages subject to protection pursuant to Section 5.2(a) of the Stipulated Protective Order.

b. Nothing in this Amended Protective Order shall limit a Party's right to conduct pre-production review of Documents as it deems appropriate. Therefore, a Party may review documents, ESI, or other material for relevance, responsiveness, confidentiality, privileged material and/or protected information before production.

c. Challenges to the confidentiality of a Party's information should be addressed by the Party claiming confidentiality, regardless of which Party produced the information.

d. This Amended Protective Order modifies Sections 5.1 and 5.2 of the original Stipulated Protective Order. The remaining provisions of the original Protective Order remain intact. Therefore, the provisions in the original Stipulated Protective Order regarding the designation of electronic information that is provided in native form or a format that is not amenable to visible endorsement on the image, the duration of confidentiality obligations, challenges to

confidentiality designations, access and use of protected material, subpoenas or court orders in unrelated cases, disclosure to federal agencies or Congress, and unauthorized disclosure, remain intact to the extent the provisions are consistent with this Amended Protective Order.

DATED: February 2, 2023

_____
HON. JAMES DONATO
United States District Judge

[PROPOSED] STIPULATED AMENDED PROTECTIVE ORDER