# EXHIBIT A

<u>Exhibit A</u>

**Charts of Side One's Repetitive Questions About Mr. Rolfe's Proffer Interview Report and Mr. Rolfe's Answers (Exh. 622 & 2002)**

Questions and answers regarding page 4 of Mr. Rolfe's Attorney Proffer: "Dougherty would sometimes pressure Rolfe in one-on-one meetings."

| **Duplicative Questions:** | **Answers:** |
|---|---|
| [MR. MARROSO:] Q. True or false: Dougherty would sometimes pressure Rolfe in one-on-one meetings. (Day 1 Tr. 200:1-2). | A. That is false. (Day 1 Tr. 200:3). |
| [MR. MARROSO:] Q. Did you tell Prosecutor Kearney and federal criminal investigators that Dougherty would sometimes pressure you in one-on-one meetings? (Day 1 Tr. 200:4-6). | A. I -- I don't ever remember -- I don't remember telling him. I do not remember telling prosecutors that, and I don't ever remember having a one-on-one with Dougherty. (Day 1 Tr. 200:7-10). |
| [MR. MARROSO:] Q. Could you read to me the words from the third paragraph that you believe are inaccurate restrictions of things you said to federal investigators on February 24th, 2017. (Day 1 Tr. 229:1-4). | A. Dougherty would sometimes pressure Rolfe in one-on-one meetings. I don't ever remember having a one-on-one meeting ever on site with Bill Dougherty, so I don't remember saying that. (Day 1 Tr. 229:5-9). |
| [MR. DINTZER:] Q. Okay. Let's go to the next one down. Can you read that one to us out loud, the next highlighted portion?<br><br>[A. Yeah. "Dougherty would sometimes pressure Rolfe in one-on-one meetings.· Dougherty and Weingarz sometimes went around Rolfe and told the techs to get clean dirt."]<br><br>…<br><br>Q. Did you tell Ms. Adair, Mr. Kearney, and the other investigators in the room what you just read to us in sum and substance? (Day 2 Tr. 514:13-23). | A. I don't ever remember having one-on-one meetings with Dougherty. (Day 2 Tr. 515:3-4). |

\*   \*   \*

**Exhibit A**

Questions and answers regarding page 4 of Mr. Rolfe's Attorney Proffer: "Rolfe understood 'get clean dirt' to mean to use dirt from areas known to be clean."

| **Duplicative Questions:** | **Answers:** |
|---|---|
| [MR. MARROSO:] Q. But when you heard those words, whether they were directed to you or not, you understood them as a direction to go outside the appropriate survey unit and get dirt from other areas that were known to be clean. (Day 1 Tr. 84:25-85:3). | [MS. GOLDEN:] Objection.<br><br>[MR. MARROSO:] Q. True?<br><br>[MS. GOLDEN:] Lacks foundation.<br><br>[MS. PUJARI:] Objection. Form.<br><br>[THE WITNESS:] No. (Day 1 Tr. 85:4-9). |
| [MR. MARROSO:] Q. And did you interpret any of these statements from Mr. Dougherty, Mr. McWade, Mr. Weingarz, as a direction to go outside the appropriate survey unit and get dirt from other areas known to be clean? (Day 1 Tr. 169:17-20). | A. No. (Day 1 Tr. 169:21). |
| [MR. MARROSO:] Q. When Mr. Dougherty used the words "get clean dirt," you understood that to mean to use dirt from areas known to be clean; true or false? (Day 1 Tr. 206:9-11). | A. It's false. (Day 1 Tr. 206:12). |
| [MR. MARROSO:] Q. Did you tell Prosecutor Kearney and criminal investigators that when Mr. Dougherty and Mr. Weingarz said "get clean dirt," you understood that to mean use dirt from areas known to be clean? (Day 1 Tr. 206:13-16). | A. No. (Day 1 Tr. 206:17). |

*     *     *

Questions and answers regarding page 4 of Mr. Rolfe's Attorney Proffer: "There were probably 10 or 20 times that he saw a COC being filled out and knew that it was not right."

| **Duplicative Questions:** | **Answers:** |
|---|---|
| [MR. MARROSO:] Q. True or false: There were probably 10 or 20 times that you | A. That's probably false because I never really looked at them. (Day 1 Tr. 206:24-25). |

**Exhibit A**

| **Duplicative Questions:** | **Answers:** |
|---|---|
| personally saw a chain of custody form being filled out and knew that it was not right? (Day 1 Tr. 206:21-23). | |
| [MR. MARROSO:] Q. Did you tell Prosecutor Kearney and criminal investigators that there were probably 10 or 20 times that you saw a chain of custody being filled out and knew it was not right? (Day 1 Tr. 207:1-4). | A. I could have said that. But in reality, thinking back, I never looked at them. (Day 1 Tr. 207:5-6). |