# EXHIBIT B

<u>Exhibit B</u>

**Charts of Side One's Repetitive Questions About Mr. Rolfe's Plea Agreement and Mr. Rolfe's Answers (Exh. 200 & 2012)**

Questions and answers regarding page 3, lines 14-16 of Mr. Rolfe's Plea Agreement: "During 2012, I told the RCTs on my team to get 'clean dirt' from areas known to be clean and taken from outside the marked survey unit areas to use as substitute samples for the dirt from the marked survey unit."

| **Duplicative Questions:** | **Answers:** |
| --- | --- |
| [MR. MARROSO:] Q. Next paragraph says: During 2012, I told the RCTs on my team to get "clean dirt" from areas known to be clean and taken from outside the marked survey unit areas to use as substitute samples for the dirt from the marked survey unit. I did this so that the survey unit would pass laboratory analysis and not require further remediation. … <br><br> Q. You did, in fact, tell your RCTs to get clean dirt from areas known to be clean and taken from outside the marked survey unit areas, isn't that a fact? (Day 1 Tr. 99:2-20). | A. That is a fact. (Day 1 Tr. 99:21). |
| [MR. MARROSO:] Q. Did you or did you not tell RCTs on your team to get "clean dirt" from areas known to be clean and taken outside of the marked survey unit areas to use as substitute samples for the dirt for the marked survey unit? (Day 1 Tr. 101:18-22). | A: Yes, I did. (Day 1 Tr. 101:25). |
| [MR. MARROSO:] Q. Did you tell your RCTs to get clean dirt outside the designated survey units? (Day 1 Tr. 112:5-6). | A. Yes. (Day 1 Tr. 112:7). |
| [MR. DINTZER:] Q. Okay. Is the statement "I told the RCTs on my team to get clean dirt," on page 3, line 14 of your plea agreement untrue? (Day 2 Tr. 549:18-20). | A. I didn't use the term "clean dirt." (Day 2 Tr. 550:3). |

*     *     *

**Exhibit B**

Questions and answers regarding page 4, lines 4-6 of Mr. Rolfe's Plea Agreement: "One [supervisor] told me on multiple occasions to 'get the hell out of that area,' in reference to a particular survey unit that was not testing clean."

| Duplicative Questions: | Answers: |
|---|---|
| [MR. MARROSO:] Q. Did Mr. Dougherty tell you to get the hell out of that area in reference to a particular survey unit that was not testing clean? (Day 1 Tr. 79:8-10). | A. I don't remember the survey unit part. So somebody -- again. (Day 1 Tr. 79:15-16). |
| [MR. MARROSO:] Q. … Did Mr. Dougherty tell you on multiple occasions to get the hell out of that area? (Day 1 Tr. 79:20-21). | A. I said something like that, but it wasn't telling me to get the hell out of there. He said "We have to get out." (Day 1 Tr. 80-1-3). |
| [MR. MARROSO:] Q. And your testimony here today under oath is that Mr. Dougherty said get the hell out of that area one time, and it was with respect to the trench that you just mentioned? Is that true, sir? (Day 1 Tr. 81:6-9). | A. That's what I remember. That's what you just asked me. (Day 1 Tr. 81:16-17). |
| [MR. MARROSO:] Q. Let me ask the question again. Sir, look at me if you can.<br><br>What Tetra Tech supervisor told you on multiple occasions to get the hell out of that area in reference to a particular survey unit that was not testing clean? (Day 1 Tr. 153:11-15). | A. You know, I would have to know when and where that was. And I –<br><br>[Q. These are your words.]<br><br>A. I know. (Day 1 Tr. 153:17-21). |
| [MR. MARROSO:] Q. We're on page 4 of that document. Line 4 through 6 is what I was asking you about. And so we have a clear record, the sentence again is: One told me on multiple occasions to "get the hell out of that area," in reference to a particular survey unit that was not testing clean. …<br><br>Q. Okay. Was it Bill Dougherty who told you to get the hell out of that area in reference to a particular survey unit that was not testing clean? (Day 1 Tr. 157:3-8, 158:2-4). | A. It could have been. (Day 1 Tr. 158:6). |
| [MR. MARROSO:] And the preceding sentence, one we went over a moment ago: | A. Yeah. (Day 1 Tr. 166:1). |

**Exhibit B**

| Duplicative Questions: | Answers: |
|---|---|
| One told me on multiple occasions to "get the hell out of that area" in reference to a particular survey unit that was not testing clean, you said that could have been Bill Dougherty who said that to you? (Day 1 Tr. 165:19-23). | |
| [MR. MARROSO:] Q. Okay. Did Mr. Dougherty say "get the hell out of that area to you"? (Day 1 Tr. 167:8-9). | A. In my presence, not to me. (Day 1 Tr. 167:12). |
| [MR. MARROSO:] Q. And you only recall him saying it one time, it being "get the hell out of the area" in your presence but not to you?" (Day 1 Tr. 167:14-16). | A. It wasn't to me, it wasn't my survey unit they're talking about. (Day 1 Tr. 167:17-18). |
| [MR. MARROSO:] Q. So your testimony here today under oath -- … you're here to tell the truth, the whole truth, and nothing but the truth… [i]s that the sentence: One told me on multiple occasions to "get the hell out of that area" in reference to a particular survey unit that was not testing clean, that sentence is not true? … Is the sentence that I just read true or false? … (Day 1 Tr. 167:19-168:22). | A. Both. Half of it's true … The first part he said. He said that, to get out of that area.<br><br>[Q. Which part is false?]<br><br>A. The part about it being a survey unit.<br><br>[Q. What about multiple occasions?]<br><br>A. I only heard it once. (Day 1 Tr.168:23-169:5). |
| [MR. DINTZER:] Q. Now I'd like to go through paragraph 2 carefully of Exhibit 200, and I want you to tell me each part of paragraph 2 that you believe is untrue. Okay? (Day 2 Tr. 544:25-545:2). | A. Yeah. Line 5 when they say -- highlight it again, "get the hell out of that area," in reference to a particular survey unit, I don't think that was said in -- in -- it wasn't said in reference to a survey unit, I'm pretty sure. (Day 2 Tr. 553::5-9). |
| [MR. MARROSO:] Q. Okay. Next sentence: One supervisor told him on multiple occasions to get the hell out of that area, in reference to a particular survey unit that was not testing clean.<br><br>Is that a true statement or a false statement based on your personal knowledge? (Day 3 Tr. 625:2-8). | A. Again, I heard that, but not -- it wasn't necessarily at a particular survey unit. (Day 3 Tr. 625:17-18). |

**Exhibit B**

\*   \*   \*

Questions and answers regarding page 4, lines 6-7 of Mr. Rolfe's Plea Agreement: "Another [supervisor] told me on more than one occasion that we were 'not remediating the whole goddamn site.'"

| **Duplicative Questions:** | **Answers:** |
|---|---|
| [MR. MARROSO:] Q. Okay. And Mr. McWade told you on more than one occasion that we were "not remediating the whole goddamn site," didn't he? (Day 1 Tr. 83:8-10). | A. Yeah. (Day 1 Tr. 83:12). |
| [MR. MARROSO:] Q. The next sentence says: Another told me on more than one occasion that we were not remediating the whole goddamn site.<br><br>Who was it that told you on more than one occasion we were not remediating the whole goddamn site? (Day 1 Tr. 158:8-12). | A. Dennis McWade (Day 1 Tr. 158:13). |
| [MR. MARROSO:] Q. Let's focus on the McWade statement. You testified earlier it was Dennis McWade who told you on more than one occasion "we are not remediating the whole goddamn site." Correct? (Day 1 Tr. 163:5-8). | A. Correct. (Day 1 Tr. 163:9). |
| [MR. MARROSO:] Q. Let's say – let's make sure we're talking about the same thing. Lines 6 through 7. …<br><br>Q. Another told me on more than one occasion that we were "not remediating the whole goddamn site." Those are the words I'm talking about. …<br><br>Q. McWade said those words to you on multiple occasions; correct? (Day 1 Tr. 164:9-19). | A. All the time (Day 1 Tr. 164:20). |
| [MR. MARROSO:] Q. And "another told me on more than one occasion that we're not remediating the whole goddamn site," that | A. Yeah. (Day 1 Tr. 169:14). |

**Exhibit B**

| Duplicative Questions: | Answers: |
|---|---|
| was Mr. McWade, and he did say that on more than on occasion; correct? (Day 1 Tr. 169:9-12). | |
| [MR. MARROSO:] Q. Okay. Next sentence:<br><br>Another supervisor told him on more than one occasion that they were "not remediating the whole goddam site."<br><br>Sitting here today, based on your experience at Hunters Point shipyard, do you believe that sentence is true or false? (Day 3 Tr. 626:4-10). | A. That's true. (Day 3 Tr. 626:14). |

\*     \*     \*

Questions and answers regarding page 4, lines 7-8 of Mr. Rolfe's Plea Agreement: "An Assistant HPNS Project Manager told me on numerous occasions to 'get clean dirt.'"

| Duplicative Questions: | Answers: |
|---|---|
| [MR. MARROSO:] Q. Did Mr. Weingarz tell you on numerous occasions to "get clean dirt"? (Day 1 Tr. 84:5-6). | A. No, not -- no. (Day 1 Tr. 84:8). |
| [MR. MARROSO:] Q. Did anybody at Hunters Point Naval Shipyard tell you on numerous occasions to, quote, get clean dirt? (Day 1 Tr. 84:10-11). | A. They didn't tell me but I heard -- I heard that saying but that it wasn't directed towards me. (Day 1 Tr. 84:13-15). |
| [MR. MARROSO:] Q. And the next sentence says: An assistant HPNS project manager told me on numerous occasions to "get clean dirt."<br><br>What assistant project manager told you on numerous occasions to get clean dirt? (Day 1 Tr. 158:14-18). | A. I don't know who the assistant project manager was.<br><br>[Q. Was it Rick Weingarz?]<br>…<br>A. He might -- he's project manager. It could have been Rick Weingarz. (Day 1 Tr. 158:19-25). |
| [MR. MARROSO:] Q. Okay. Let's take these one by one again. | A. Again, he never told me directly. I heard him say that. (Day 1 Tr. 161:11-12). |

**Exhibit B**

| **Duplicative Questions:** | **Answers:** |
|---|---|
| How many occasions, on how many occasions did Rick Weingarz tell you to go get clean dirt? (Day 1 Tr. 161:6-9). | |
| [MR. MARROSO:] Q. So the sentence here that says: An assistant HPNS manager told me on numerous occasions to get clean dirt, that's not accurate according to you; correct? (Day 1 Tr. 161:14-16). | A. Well --<br>…<br>A. I did not know he was a project manager, for one thing.<br>…<br>A. So he never gave me a direct order or told me. He had no -- no author -- he had -- he wasn't my boss. How's that? He had no authority to tell me anything. (Day 1 Tr. 161:17-162:2). |
| [MR. MARROSO:] Q. Okay. So when you told -- when you signed a document submitted to a federal court that says: An assistant HPNS project manager told me on numerous occasions to get clean dirt, that was false. Is that your testimony? (Day 1 Tr. 162:9-13). | A. Again, I didn't take time to read all this. (Day 1 Tr. 162:17-18). |
| [MR. MARROSO:] Q. You testified earlier that Mr. Weingarz did say in your presence "get clean dirt," right? (Day 1 Tr. 202:1-2). | A. Right. (Day 1 Tr. 202:3). |

\*   \*   \*

Questions and answers regarding page 4, lines 8-9 of Mr. Rolfe's Plea Agreement: "I understood these statements as a direction to go outside the appropriate survey unit and get dirt from other areas that was known to be clean, that is not containing excessive levels of radiation."

| **Duplicative Questions:** | **Answers:** |
|---|---|
| MR. MARROSO:] Q. So you heard people say the words "get clean dirt" –<br>…<br>Q. But when you heard those words, whether they were directed to you or not, you understood them as a direction to go outside | A. No. (Day 1 Tr. 85:9). |

**Exhibit B**

| **Duplicative Questions:** | **Answers:** |
|---|---|
| the appropriate survey unit and get dirt from other areas that were known to be clean. <br>… <br>Q. True? (Day 1 Tr. 84:17-85:6). | |
| [MR. MARROSO:] Q. You understood that when you were told by Tetra Tech supervisors to get the hell out of that area, we are not remediating the whole goddamn site, and get clean dirt, as a direction to go outside the appropriate survey unit and get dirt from other areas that was known to be clean; correct? (Day 1 Tr. 159:19-24). | A. No. (Day 1 Tr. 160:3). |
| [MR. MARROSO:] Q. When Mr. Weingarz told you on numerous occasions to "get clean dirt," what did you understand him to be saying? (Day 1 Tr. 160:5-7). | A. Go. He didn't direct me. (Day 1 Tr. 160:8). |
| [MR. MARROSO:] Q. What did you understand him to be saying when he said to you on numerous occasions "get clean dirt"? (Day 1 Tr. 160:9-10). | A. We'd go, get clean dirt. That's all. He never directed me. (Day 1 Tr. 160:11-12). |
| [MR. MARROSO:] Q. And given where you and your team were surveying at the time, you understood "get clean dirt" meant to go get a sample from another area and represent that it came from where you're sampling; correct? (Day 1 Tr. 160:16-19). | A. No. (Day 1 Tr. 160:22). |
| [MR. MARROSO:] Q. And when you heard those words uttered by Mr. McWade to you, you understood those words as a direction to go outside the appropriate survey unit and get dirt from other areas known to be clean; correct? (Day 1 Tr. 163:12-15). | A. No. (Day 1 Tr. 163:19). |
| [MR. MARROSO:] Q. Another told me on more than one occasion that we were "not remediating the whole goddamn site." Those are the words I'm talking about. … | A. No. <br><br>… |

**Exhibit B**

| Duplicative Questions: | Answers: |
|---|---|
| Q. And my question to you is: Did you understand those statements as a direction to go outside the appropriate survey unit and get dirt from other areas known to be clean? (Day 1 Tr. 164:12-24). | A. We were not contracted to remediate everything. That's all he's saying. (Day 1 Tr. 165:2-6. |
| [MR. MARROSO:] Q. And did you interpret any of these statements from Mr. Dougherty, Mr. McWade, Mr. Weingarz, as a direction to go outside the appropriate survey unit and get dirt from other areas known to be clean? (Day 1 Tr. 169:17-20). | A. No. (Day 1 Tr. 169:21). |
| [MR. MARROSO:] Q. And while your bosses are saying things like "get the hell out of that area," we're not remediating the whole goddamn site," and "get clean dirt" no connection between your action and those words? (Day 1 Tr. 172:7-10). | A. No. (Day 1 Tr. 172:11). |