Law Office of Catherine Golden
31103 Rancho Viejo Rd. ST 3010
San Juan Capistrano, CA 92675
Catherinegolden6@ gmail.com
(415) 374-9104

December 6, 2024

Honorable James Donato
450 Golden Gate Avenue
San Francisco, CA 94102

Re: Request for Status Conference/Motion to Compel Further Testimony from Stephen Rolfe *Pennington et al. v. Tetra Tech, Inc. et al.*, 18-cv-05330; *Five Point Holdings, LLC et al. v. Tetra Tech Inc. et al.*, 20-cv-01481; *CPHP Development LLC et al. v. Tetra Tech Inc. et al.*, 20-cv-10485

Dear Judge Donato,

I am in receipt of Plaintiffs' Joint Request for a Status Conference (filed December 5, document 215) and simultaneous motion hearings to be set on December 19, 2024. One of these motions is Plaintiffs' request to compel further deposition testimony from my client, Stephen Rolfe (filed November 27, document 327). This motion attacks myself and Mr. Rolfe personally and asks for unwarranted relief. If Your Honor chooses to hear this motion it is imperative that I am present to fully represent Mr. Rolfe. I have a previously scheduled surgery on December 10. My stitches will not be removed until December 20 and I will not be sufficiently recovered to travel. Therefore, I request that the court not hold a hearing on the subject motion until after the first of the year so that I can be present.

/s/ Catherine Golden
Catherine Golden

*Counsel for Stephen Rolfe*

1