JOSEPH W. COTCHETT (SBN 36324)
jcotchett@cpmlegal.com
ANNE MARIE MURPHY (SBN 202540)
amurphy@cpmlegal.com
DONALD J. MAGILLIGAN (SBN 257714)
dmagilligan@cpmlegal.com
BLAIR V. KITTLE (SBN 336367)
bkittle@cpmlegal.com
PIERCE H. STANLEY (SBN 352152)
pstanley@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road
Burlingame, California 94010
Telephone:     (650) 697-6000
Facsimile:     (650) 697-0577

*Attorneys for Plaintiffs*
[Additional Counsel Listed on Signature Page]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| **LINDA PARKER PENNINGTON, et al.**<br><br>Plaintiffs, individually,<br><br>v.<br><br>**TETRA TECH, INC.;**<br>**TETRA TECH EC, INC.;**<br>**WILLIAM DOUGHERTY;**<br>**ANDREW BOLT,**<br><br>Defendants. | LEAD CASE NO. 3:18-cv-05330-JD<br><br>**PARCEL A PLAINTIFFS' SHORT FORM COMPLAINT** |

**SHORT FORM COMPLAINT**

Plaintiffs submit this supplemental pleading and Amended Complaint incorporating as if fully set forth herein their own prior pleadings and, if indicated below, the common factual allegations and claims included in the Consolidated Third Amended Complaint in the Parcel A Litigation in the case of *Linda Parker Pennington, et al. v. Tetra Tech, Inc., et al.* in the United States District Court for the Northern District of California (ECF. 157) and include, as may be amended in the future, any additional claims asserted herein.

Plaintiffs Adam O'Brien and Richa Wilson, in their personal capacities, were damaged by the conduct of Defendants and make the claims set forth below.

### PLAINTIFFS COMPLAIN OF EACH DEFENDANT AS FOLLOWS:

1. Notice of Adoption of the Consolidated Third Amended Complaint in the Parcel A Litigation. Plaintiffs refer to and incorporate herein by reference the Consolidated Third Amended Complaint filed on behalf of Linda Parker Pennington, et al. in the United States District Court, Northern District of California, 3:18-cv-05330-JD (ECF. 157) as though fully set forth herein. Plaintiffs hereby adopt the Consolidated Third Amended Complaint and agree to be bound by any rulings with respect to the pleadings.

2. Plaintiffs adopt each of the common, factual, and class allegations of the Consolidated Third Amended Complaint.

3. Plaintiffs incorporate by reference each of the claims in the Consolidated Third Amended Complaint checked below against those Defendants named in that claim:

⊠ First Claim for Permanent Public Nuisance

⊠ Second Claim for Permanent Private Nuisance

⊠ Fourth Claim for Fraud and False Advertising

⊠ Fifth Claim for Negligence

⊠ Sixth Claim for Negligent Misrepresentation

⊠ Seventh Claim for Intentional Misrepresentation

4. Plaintiffs incorporate by reference each of the prayers for relief in the Consolidated Third Amended Complaint.

## PLAINTIFF-SPECIFIC ALLEGATIONS

Plaintiffs purchased a home at the SF Shipyard, located at 537 Donahue St., for $716,800.00 in the year 2015.

## DEFENDANTS

Plaintiffs assert claims against the following Defendants listed in the Consolidated Third Amended Complaint:

☒ Tetra Tech, Inc.;

☒ Tetra Tech EC, Inc.;

☒ WILLIAM DOUGHERTY;

☒ ANDREW BOLT;

## PLAINTIFFS FURTHER DEMAND TRIAL BY JURY ON ALL ISSUES.

Dated: February 14, 2025     **COTCHETT, PITRE & McCARTHY, LLP**

By: */s/ Pierce H. Stanley*
JOSEPH W. COTCHETT
ANNE MARIE MURPHY
DONALD J. MAGILLIGAN
BLAIR V. KITTLE
PIERCE H. STANLEY

Dated: February 14, 2025     **BOWLES & VERNA LLP**

By: */s/ Bradley R. Bowles*
BRADLEY R. BOWLES
2121 N. California Blvd., Suite 875
Walnut Creek, CA 94596
Tel: (925) 935-3300
Fax: (925) 935-0371
bbowles@bowlesverna.com