UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA PARKER PENNINGTON, et al., | Case No. 18-cv-05330-JD |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| TETRA TECH EC, INC., et al., | |
| Defendants. | |

Pursuant to the Court's summary judgment order, Dkt. No. 413, and Federal Rule of Civil Procedure 58, judgment is entered in favor of defendants Tetra Tech, Inc., Tetra Tech EC, Inc., William Dougherty, and Andrew Bolt.

**IT IS SO ORDERED.**

Dated: August 4, 2026

_____
JAMES DONATO
United States District Judge