MAYER BROWN LLP
DAVINA PUJARI, SBN 183407
CHRISTOPHER A. RHEINHEIMER, SBN 253890
101 Second Street, 17th Floor
San Francisco, CA 94105
Telephone: (415) 874-4230
Facsimile: (650)-331-2060
dpujari@mayerbrown.com
crheinheimer@mayerbrown.com

Attorneys for Defendants
TETRA TECH, INC., TETRA TECH EC, INC.,
and ANDREW BOLT

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LINDA PARKER PENNINGTON, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>TETRA TECH, INC., et al.,<br><br>Defendants. | Case No. 3:18-cv-05330-JD<br><br>Assigned to Hon. James Donato<br>Courtroom 11<br><br>**DECLARATION OF CHRISTOPHER A. RHEINHEIMER IN SUPPORT OF DEFENDANTS TETRA TECH EC, INC., TETRA TECH, INC., AND ANDREW BOLT'S COST APPLICATION** |

I, Christopher A. Rheinheimer, declare as follows:

1. I am an attorney at law duly licensed to practice before the courts of the State of California and have been admitted to practice before this Court. I am an attorney at Mayer Brown LLP, attorneys of record for Defendants Tetra Tech, Inc., Tetra Tech EC, Inc., and Andrew Bolt ("Tetra Tech Defendants"). I have personal knowledge of the facts set forth herein and if called as a witness, could competently testify to the matters set forth herein.

2. I make this Declaration in support of the Tetra Tech Defendants' Cost Application.

3. Plaintiffs filed their Complaint in 2018 (Case No CGC-18-568352 (Cal. Super. Ct., S.F. Cnty., July 24, 2018)), First Amended Complaint in 2019 (Dkt. 64), Second Amended Complaint in 2020 (Dkt. 93), and Third Amended Complaint ("TAC") in 2021 (Dkt. 157). All four iterations named the Tetra Tech Defendants and the Developer Defendants, including Lennar Corporation and Five Point Holdings, LLC, as defendants.

4. The Tetra Tech Defendants answered the TAC on June 30, 2021. Dkt. 189. The Tetra Tech Defendants included preemption as an affirmative defense. *Id.* at 46.

5. The Developer Defendants never answered the TAC. Instead, the Developer Defendants filed a motion for good-faith settlement determination on August 5, 2021, seeking to settle Plaintiffs' claims against them for $6.3 million. Dkt. 201. The Tetra Tech Defendants opposed the motion. Dkt. 204.

6. On March 28, 2022, the Court granted the Developers Defendants' motion for good faith settlement. Dkt. 224.

7. Fact discovery in the Hunters Point related cases closed on January 5, 2025. Plaintiffs' counsel attended dozens of depositions held in the related cases, and asked questions during 17 depositions.

8. On February 7, 2025, Plaintiffs and the Tetra Tech Defendants served opening expert reports. Dkt. 321. On March 7, 2025, Plaintiffs and the Tetra Tech Defendants served rebuttal expert reports. *Id.* Plaintiffs' experts did not identify any physical harm to Plaintiffs' properties.

9. In April 2025, Plaintiffs and the Tetra Tech Defendants identified a bellwether deposition pool of Plaintiffs.

10. In May and June 2025, the Tetra Tech Defendants took the depositions of more than thirty bellwether Plaintiffs. During certain bellwether Plaintiffs' depositions, Plaintiffs disclaimed physical injuries.

11. On July 25, 2025, Plaintiffs signed a stipulation stating they were not claiming physical injuries. Dkt. 396-8.

12. On September 19, 2025, the Tetra Tech Defendants filed their motion for summary judgment, arguing that Plaintiffs' claims were preempted by the Price-Anderson Act ("PAA"). Dkt. 396.

13. While the PAA may be raised as a basis for removal to federal court or on a motion to dismiss, defendants may also raise PAA preemption on summary judgment. *See, e.g., Golden v. CH2M Hill Hanford Group, Inc.*, 528 F.3d 681 (9th Cir. 2008)).

14. On August 4, 2026, this Court granted the Tetra Tech Defendants' motion for summary judgment, finding that the PAA preempted Plaintiffs' claims. Dkt. 413.

15. Attached hereto as **Exhibit 1** are true and correct copies of fourteen (14) service of process invoices.

16. Attached hereto as **Exhibit 2** are true and correct copies of thirty-eight (38) deposition invoices.

17. Attached hereto as **Exhibit 3** are true and correct copies of invoices from BrownGreer (preparation of plaintiff fact sheets) and Magna (Bates stamping costs).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 18, 2026 in San Francisco, California.

_____*/s/ Christopher A. Rheinheimer*
Christopher A. Rheinheimer