# EXHIBIT 1

| | **Process Server** | **Invoice Date** | **Individual or entity served** | **Amount Claimed** |
|---|---|---|---|---|
| 1 | Magna | 2/22/23 | 3TM Consulting LLC | $261.50 |
| 2 | Magna | 8/14/23 | San Francisco Office of Community | $150.00 |
| 3 | Magna | 8/15/23 | Ahimsa Porter Sumchai | $312.50 |
| 4 | Magna | 8/15/23 | 3TM Consulting LLC | $281.25 |
| 5 | Magna | 8/29/23 | Mercy Housing California | $175.00 |
| 6 | Magna | 12/31/24 | Dr. Mark Alexander | $156.25 |
| 7 | Magna | 12/31/24 | Dr. Christopher Busby | $156.25 |
| 8 | Magna | 12/31/24 | David Satterfield | $156.25 |
| 9 | Magna | 12/31/24 | Genova Diagnostics Lab. | $166.50 |
| 10 | Magna | 12/31/24 | Dr. Raymond Tompkins | $175.00 |
| 11 | Magna | 12/31/24 | Mike Clinebell | $175.00 |
| 12 | Magna | 12/31/24 | ALS Limited | $218.75 |
| 13 | Magna | 12/31/24 | Dr. James Dahlgren | $506.25 |
| 14 | Serving by Irving | 7/22/25 | Dr. David Olem; Univ. of California San Francisco; Kaiser Permanente | $840.00 |
| | | | TOTAL: | $3,730.25 |

MAGNA RECORDTRAK

# INVOICE



**Invoice#: 9245173** Invoice Date: 1/31/2023 1P P Print Date: 09/06/2024

Bill to:
CHRISTOPHER A. RHEINHEIMER
WILMER, CUTLER, PICKERING, HALE & DORR
ONE FRONT STREET
SUITE 3500
SAN FRANCISCO, CA 94111

Ship to:
CHRISTOPHER A. RHEINHEIMER
WILMER, CUTLER, PICKERING, HALE & DORR
ONE FRONT STREET
SUITE 3500
SAN FRANCISCO, CA 94111

Rt #: 383971 TETRATECH ;PENNINGTON V.
SSN #: ***-**--##-

Court: USDC-CA NORTH Docket: 3:18-CV-05330-JD

LINDA PARKER PENNINGTON, ET AL v. TETRA TECH, INC., ET AL

| MERCY HOUSING CALIFORNIA | Tag: 1 | |
|---|---|---|
| Base Fee (Subpoena) | | 45.00 |
| Subpoena Processing Fee | | 7.50 |
| Notices | | 7.50 |
| Expedite Fee | | 20.00 |
| Bates Stamping | | 80.15 |
| Manual Order Entry Fee | | 7.50 |
| Electronic Records Access Fee | | 1.50 |
| Electronic Records, Count – | 1603 | 400.75 |
| Sales Tax | | 0.64 |
| | Sub-total: | 570.54 |

| | |
|---|---|
| **Invoice Total: $** | 570.54 |
| **Invoice Payments Total: $** | 0.00 |
| **Invoice Total Due: $** | 570.54 |

**Please note our new remittance address. Contact us with any questions.**

**Please make checks payable to:**
**RECORDTRAK, LLC** **d/b/a of MLS Parent Holdings LLC**
**c/o Magna Legal Services LLC** **Fed TIN 83-2616308**
**PO Box 830556** **1635 Market Street 9th floor**
**Philadelphia, PA 19182-0556** **Philadelphia, PA 19103**

**Please include invoice numbers with payment.**

**Account Inquiries? Contact Accounts Receivable Dept. at 610.962.8411 or 888.801.7650**

MAGNA RECORDTRAK

**INVOICE**

Page 1 of 1

**Invoice#: 9251844** Invoice Date: 2/10/2023 1P P Print Date: 09/06/2024

| Bill to: | Ship to: |
|---|---|
| CHRISTOPHER A. RHEINHEIMER | CHRISTOPHER A. RHEINHEIMER |
| WILMER, CUTLER, PICKERING, HALE & DORR | WILMER, CUTLER, PICKERING, HALE & DORR |
| ONE FRONT STREET | ONE FRONT STREET |
| SUITE 3500 | SUITE 3500 |
| SAN FRANCISCO, CA 94111 | SAN FRANCISCO, CA 94111 |

Rt #: 383971 TETRATECH ;PENNINGTON V.
SSN #: ***-**--##-

Court: USDC-CA NORTH Docket: 3:18-CV-05330-JD

LINDA PARKER PENNINGTON, ET AL v. TETRA TECH, INC., ET AL

| 3TM CONSULTING, LLC | Tag: 12 | |
|---|---|---|
| Base Fee (Subpoena) | | 49.95 |
| Subpoena Processing Fee | | 7.50 |
| Notices | | 7.50 |
| Expedite Fee | | 20.00 |
| Bates Stamping | | 7.10 |
| Pathology/Radiology Fees | | 20.00 |
| Manual Order Entry Fee | | 7.50 |
| Electronic Records Access Fee | | 1.50 |
| Electronic Records, Count = | 142 | 35.50 |
| Sales Tax | | 0.64 |
| | Sub-total: | 157.19 |

| | |
|---|---|
| **Invoice Total: $** | 157.19 |
| **Invoice Payments Total: $** | 0.00 |
| **Invoice Total Due: $** | 157.19 |

**Please note our new remittance address. Contact us with any questions.**

**Please make checks payable to:**
**RECORDTRAK, LLC** **d/b/a of MLS Parent Holdings LLC**
**c/o Magna Legal Services LLC** **Fed TIN 83-2616308**
**PO Box 830556** **1635 Market Street 9th floor**
**Philadelphia, PA 19182-0556** **Philadelphia, PA 19103**

**Please include invoice numbers with payment.**

**Account Inquiries? Contact Accounts Receivable Dept. at 610.962.8411 or 888.801.7650**

MAGNA RECORDTRAK

**INVOICE**

Page 1 of 1

**Invoice#: 9258039** Invoice Date: 2/22/2023 1P P Print Date: 09/06/2024

| Bill to: | Ship to: |
|---|---|
| ZOHAIB SHAFI | CHRISTOPHER A. RHEINHEIMER |
| WILMER, CUTLER, PICKERING, HALE & DORR | WILMER, CUTLER, PICKERING, HALE & DORR |
| ONE FRONT STREET | ONE FRONT STREET |
| SUITE 3500 | SUITE 3500 |
| SAN FRANCISCO, CA 94111 | SAN FRANCISCO, CA 94111 |

Rt #: 383971 TETRATECH ;PENNINGTON V.
SSN #: ***-**--##-

Court: USDC-CA NORTH Docket: 3:18-CV-05330-JD

LINDA PARKER PENNINGTON, ET AL v. TETRA TECH, INC., ET AL

| | | |
|---|---|---|
| 3TM CONSULTING, LLC | Tag: 12 | |
| Process Service | | 261.50 |
| Shipping | | 25.00 |
| | Sub-total: | 286.50 |

| | |
|---|---|
| **Invoice Total: $** | 286.50 |
| **Invoice Payments Total: $** | 0.00 |
| **Invoice Total Due: $** | 286.50 |

**Please note our new remittance address. Contact us with any questions.**

**Please make checks payable to:**
**RECORDTRAK, LLC** **d/b/a of MLS Parent Holdings LLC**
**c/o Magna Legal Services LLC** **Fed TIN 83-2616308**
**PO Box 830556** **1635 Market Street 9th floor**
**Philadelphia, PA 19182-0556** **Philadelphia, PA 19103**

**Please include invoice numbers with payment.**

**Account Inquiries? Contact Accounts Receivable Dept. at 610.962.8411 or 888.801.7650**

MAGNA RECORDTRAK

# INVOICE



**Invoice#: 9344754** Invoice Date: 7/18/2023 1P P Print Date: 09/06/2024

| Bill to: | Ship to: |
|---|---|
| ZOHAIB SHAFI | CHRISTOPHER A. RHEINHEIMER |
| WILMER, CUTLER, PICKERING, HALE & DORR | WILMER, CUTLER, PICKERING, HALE & DORR |
| ONE FRONT STREET | ONE FRONT STREET |
| SUITE 3500 | SUITE 3500 |
| SAN FRANCISCO, CA 94111 | SAN FRANCISCO, CA 94111 |

Rt #: 383971 TETRATECH ;PENNINGTON V.
SSN #: ***-**--##-

Court: USDC-CA NORTH Docket: 3:18-CV-05330-JD

LINDA PARKER PENNINGTON, ET AL v. TETRA TECH, INC., ET AL

GEL LABORATORIES, LLC Tag: 13

| | | |
|---|---|---|
| Base Fee (Subpoena) | | 49.95 |
| Subpoena Processing Fee | | 7.50 |
| Notices | | 15.00 |
| Bates Stamping | | 31.55 |
| Manual Order Entry Fee | | 7.50 |
| Electronic Records Access Fee | | 1.50 |
| Electronic Records, Count = | 631 | 157.75 |
| Sales Tax | | 1.28 |
| | Sub-total: | 272.03 |

| | |
|---|---|
| **Invoice Total: $** | 272.03 |
| **Invoice Payments Total: $** | 0.00 |
| **Invoice Total Due: $** | 272.03 |

**Please note our new remittance address. Contact us with any questions.**

**Please make checks payable to:**

**RECORDTRAK, LLC** d/b/a of **MLS Parent Holdings LLC**
**c/o Magna Legal Services LLC** **Fed TIN 83-2616308**
**PO Box 830556** **1635 Market Street 9th floor**
**Philadelphia, PA 19182-0556** **Philadelphia, PA 19103**

**Please include invoice numbers with payment.**

**Account Inquiries? Contact Accounts Receivable Dept. at 610.962.8411 or 888.801.7650**

MAGNA RECORDTRAK

# INVOICE



**Invoice#: 9358944** Invoice Date: 8/14/2023 1P P Print Date: 09/06/2024

| Bill to: | Ship to: |
| --- | --- |
| ZOHAIB SHAFI | CHRISTOPHER A. RHEINHEIMER |
| WILMER, CUTLER, PICKERING, HALE & DORR | WILMER, CUTLER, PICKERING, HALE & DORR |
| ONE FRONT STREET | ONE FRONT STREET |
| SUITE 3500 | SUITE 3500 |
| SAN FRANCISCO, CA 94111 | SAN FRANCISCO, CA 94111 |

Rt #: 383971 TETRATECH ;PENNINGTON V.
SSN #: ***-**--##-

Court: USDC-CA NORTH Docket: 3:18-CV-05330-JD

LINDA PARKER PENNINGTON, ET AL v. TETRA TECH, INC., ET AL

SAN FRANCISCO OFFICE OF COMMUNITY Tag: 2

| | |
| --- | --- |
| Base Fee (Subpoena) | 49.95 |
| Subpoena Processing Fee | 7.50 |
| Notices | 7.50 |
| Expedite Fee | 20.00 |
| Process Service | 150.00 |
| Shipping | 28.24 |
| Manual Order Entry Fee | 7.50 |
| Sales Tax | 0.64 |
| Sub-total: | 271.33 |

| | |
| --- | --- |
| **Invoice Total: $** | 271.33 |
| **Invoice Payments Total: $** | 0.00 |
| **Invoice Total Due: $** | 271.33 |

**Please note our new remittance address. Contact us with any questions.**

**Please make checks payable to:**

**RECORDTRAK, LLC** **d/b/a of MLS Parent Holdings LLC**
**c/o Magna Legal Services LLC**
**PO Box 830556**
**Philadelphia, PA 19182-0556**

**Fed TIN 83-2616308**
**1635 Market Street 9th floor**
**Philadelphia, PA 19103**

**Please include invoice numbers with payment.**

**Account Inquiries? Contact Accounts Receivable Dept. at 610.962.8411 or 888.801.7650**

MAGNA RECORDTRAK

**INVOICE**

Page 1 of 1

**Invoice#: 9359023** Invoice Date: 8/15/2023 1P P Print Date: 09/06/2024

| Bill to: | Ship to: |
|---|---|
| ZOHAIB SHAFI | CHRISTOPHER A. RHEINHEIMER |
| WILMER, CUTLER, PICKERING, HALE & DORR | WILMER, CUTLER, PICKERING, HALE & DORR |
| ONE FRONT STREET | ONE FRONT STREET |
| SUITE 3500 | SUITE 3500 |
| SAN FRANCISCO, CA 94111 | SAN FRANCISCO, CA 94111 |

Rt #: 383971 TETRATECH ;PENNINGTON V.
SSN #: ***-**--##-

Court: USDC-CA NORTH Docket: 3:18-CV-05330-JD

LINDA PARKER PENNINGTON, ET AL v. TETRA TECH, INC., ET AL

| AHIMSA PORTER SUMCHAI (MED) | Tag: 4 | |
|---|---|---|
| Base Fee (Subpoena) | | 49.95 |
| Subpoena Processing Fee | | 7.50 |
| Notices | | 7.50 |
| Record Custodian Fee | | 154.00 |
| Expedite Fee | | 20.00 |
| Process Service | | 312.50 |
| Bates Stamping | | 3.00 |
| Manual Order Entry Fee | | 7.50 |
| Electronic Records Access Fee | | 1.50 |
| Electronic Records, Count = | 2 | 3.00 |
| Sales Tax | | 0.64 |
| | Sub-total: | 567.09 |

| | |
|---|---|
| **Invoice Total: $** | 567.09 |
| **Invoice Payments Total: $** | 0.00 |
| **Invoice Total Due: $** | 567.09 |

**Please note our new remittance address. Contact us with any questions.**

**Please make checks payable to:**
**RECORDTRAK, LLC** **d/b/a of MLS Parent Holdings LLC**
**c/o Magna Legal Services LLC** **Fed TIN 83-2616308**
**PO Box 830556** **1635 Market Street 9th floor**
**Philadelphia, PA 19182-0556** **Philadelphia, PA 19103**

**Please include invoice numbers with payment.**

**Account Inquiries? Contact Accounts Receivable Dept. at 610.962.8411 or 888.801.7650**

MAGNA RECORDTRAK

# INVOICE



**Invoice#: 9359634** Invoice Date: 8/15/2023 1P P Print Date: 09/06/2024

| Bill to: | Ship to: |
|---|---|
| ZOHAIB SHAFI | CHRISTOPHER A. RHEINHEIMER |
| WILMER, CUTLER, PICKERING, HALE & DORR | WILMER, CUTLER, PICKERING, HALE & DORR |
| ONE FRONT STREET | ONE FRONT STREET |
| SUITE 3500 | SUITE 3500 |
| SAN FRANCISCO, CA 94111 | SAN FRANCISCO, CA 94111 |

Rt #: 383971 TETRATECH ;PENNINGTON V.
SSN #: ***-**--##-

Court: USDC-CA NORTH Docket: 3:18-CV-05330-JD

LINDA PARKER PENNINGTON, ET AL v. TETRA TECH, INC., ET AL

3TM CONSULTING, LLC Tag: 12

| | |
|---|---|
| Process Service | 281.25 |
| Sub-total: | 281.25 |

| | |
|---|---|
| **Invoice Total: $** | 281.25 |
| **Invoice Payments Total: $** | 0.00 |
| **Invoice Total Due: $** | 281.25 |

**Please note our new remittance address. Contact us with any questions.**

**Please make checks payable to:**

**RECORDTRAK, LLC** **d/b/a of MLS Parent Holdings LLC**
**c/o Magna Legal Services LLC** **Fed TIN 83-2616308**
**PO Box 830556** **1635 Market Street 9th floor**
**Philadelphia, PA 19182-0556** **Philadelphia, PA 19103**

**Please include invoice numbers with payment.**

**Account Inquiries? Contact Accounts Receivable Dept. at 610.962.8411 or 888.801.7650**

MAGNA RECORDTRAK

# INVOICE



**Invoice#: 9367661** Invoice Date: 8/29/2023 1P P Print Date: 09/06/2024

Bill to:
ZOHAIB SHAFI
WILMER, CUTLER, PICKERING, HALE & DORR
ONE FRONT STREET
SUITE 3500
SAN FRANCISCO, CA 94111

Ship to:
CHRISTOPHER A. RHEINHEIMER
WILMER, CUTLER, PICKERING, HALE & DORR
ONE FRONT STREET
SUITE 3500
SAN FRANCISCO, CA 94111

Rt #: 383971 TETRATECH ;PENNINGTON V.
SSN #: ***-**--##-

Court: USDC-CA NORTH Docket: 3:18-CV-05330-JD

LINDA PARKER PENNINGTON, ET AL v. TETRA TECH, INC., ET AL

| | | |
|---|---|---|
| MERCY HOUSING CALIFORNIA | Tag: 1 | |
| Process Service | | 175.00 |
| | Sub-total: | 175.00 |
| | **Invoice Total: $** | 175.00 |
| | **Invoice Payments Total: $** | 0.00 |
| | **Invoice Total Due: $** | 175.00 |

**Please note our new remittance address. Contact us with any questions.**

**Please make checks payable to:**
**RECORDTRAK, LLC** **d/b/a of MLS Parent Holdings LLC**
**c/o Magna Legal Services LLC**
**PO Box 830556**
**Philadelphia, PA 19182-0556**

**Fed TIN 83-2616308**
**1635 Market Street 9th floor**
**Philadelphia, PA 19103**

**Please include invoice numbers with payment.**

**Account Inquiries? Contact Accounts Receivable Dept. at 610.962.8411 or 888.801.7650**

MAGNA RECORDTRAK

**INVOICE**



**Invoice#: 9708208** Invoice Date: 12/31/2024 1P P Print Date: 05/15/2025

| Bill to: | Ship to: |
|---|---|
| ZOHAIB SHAFI | CHRISTOPHER A. RHEINHEIMER |
| WILMER, CUTLER, PICKERING, HALE & DORR | WILMER, CUTLER, PICKERING, HALE & DORR |
| ONE FRONT STREET | ONE FRONT STREET |
| SUITE 3500 | SUITE 3500 |
| SAN FRANCISCO, CA 94111 | SAN FRANCISCO, CA 94111 |

Rt #: 383971 TETRATECH ;PENNINGTON V.
SSN #: ***-**-##00

Court: USDC-CA NORTH Docket: 3:18-CV-05330-JD

LINDA PARKER PENNINGTON, ET AL v. TETRA TECH, INC., ET AL

DR. MARK ALEXANDER (MED) Tag: 7

| | | |
|---|---|---|
| Base Fee (Subpoena) | | 49.95 |
| Subpoena Processing Fee | | 7.50 |
| Notices | | 7.50 |
| Expedite Fee | | 20.00 |
| Process Service | | 156.25 |
| Manual Order Entry Fee | | 7.50 |
| Sales Tax | | 0.64 |
| | Sub-total: | 249.34 |

| | |
|---|---|
| **Invoice Total: $** | 249.34 |
| **Invoice Payments Total: $** | 0.00 |
| **Invoice Total Due: $** | 249.34 |

**Please note our new remittance address. Contact us with any questions.**

**Please make checks payable to:**
**RECORDTRAK, LLC** **d/b/a of MLS Parent Holdings LLC**
**c/o Magna Legal Services LLC** **Fed TIN 83-2616308**
**PO Box 830556** **1635 Market Street 9th floor**
**Philadelphia, PA 19182-0556** **Philadelphia, PA 19103**

**Please include invoice numbers with payment.**

**Account Inquiries? Contact Accounts Receivable Dept. at 610.962.8411 or 888.801.7650**

MAGNA RECORDTRAK

# INVOICE

Page 1 of 1

**Invoice#: 9708205** Invoice Date: 12/31/2024 1P P Print Date: 05/15/2025

| Bill to: | Ship to: |
|---|---|
| ZOHAIB SHAFI | CHRISTOPHER A. RHEINHEIMER |
| WILMER, CUTLER, PICKERING, HALE & DORR | WILMER, CUTLER, PICKERING, HALE & DORR |
| ONE FRONT STREET | ONE FRONT STREET |
| SUITE 3500 | SUITE 3500 |
| SAN FRANCISCO, CA 94111 | SAN FRANCISCO, CA 94111 |

Rt #: 383971 TETRATECH ;PENNINGTON V.
SSN #: ***-**-##00

Court: USDC-CA NORTH Docket: 3:18-CV-05330-JD

LINDA PARKER PENNINGTON, ET AL v. TETRA TECH, INC., ET AL

DR. CHRISTOPHER BUSBY (MED) Tag: 5

| | |
|---|---|
| Base Fee (Subpoena) | 49.95 |
| Subpoena Processing Fee | 7.50 |
| Notices | 7.50 |
| Expedite Fee | 20.00 |
| Process Service | 156.25 |
| Manual Order Entry Fee | 7.50 |
| Sales Tax | 0.64 |
| Sub-total: | 249.34 |

| | |
|---|---|
| **Invoice Total: $** | 249.34 |
| **Invoice Payments Total: $** | 0.00 |
| **Invoice Total Due: $** | 249.34 |

**Please note our new remittance address. Contact us with any questions.**

**Please make checks payable to:**

**RECORDTRAK, LLC** **d/b/a of MLS Parent Holdings LLC**
**c/o Magna Legal Services LLC**
**PO Box 830556**
**Philadelphia, PA 19182-0556**

**Fed TIN 83-2616308**
**1635 Market Street 9th floor**
**Philadelphia, PA 19103**

**Please include invoice numbers with payment.**

**Account Inquiries? Contact Accounts Receivable Dept. at 610.962.8411 or 888.801.7650**

MAGNA RECORDTRAK

# INVOICE

Page 1 of 1

**Invoice#: 9708213** Invoice Date: 12/31/2024 1P P Print Date: 05/15/2025

Bill to:
ZOHAIB SHAFI
WILMER, CUTLER, PICKERING, HALE & DORR
ONE FRONT STREET
SUITE 3500
SAN FRANCISCO, CA 94111

Ship to:
CHRISTOPHER A. RHEINHEIMER
WILMER, CUTLER, PICKERING, HALE & DORR
ONE FRONT STREET
SUITE 3500
SAN FRANCISCO, CA 94111

Rt #: 383971 TETRATECH ;PENNINGTON V.
SSN #: ***-**-##00

Court: USDC-CA NORTH Docket: 3:18-CV-05330-JD

LINDA PARKER PENNINGTON, ET AL v. TETRA TECH, INC., ET AL

DAVID SATTERFIELD Tag: 10

| | |
|---|---|
| Base Fee (Subpoena) | 49.95 |
| Subpoena Processing Fee | 7.50 |
| Notices | 7.50 |
| Expedite Fee | 20.00 |
| Process Service | 156.25 |
| Manual Order Entry Fee | 7.50 |
| Sales Tax | 0.64 |
| Sub-total: | 249.34 |

| | |
|---|---|
| **Invoice Total: $** | 249.34 |
| **Invoice Payments Total: $** | 0.00 |
| **Invoice Total Due: $** | 249.34 |

**Please note our new remittance address. Contact us with any questions.**

**Please make checks payable to:**
**RECORDTRAK, LLC** **d/b/a of MLS Parent Holdings LLC**
**c/o Magna Legal Services LLC** **Fed TIN 83-2616308**
**PO Box 830556** **1635 Market Street 9th floor**
**Philadelphia, PA 19182-0556** **Philadelphia, PA 19103**

**Please include invoice numbers with payment.**

**Account Inquiries? Contact Accounts Receivable Dept. at 610.962.8411 or 888.801.7650**

MAGNA RECORDTRAK

# INVOICE



**Invoice#: 9708204** Invoice Date: 12/31/2024 1P P Print Date: 05/15/2025

Bill to:
ZOHAIB SHAFI
WILMER, CUTLER, PICKERING, HALE & DORR
ONE FRONT STREET
SUITE 3500
SAN FRANCISCO, CA 94111

Ship to:
CHRISTOPHER A. RHEINHEIMER
WILMER, CUTLER, PICKERING, HALE & DORR
ONE FRONT STREET
SUITE 3500
SAN FRANCISCO, CA 94111

Rt #: 383971 TETRATECH ;PENNINGTON V.
SSN #: ***-**-##00

Court: USDC-CA NORTH Docket: 3:18-CV-05330-JD

LINDA PARKER PENNINGTON, ET AL v. TETRA TECH, INC., ET AL

GENOVA DIAGNOSTICS LABORATORY (MED) Tag: 3

| | |
|---|---|
| Base Fee (Subpoena) | 49.95 |
| Subpoena Processing Fee | 7.50 |
| Notices | 7.50 |
| Expedite Fee | 20.00 |
| Process Service | 166.50 |
| Manual Order Entry Fee | 7.50 |
| Sales Tax | 0.64 |
| Sub-total: | 259.59 |

| | |
|---|---|
| **Invoice Total: $** | 259.59 |
| **Invoice Payments Total: $** | 0.00 |
| **Invoice Total Due: $** | 259.59 |

**Please note our new remittance address. Contact us with any questions.**

**Please make checks payable to:**
**RECORDTRAK, LLC** **d/b/a of MLS Parent Holdings LLC**
**c/o Magna Legal Services LLC** **Fed TIN 83-2616308**
**PO Box 830556** **1635 Market Street 9th floor**
**Philadelphia, PA 19182-0556** **Philadelphia, PA 19103**

**Please include invoice numbers with payment.**

**Account Inquiries? Contact Accounts Receivable Dept. at 610.962.8411 or 888.801.7650**

MAGNA RECORDTRAK

**INVOICE**

Page 1 of 1

**Invoice#: 9708210** Invoice Date: 12/31/2024 1P P Print Date: 05/15/2025

| Bill to: | Ship to: |
|---|---|
| ZOHAIB SHAFI | CHRISTOPHER A. RHEINHEIMER |
| WILMER, CUTLER, PICKERING, HALE & DORR | WILMER, CUTLER, PICKERING, HALE & DORR |
| ONE FRONT STREET | ONE FRONT STREET |
| SUITE 3500 | SUITE 3500 |
| SAN FRANCISCO, CA 94111 | SAN FRANCISCO, CA 94111 |

Rt #: 383971 TETRATECH ;PENNINGTON V.
SSN #: ***-**-##00

Court: USDC-CA NORTH Docket: 3:18-CV-05330-JD

LINDA PARKER PENNINGTON, ET AL v. TETRA TECH, INC., ET AL

| DR. RAYMOND TOMPKINS (MED) | Tag: 8 | |
|---|---|---|
| Base Fee (Subpoena) | | 49.95 |
| Subpoena Processing Fee | | 7.50 |
| Notices | | 7.50 |
| Expedite Fee | | 20.00 |
| Process Service | | 175.00 |
| Manual Order Entry Fee | | 7.50 |
| Sales Tax | | 0.64 |
| | Sub-total: | 268.09 |

| | |
|---|---|
| **Invoice Total: $** | 268.09 |
| **Invoice Payments Total: $** | 0.00 |
| **Invoice Total Due: $** | 268.09 |

**Please note our new remittance address. Contact us with any questions.**

**Please make checks payable to:**
**RECORDTRAK, LLC** **d/b/a of MLS Parent Holdings LLC**
**c/o Magna Legal Services LLC** **Fed TIN 83-2616308**
**PO Box 830556** **1635 Market Street 9th floor**
**Philadelphia, PA 19182-0556** **Philadelphia, PA 19103**

**Please include invoice numbers with payment.**

**Account Inquiries? Contact Accounts Receivable Dept. at 610.962.8411 or 888.801.7650**

MAGNA RECORDTRAK

# INVOICE



**Invoice#: 9708211** Invoice Date: 12/31/2024 1P P Print Date: 05/15/2025

Bill to:
ZOHAIB SHAFI
WILMER, CUTLER, PICKERING, HALE & DORR
ONE FRONT STREET
SUITE 3500
SAN FRANCISCO, CA 94111

Ship to:
CHRISTOPHER A. RHEINHEIMER
WILMER, CUTLER, PICKERING, HALE & DORR
ONE FRONT STREET
SUITE 3500
SAN FRANCISCO, CA 94111

Rt #: 383971 TETRATECH ;PENNINGTON V.
SSN #: ***-**-##00

Court: USDC-CA NORTH Docket: 3:18-CV-05330-JD

LINDA PARKER PENNINGTON, ET AL v. TETRA TECH, INC., ET AL

MIKE CLINEBELL Tag: 9

| | |
|---|---|
| Base Fee (Subpoena) | 49.95 |
| Subpoena Processing Fee | 7.50 |
| Notices | 7.50 |
| Expedite Fee | 20.00 |
| Process Service | 175.00 |
| Manual Order Entry Fee | 7.50 |
| Sales Tax | 0.64 |
| Sub-total: | 268.09 |

| | |
|---|---|
| **Invoice Total: $** | 268.09 |
| **Invoice Payments Total: $** | 0.00 |
| **Invoice Total Due: $** | 268.09 |

**Please note our new remittance address. Contact us with any questions.**

**Please make checks payable to:**
**RECORDTRAK, LLC** **d/b/a of MLS Parent Holdings LLC**
**c/o Magna Legal Services LLC** **Fed TIN 83-2616308**
**PO Box 830556** **1635 Market Street 9th floor**
**Philadelphia, PA 19182-0556** **Philadelphia, PA 19103**

**Please include invoice numbers with payment.**

**Account Inquiries? Contact Accounts Receivable Dept. at 610.962.8411 or 888.801.7650**

MAGNA RECORDTRAK

# INVOICE

Page 1 of 1

**Invoice#: 9708215** Invoice Date: 12/31/2024 1P P Print Date: 05/15/2025

| Bill to: | Ship to: |
|---|---|
| ZOHAIB SHAFI | CHRISTOPHER A. RHEINHEIMER |
| WILMER, CUTLER, PICKERING, HALE & DORR | WILMER, CUTLER, PICKERING, HALE & DORR |
| ONE FRONT STREET | ONE FRONT STREET |
| SUITE 3500 | SUITE 3500 |
| SAN FRANCISCO, CA 94111 | SAN FRANCISCO, CA 94111 |

Rt #: 383971 TETRATECH ;PENNINGTON V.
SSN #: ***-**-##00

Court: USDC-CA NORTH Docket: 3:18-CV-05330-JD

LINDA PARKER PENNINGTON, ET AL v. TETRA TECH, INC., ET AL

ALS LIMITED Tag: 11

| | |
|---|---|
| Base Fee (Subpoena) | 49.95 |
| Subpoena Processing Fee | 7.50 |
| Notices | 7.50 |
| Expedite Fee | 20.00 |
| Process Service | 218.75 |
| Manual Order Entry Fee | 7.50 |
| Sales Tax | 0.64 |
| Sub-total: | 311.84 |

| | |
|---|---|
| **Invoice Total: $** | 311.84 |
| **Invoice Payments Total: $** | 0.00 |
| **Invoice Total Due: $** | 311.84 |

**Please note our new remittance address. Contact us with any questions.**

**Please make checks payable to:**
**RECORDTRAK, LLC** **d/b/a of MLS Parent Holdings LLC**
**c/o Magna Legal Services LLC** **Fed TIN 83-2616308**
**PO Box 830556** **1635 Market Street 9th floor**
**Philadelphia, PA 19182-0556** **Philadelphia, PA 19103**

**Please include invoice numbers with payment.**

**Account Inquiries? Contact Accounts Receivable Dept. at 610.962.8411 or 888.801.7650**

MAGNA RECORDTRAK

# INVOICE



**Invoice#: 9708207** Invoice Date: 12/31/2024 1P P Print Date: 05/15/2025

| Bill to: | Ship to: |
|---|---|
| ZOHAIB SHAFI | CHRISTOPHER A. RHEINHEIMER |
| WILMER, CUTLER, PICKERING, HALE & DORR | WILMER, CUTLER, PICKERING, HALE & DORR |
| ONE FRONT STREET | ONE FRONT STREET |
| SUITE 3500 | SUITE 3500 |
| SAN FRANCISCO, CA 94111 | SAN FRANCISCO, CA 94111 |

Rt #: 383971 TETRATECH ;PENNINGTON V.
SSN #: ***-**-##00

Court: USDC-CA NORTH Docket: 3:18-CV-05330-JD

LINDA PARKER PENNINGTON, ET AL v. TETRA TECH, INC., ET AL

DR. JAMES DAHLGREN (MED) Tag: 6

| | |
|---|---|
| Base Fee (Subpoena) | 49.95 |
| Subpoena Processing Fee | 7.50 |
| Notices | 7.50 |
| Expedite Fee | 20.00 |
| Process Service | 506.25 |
| Manual Order Entry Fee | 7.50 |
| Sales Tax | 0.64 |
| Sub-total: | 599.34 |

| | |
|---|---|
| **Invoice Total: $** | 599.34 |
| **Invoice Payments Total: $** | 0.00 |
| **Invoice Total Due: $** | 599.34 |

**Please note our new remittance address. Contact us with any questions.**

**Please make checks payable to:**
**RECORDTRAK, LLC** **d/b/a of MLS Parent Holdings LLC**
**c/o Magna Legal Services LLC** **Fed TIN 83-2616308**
**PO Box 830556** **1635 Market Street 9th floor**
**Philadelphia, PA 19182-0556** **Philadelphia, PA 19103**

**Please include invoice numbers with payment.**

**Account Inquiries? Contact Accounts Receivable Dept. at 610.962.8411 or 888.801.7650**

Irving Botwinick, Founder
New York State Professional Process Servers Association

Founding Member National Association of Professional Process Servers

Associate Member of the following State Process Servers Association:
Arizona, California, Colorado, Florida, Georgia, New Jersey, Oregon, Tennessee, Washington

SERVING by IRVING INC. ®
*"Serving the Legal Community Since 1977."*

Society of Professional Investigators
Chairman of the Board

Associated Licensed Detectives of New York State, Inc.
National Council of Investigation and Security Services
Society of Professional Investigators
World Investigators Network Inc.

July 22, 2025

**ATTN: KAYLENE N. KHOSLA**

**WILMERHALE**
**350 SOUTH GRAND AVENUE, SUITE 2400**
**LOS ANGELES, CA 90071**

**INVOICE# JM-5634**

| PLAINTIFF | DEFENDANT | SERVICE | CHARGE |
|---|---|---|---|
| Linda Parker Pennington, et al. | Tetra Tech Inc., et al. | Subpoena Rush Service on Dr. David Olem Attn: Release of Medical Information (Re : Christopher Davidson) In San Francisco, CA on 6/30/2025 | $345.00 |
| | | Attempted Service on University of California San San Francisco (Re: Victoria Ellington) In San Francisco, CA | $345.00 |
| | | Kaiser Permanente (Re: Gulnur Tumbat) via KP NCAL Portal on 6/27/2025 | $150.00 |
| | | TOTAL BILL: | $840.00 |

**DUE UPON RECEIPT**

***$345.00 charge includes 25% discount from original service fee of $575.00 and additional 20% discount for subpoenas 101 and beyond.**