# EXHIBIT 2

| | Deponent / Invoice Date | Total Invoice Cost | Claimed Cost | Excluded From Claimed Cost |
|---|---|---|---|---|
| 1 | Beach, Joan (6/30/25) | $4,058.00 | $2,923.00 | Realtime Page Rate; Rough Transcript Page Rate; Reporter Per Diem |
| 2 | Beach, Richard (6/27/25) | $4,268.25 | $3,123.25 | Realtime Page Rate; Rough Transcript Page Rate; Reporter Per Diem |
| 3 | Berry, Numrata (6/6/25) | $3,178.05 | $2,488.05 | Realtime Page Rate; Rough Transcript Page Rate; Reporter Per Diem |
| 4 | Berry, Rajesh (7/9/25) | $4,283.10 | $3108.10 | Realtime Page Rate; Rough Transcript Page Rate; Reporter Per Diem |
| 5 | Bravo, Karla (6/6/25) | $5,236,05 | $4066.05 | Realtime Page Rate; Rough Transcript Page Rate; Reporter Per Diem |
| 6 | Brown, Untray (5/27/25) | $5,509.80 | $3749.80 | Realtime Page Rate (x2); Rough Transcript Page Rate; Reporter Per Diem |
| 7 | Burack, Dr. Jedidiah (5/23/25) | $3,577.75 | $2,677.75 | Realtime Page Rate; Rough Transcript Page Rate; Reporter Per Diem |
| 8 | Choi, Manda (7/9/25) | $1,547.00 | $1,347.00 | Realtime Page Rate; Rough |

| | Deponent / Invoice Date | Total Invoice Cost | Claimed Cost | Excluded From Claimed Cost |
|---|---|---|---|---|
| | | | | Transcript Page Rate; Reporter Per Diem |
| 9 | Davidson, Christopher (6/6/25) | $4,804.20 | $3580.45 | Realtime Page Rate; Rough Transcript Page Rate; Reporter Per Diem; Reporter Overtime Hourly Fee |
| 10 | Ellington, Theodore (6/16/25) | $6,115.95 | $4640.45 | Realtime Page Rate; Rough Transcript Page Rate; Reporter Per Diem |
| 11 | Ellington, Victoria Seray (6/16/25) | $4,710.05 | $3,490.05 | Realtime Page Rate; Rough Transcript Page Rate; Reporter Per Diem |
| 12 | Fraga, Joseph (6/20/25) | $3,863.65 | $3,013.65 | Realtime Page Rate; Rough Transcript Page Rate; Reporter Per Diem |
| 13 | Fried, Jason Lawrence (6/30/25) | $3,251.90 | $2,536.90 | Realtime Page Rate; Rough Transcript Page Rate; Reporter Per Diem |
| 14 | Gale, Dr. Robert P. (10/10/25) | $7,279.75 | $4979.75 | Realtime Page Rate (x2); Rough Transcript Page Rate; Overtime Hourly Fee; Reporter Per Diem |

| | Deponent / Invoice Date | Total Invoice Cost | Claimed Cost | Excluded From Claimed Cost |
|---|---|---|---|---|
| 15 | Gardner, Paul (6/11/25) | $4,448.15 | $3,338.15 | Realtime Page Rate; Rough Transcript Page Rate; Reporter Per Diem |
| 16 | Gosnell, James (6/11/25) | $6,205.55 | $4,655.55 | Realtime Page Rate; Rough Transcript Page Rate; Reporter Per Diem |
| 17 | Janer, Zara (6/11/25) | $4,182.40 | $3122.40 | Realtime Page Rate; Rough Transcript Page Rate; Reporter Per Diem |
| 18 | LaRrett, Sean D. (7/18/25) | $4,252.70 | $3157.70 | Realtime Page Rate; Rough Transcript Page Rate; Reporter Per Diem |
| 19 | Lee, Imin (7/15/25) | $3,265.70 | $2625.70 | Realtime Page Rate; Rough Transcript Page Rate; Reporter Per Diem |
| 20 | Lee, Jonathan Chuck (6/27/25) | $5,311.60 | $4,046.60 | Realtime Page Rate; Rough Transcript Page Rate; Reporter Per Diem |
| 21 | Lee, Shili (7/15/25) | $2,972.15 | $2,342.50 | Realtime Page Rate; Rough Transcript Page Rate; Reporter Per Diem |

| | **Deponent / Invoice Date** | **Total Invoice Cost** | **Claimed Cost** | **Excluded From Claimed Cost** |
|---|---|---|---|---|
| 22 | Lee, Valerie Hieu-Kim Nguyen (6/27/25) | $5,411.05 | $4,131.05 | Realtime Page Rate; Rough Transcript Page Rate; Reporter Per Diem |
| 23 | Lupton, Thomas (7/9/25) | $5,931.95 | $4,496.95 | Realtime Page Rate; Rough Transcript Page Rate; Reporter Per Diem |
| 24 | Morgan, Charles A. (6/11/25) | $5,044.10 | $3,734.10 | Realtime Page Rate; Rough Transcript Page Rate; Reporter Per Diem |
| 25 | O'Brien, Adam 6/17/25) | $4,276.55 | $3,216.55 | Realtime Page Rate; Rough Transcript Page Rate; Reporter Per Diem |
| 26 | Pennington, Gregory (6/13/25) | $6,011.40 | $4,604.40 | Realtime Page Rate; Rough Transcript Page Rate; Reporter Per Diem |
| 27 | Pennington, Linda Parker (7/15/25) | $4,892.05 | $3,662.05 | Realtime Page Rate; Rough Transcript Page Rate; Reporter Per Diem |
| 28 | Reynolds, Brett (10/7/25) | $5,857.30 | $4,270.30 | Real time page rate; Rought Transcript Page Rate; Reporter Per Diem; Reporter In Person Appearance Fee |

| | Deponent / Invoice Date | Total Invoice Cost | Claimed Cost | Excluded From Claimed Cost |
|---|---|---|---|---|
| 29 | Robinson, Jewel (7/9/25) | $4,464.25 | $3,339.25 | Realtime Page Rate; Rough Transcript Page Rate; Reporter Per Diem |
| 30 | Rodriguez, Roberto (6/11/25) | $4,575.30 | $3,420.30 | Realtime Page Rate; Rough Transcript Page Rate; Reporter Per Diem |
| 31 | Stevens, Michael (5/30/25) | $3,908.85 | $2928.85 | Realtime Page Rate; Rough Transcript Page Rate; Reporter Per Diem |
| 32 | Stifter, Ryan P. (9/11/25) | $3,102.40 | $1,594.90 | Realtime page rate (x2); Rough Transcript Page Rate |
| 33 | Tsai, David (6/23/25) | $4,906.75 | $3,641.75 | Realtime Page Rate; Rough Transcript Page Rate; Reporter Per Diem |
| 34 | Tumbat, Gulnar (5/23/25) | $2.939.00 | $1,749.00 | Realtime Page Rate (x2); Rough Transcript Page Rate; Reporter Per Diem |
| 35 | Vanderpool, Eric (6/20/25) | $5,184.65 | $4,024.65 | Realtime Page Rate; Rough Transcript Page Rate; Reporter Per Diem |
| 36 | Vo, Matthew (6/26/25) | $2,464.35 | $1,974.35 | Realtime page rate; Rough Transcript |

| | Deponent / Invoice Date | Total Invoice Cost | Claimed Cost | Excluded From Claimed Cost |
|---|---|---|---|---|
| | | | | Page Rate; Reporter Per Diem |
| 37 | Wadsworth, Donald (2/26/24) | $3,982.63 | $1,905.63 | Realtime Page Rate (x4); Rough Transcript Page Rate |
| 38 | Wilson, Richa (6/19/25) | $4,082.05 | $3,112.05 | Realtime Page Rate; Rough Transcript Page Rate; Reporter Per Diem |
| | TOTAL | $165,489.38 | $124,818.98 | |

Steno
PO BOX 22637
Pasadena, CA 91185-2637
(888) 707-8366

# Invoice 1799482

## Deposition - Joan Beach (Jun 13, 2025)

### Bill to

ATTN: Marisa DiGiuseppe
Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue
Suite 2400
Los Angeles, CA 90071

### Bill from

Steno Agency, Inc.
PO BOX 22637
Pasadena, CA 91185-2637
(888) 707-8366

**Case name:** Pennington et al v Tetra Tech, Inc. et al
**Case number:** 3:18-cv-05330-JD / 3:13-cv-03835-JD
**Job Id:** 1728457

**Invoice date:** 6/30/2025
**Terms:** Net 30
**Due date:** 7/30/2025
**Status:** OPEN

| Item | Description | Amount | Quantity | Total |
|---|---|---|---|---|
| Realtime Page Rate | | $2.50 | 169 | $422.50 |
| Rough Transcript Page Rate | | $2.50 | 169 | $422.50 |
| Page Rate (Original + 1 Certified Copy) | | $5.95 | 202 | $1,201.90 |
| Additional Page Rate for Video | | $0.50 | 202 | $101.00 |
| Exhibit Page Rate | | $0.65 | 369 | $239.85 |
| Transcript Production & Processing | | $65.00 | 1 | $65.00 |
| Electronic Transcript Fee | | $65.00 | 1 | $65.00 |
| Litigation Package - Remote | | $299.00 | 1 | $299.00 |
| Standard Full Day Per Diem | | $290.00 | 1 | $290.00 |
| Video Hourly Fee | | $195.00 | 4.75 | $926.25 |
| Media and Cloud Services (7 Years) | | $25.00 | 1 | $25.00 |
| | | | **Total** | $4,058.00 |
| | | | **Payments** | $0.00 |
| | | | **Amount remaining due** | **$4,058.00** |

Steno
PO BOX 22637
Pasadena, CA 91185-2637
(888) 707-8366

# Invoice 1795538

## Deposition - Richard Beach (Jun 12, 2025)

### Bill to

ATTN: Kaylene Khosla
Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue
Suite 2400
Los Angeles, CA 90071

### Bill from

Steno Agency, Inc.
PO BOX 22637
Pasadena, CA 91185-2637
(888) 707-8366

**Case name:** Pennington et al v Tetra Tech, Inc. et al
**Case number:** 3:18-cv-05330-JD / 3:13-cv-03835-JD
**Job Id:** 1728431
**Ordered by:** Marisa DiGiuseppe - Wilmer Cutler Pickering Hale and Dorr LLP

**Invoice date:** 6/27/2025
**Terms:** Net 30
**Due date:** 7/27/2025
**Status:** OPEN

| Item | Description | Amount | Quantity | Total |
|---|---|---|---|---|
| Realtime Page Rate | | $2.50 | 171 | $427.50 |
| Rough Transcript Page Rate | | $2.50 | 171 | $427.50 |
| Page Rate (Original + 1 Certified Copy) | | $5.95 | 201 | $1,195.95 |
| Additional Page Rate for Video | | $0.50 | 201 | $100.50 |
| Exhibit Page Rate | | $0.65 | 387 | $251.55 |
| Transcript Production & Processing | | $65.00 | 1 | $65.00 |
| Electronic Transcript Fee | | $65.00 | 1 | $65.00 |
| Litigation Package - Remote | | $299.00 | 1 | $299.00 |
| Standard Full Day Per Diem | | $290.00 | 1 | $290.00 |
| Video Hourly Fee | | $195.00 | 5.75 | $1,121.25 |
| Media and Cloud Services (7 Years) | | $25.00 | 1 | $25.00 |
| | | | **Total** | $4,268.25 |
| | | | **Payments** | $0.00 |
| | | | **Amount remaining due** | **$4,268.25** |

Steno
PO BOX 22637
Pasadena, CA 91185-2637
(888) 707-8366

# Invoice 1738741

## Deposition - Namrata Berry (May 19, 2025)

### Bill to

ATTN: Christopher Rheinheimer
Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue
Suite 2400
Los Angeles, CA 90071

### Bill from

Steno Agency, Inc.
PO BOX 22637
Pasadena, CA 91185-2637
(888) 707-8366

**Case name:** Pennington et al v Tetra Tech, Inc. et al
**Case number:** 3:18-cv-05330-JD / 3:13-cv-03835-JD
**Job Id:** 1681516

**Invoice date:** 6/6/2025
**Terms:** Net 30
**Due date:** 7/6/2025
**Status:** OPEN

| Item | Description | Amount | Quantity | Total |
|---|---|---|---|---|
| Realtime Page Rate | | $2.50 | 103 | $257.50 |
| Rough Transcript Page Rate | | $2.50 | 103 | $257.50 |
| Page Rate (Original + 1 Certified Copy) | | $5.95 | 123 | $731.85 |
| Additional Page Rate for Video | | $0.50 | 123 | $61.50 |
| Exhibit Page Rate | | $0.65 | 353 | $229.45 |
| Transcript Production & Processing | | $65.00 | 1 | $65.00 |
| Electronic Transcript Fee | | $65.00 | 1 | $65.00 |
| Litigation Package - Remote | | $299.00 | 1 | $299.00 |
| Standard Half Day Per Diem | | $145.00 | 1 | $145.00 |
| Video Hourly Fee | | $195.00 | 4.25 | $828.75 |
| Text to Video Sync Hourly Fee | | $50.00 | 4.25 | $212.50 |
| Media and Cloud Services (7 Years) | | $25.00 | 1 | $25.00 |
| | | | **Total** | $3,178.05 |
| | | | **Payments** | $0.00 |
| | | | **Amount remaining due** | **$3,178.05** |

Steno
PO BOX 22637
Pasadena, CA 91185-2637
(888) 707-8366

# Invoice 1821629

## Deposition - Rajesh Berry (Jun 18, 2025)

### Bill to

ATTN: Marisa DiGiuseppe
Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue
Suite 2400
Los Angeles, CA 90071

### Bill from

Steno Agency, Inc.
PO BOX 22637
Pasadena, CA 91185-2637
(888) 707-8366

**Case name:** Pennington et al v Tetra Tech, Inc. et al
**Case number:** 3:18-cv-05330-JD / 3:13-cv-03835-JD
**Job Id:** 1763918
**Ordered by:** Christopher Rheinheimer - Wilmer Cutler Pickering Hale and Dorr LLP

**Invoice date:** 7/9/2025
**Terms:** Net 30
**Due date:** 8/8/2025
**Status:** OPEN

| Item | Description | Amount | Quantity | Total |
|---|---|---|---|---|
| Realtime Page Rate | | $2.50 | 177 | $442.50 |
| Rough Transcript Page Rate | | $2.50 | 177 | $442.50 |
| Page Rate (Original + 1 Certified Copy) | | $5.95 | 205 | $1,219.75 |
| Additional Page Rate for Video | | $0.50 | 205 | $102.50 |
| Exhibit Page Rate | | $0.65 | 399 | $259.35 |
| Transcript Production & Processing | | $65.00 | 1 | $65.00 |
| Electronic Transcript Fee | | $65.00 | 1 | $65.00 |
| Litigation Package - Remote | | $299.00 | 1 | $299.00 |
| Standard Full Day Per Diem | | $290.00 | 1 | $290.00 |
| Video Hourly Fee | | $195.00 | 5.5 | $1,072.50 |
| Media and Cloud Services (7 Years) | | $25.00 | 1 | $25.00 |
| | | | **Total** | $4,283.10 |
| | | | **Payments** | $0.00 |

| Item | Description | Amount | Quantity | Total |
|---|---|---|---|---|
| | | | Amount remaining due | $4,283.10 |

Invoice due date shall be 30 days from receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Steno may recover any fees and costs it incurs in collecting any unpaid amounts. Please contact us to correct billing errors using the contact information below. No adjustments will be made after 90 days.

We really appreciate your business and we hope you were satisfied with our service. If not, please let us know so that we can improve by calling us at **(888) 707-8366** or emailing us at **ar@steno.com**.

## Payment instructions

Need our W9? Please visit **https://steno.com/w9**
Pay online: **https://steno.com/pay/2mp7uw7u**

Please make checks payable to Steno.

Steno
PO BOX 22637
Pasadena, CA 91185-2637
(888) 707-8366

# Invoice 1738736

## Deposition - Karla Bravo (May 15, 2025)

### Bill to

ATTN: Marisa DiGiuseppe
Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue
Suite 2400
Los Angeles, CA 90071

### Bill from

Steno Agency, Inc.
PO BOX 22637
Pasadena, CA 91185-2637
(888) 707-8366

**Case name:** Pennington et al v Tetra Tech, Inc. et al
**Case number:** 3:18-cv-05330-JD / 3:13-cv-03835-JD
**Job Id:** 1666787
**Ordered by:** Christopher Rheinheimer - Wilmer Cutler Pickering Hale and Dorr LLP

**Invoice date:** 6/6/2025
**Terms:** Net 30
**Due date:** 7/6/2025
**Status:** OPEN

| Item | Description | Amount | Quantity | Total |
|---|---|---|---|---|
| Realtime Page Rate | | $2.50 | 176 | $440.00 |
| Rough Transcript Page Rate | | $2.50 | 176 | $440.00 |
| Page Rate (Original + 1 Certified Copy) | | $5.95 | 208 | $1,237.60 |
| Additional Page Rate for Video | | $0.50 | 208 | $104.00 |
| Exhibit Page Rate | | $0.65 | 1043 | $677.95 |
| Transcript Production & Processing | | $65.00 | 1 | $65.00 |
| Electronic Transcript Fee | | $65.00 | 1 | $65.00 |
| Litigation Package - Remote | | $299.00 | 1 | $299.00 |
| Standard Full Day Per Diem | | $290.00 | 1 | $290.00 |
| Video Hourly Fee | | $195.00 | 6.5 | $1,267.50 |
| Text to Video Sync Hourly Fee | | $50.00 | 6.5 | $325.00 |
| Media and Cloud Services (7 Years) | | $25.00 | 1 | $25.00 |
| | | | **Total** | $5,236.05 |
| | | | **Payments** | $0.00 |

| Item | Description | Amount | Quantity | Total |
|---|---|---|---|---|
| | | | **Amount remaining due** | **$5,236.05** |

Invoice due date shall be 30 days from receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Steno may recover any fees and costs it incurs in collecting any unpaid amounts. Please contact us to correct billing errors using the contact information below. No adjustments will be made after 90 days.

We really appreciate your business and we hope you were satisfied with our service. If not, please let us know so that we can improve by calling us at **(888) 707-8366** or emailing us at **ar@steno.com**.

## Payment instructions

Need our W9? Please visit **https://steno.com/w9**
Pay online: **https://steno.com/pay/dhjg227q**

Please make checks payable to Steno.

Steno
PO BOX 22637
Pasadena, CA 91185-2637
(888) 707-8366

# Invoice 1707742

## Deposition - Untray Brown (May 9, 2025)

### Bill to

ATTN: Marisa DiGiuseppe
Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue
Suite 2400
Los Angeles, CA 90071

### Bill from

Steno Agency, Inc.
PO BOX 22637
Pasadena, CA 91185-2637
(888) 707-8366

**Case name:** Pennington et al v Tetra Tech, Inc. et al
**Case number:** 3:18-cv-05330-JD / 3:13-cv-03835-JD
**Job Id:** 1642265

**Invoice date:** 5/27/2025
**Terms:** Net 30
**Due date:** 6/26/2025
**Status:** OPEN

| Item | Description | Amount | Quantity | Total |
|---|---|---|---|---|
| Realtime Page Rate | | $2.50 | 196 | $490.00 |
| Realtime Page Rate | | $2.50 | 196 | $490.00 |
| Rough Transcript Page Rate | | $2.50 | 196 | $490.00 |
| Page Rate (Original + 1 Certified Copy) | | $5.95 | 235 | $1,398.25 |
| Additional Page Rate for Video | | $0.50 | 235 | $117.50 |
| Exhibit Page Rate | | $0.65 | 477 | $310.05 |
| Transcript Production & Processing | | $65.00 | 1 | $65.00 |
| Electronic Transcript Fee | | $65.00 | 1 | $65.00 |
| Litigation Package - Remote | | $299.00 | 1 | $299.00 |
| Standard Full Day Per Diem | | $290.00 | 1 | $290.00 |
| Video Hourly Fee | | $195.00 | 6 | $1,170.00 |
| Text to Video Sync Hourly Fee | | $50.00 | 6 | $300.00 |
| Media and Cloud Services (7 Years) | | $25.00 | 1 | $25.00 |
| | | | **Total** | $5,509.80 |
| | | | **Payments** | $0.00 |
| | | | **Amount remaining due** | **$5,509.80** |

Steno
PO BOX 22637
Pasadena, CA 91185-2637
(888) 707-8366

# Invoice 1703308

## Deposition - Dr. Jedidiah Burack (May 8, 2025)

### Bill to

ATTN: Marisa DiGiuseppe
Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue
Suite 2400
Los Angeles, CA 90071

### Bill from

Steno Agency, Inc.
PO BOX 22637
Pasadena, CA 91185-2637
(888) 707-8366

**Case name:** Pennington et al v Tetra Tech, Inc. et al
**Case number:** 3:18-cv-05330-JD / 3:13-cv-03835-JD
**Job Id:** 1642258

**Invoice date:** 5/23/2025
**Terms:** Net 30
**Due date:** 6/22/2025
**Status:** OPEN

| Item | Description | Amount | Quantity | Total |
|---|---|---|---|---|
| Realtime Page Rate | | $2.50 | 122 | $305.00 |
| Rough Transcript Page Rate | | $2.50 | 122 | $305.00 |
| Page Rate (Original + 1 Certified Copy) | | $5.95 | 149 | $886.55 |
| Additional Page Rate for Expert/Medical | | $0.50 | 149 | $74.50 |
| Additional Page Rate for Video | | $0.50 | 149 | $74.50 |
| Exhibit Page Rate | | $0.65 | 478 | $310.70 |
| Transcript Production & Processing | | $65.00 | 1 | $65.00 |
| Electronic Transcript Fee | | $65.00 | 1 | $65.00 |
| Litigation Package - Remote | | $299.00 | 1 | $299.00 |
| Standard Full Day Per Diem | | $290.00 | 1 | $290.00 |
| Video Hourly Fee | | $195.00 | 4.5 | $877.50 |
| Media and Cloud Services (7 Years) | | $25.00 | 1 | $25.00 |
| | | | **Total** | $3,577.75 |
| | | | **Payments** | $0.00 |
| | | | **Amount remaining due** | **$3,577.75** |

Steno
PO BOX 22637
Pasadena, CA 91185-2637
(888) 707-8366

# Invoice 1821655

## Deposition - Manda Choi (Jun 20, 2025)

## Bill to

ATTN: Kaylene Khosla
Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue
Suite 2400
Los Angeles, CA 90071

## Bill from

Steno Agency, Inc.
PO BOX 22637
Pasadena, CA 91185-2637
(888) 707-8366

**Case name:** Pennington et al v Tetra Tech, Inc. et al
**Case number:** 3:18-cv-05330-JD / 3:13-cv-03835-JD
**Job Id:** 1755778
**Ordered by:** Marisa DiGiuseppe - Wilmer Cutler Pickering Hale and Dorr LLP

**Invoice date:** 7/9/2025
**Terms:** Net 30
**Due date:** 8/8/2025
**Status:** OPEN

| Item | Description | Amount | Quantity | Total |
|---|---|---|---|---|
| Realtime Page Rate | | $2.50 | 11 | $27.50 |
| Rough Transcript Page Rate | | $2.50 | 11 | $27.50 |
| Page Rate (Original + 1 Certified Copy) | | $5.95 | 16 | $95.20 |
| Minimum Transcript Fee | | $399.80 | 1 | $399.80 |
| Additional Page Rate for Video | | $0.50 | 16 | $8.00 |
| Exhibit Page Rate | | $0.65 | 0 | $0.00 |
| Transcript Production & Processing | | $65.00 | 1 | $65.00 |
| Electronic Transcript Fee | | $65.00 | 1 | $65.00 |
| Litigation Package - Remote | | $299.00 | 1 | $299.00 |
| Standard Half Day Per Diem | | $145.00 | 1 | $145.00 |
| Video Hourly Fee | | $195.00 | 1 | $195.00 |
| Minimum Video Fee | | $195.00 | 1 | $195.00 |
| Media and Cloud Services (7 Years) | | $25.00 | 1 | $25.00 |

| Item | Description | Amount | Quantity | Total |
|---|---|---|---|---|
| | | | **Total** | $1,547.00 |
| | | | **Payments** | $0.00 |
| | | | **Amount remaining due** | **$1,547.00** |

Invoice due date shall be 30 days from receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Steno may recover any fees and costs it incurs in collecting any unpaid amounts. Please contact us to correct billing errors using the contact information below. No adjustments will be made after 90 days.

We really appreciate your business and we hope you were satisfied with our service. If not, please let us know so that we can improve by calling us at **(888) 707-8366** or emailing us at **ar@steno.com**.

## Payment instructions

Need our W9? Please visit **https://steno.com/w9**
Pay online: **https://steno.com/pay/d7f4o0ug**

Please make checks payable to Steno.

Steno
PO BOX 22637
Pasadena, CA 91185-2637
(888) 707-8366

# Invoice 1738729

## Deposition - Christopher Davidson (May 14, 2025)

### Bill to

ATTN: Marisa DiGiuseppe
Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue
Suite 2400
Los Angeles, CA 90071

### Bill from

Steno Agency, Inc.
PO BOX 22637
Pasadena, CA 91185-2637
(888) 707-8366

**Case name:** Pennington et al v Tetra Tech, Inc. et al
**Case number:** 3:18-cv-05330-JD / 3:13-cv-03835-JD
**Job Id:** 1666759
**Ordered by:** Christopher Rheinheimer - Wilmer Cutler Pickering Hale and Dorr LLP

**Invoice date:** 6/6/2025
**Terms:** Net 30
**Due date:** 7/6/2025
**Status:** OPEN

| Item | Description | Amount | Quantity | Total |
|---|---|---|---|---|
| Realtime Page Rate | | $2.50 | 168 | $420.00 |
| Rough Transcript Page Rate | | $2.50 | 168 | $420.00 |
| Page Rate (Original + 1 Certified Copy) | | $5.95 | 203 | $1,207.85 |
| Additional Page Rate for Video | | $0.50 | 203 | $101.50 |
| Exhibit Page Rate | | $0.65 | 534 | $347.10 |
| Transcript Production & Processing | | $65.00 | 1 | $65.00 |
| Electronic Transcript Fee | | $65.00 | 1 | $65.00 |
| Litigation Package - Remote | | $299.00 | 1 | $299.00 |
| Overtime Hourly Fee | | $75.00 | 1.25 | $93.75 |
| Standard Full Day Per Diem | | $290.00 | 1 | $290.00 |
| Video Hourly Fee | | $195.00 | 6 | $1,170.00 |
| Text to Video Sync Hourly Fee | | $50.00 | 6 | $300.00 |
| Media and Cloud Services (7 Years) | | $25.00 | 1 | $25.00 |
| | | | Total | $4,804.20 |

| Item | Description | Amount | Quantity | Total |
|---|---|---|---|---|
| | | | **Payments** | $0.00 |
| | | | **Amount remaining due** | **$4,804.20** |

Invoice due date shall be 30 days from receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Steno may recover any fees and costs it incurs in collecting any unpaid amounts. Please contact us to correct billing errors using the contact information below. No adjustments will be made after 90 days.

We really appreciate your business and we hope you were satisfied with our service. If not, please let us know so that we can improve by calling us at **(888) 707-8366** or emailing us at **ar@steno.com**.

## Payment instructions

Need our W9? Please visit **https://steno.com/w9**
Pay online: **https://steno.com/pay/8zwlrmbm**

Please make checks payable to Steno.

Steno
PO BOX 22637
Pasadena, CA 91185-2637
(888) 707-8366

# Invoice 1759325

## Deposition - Theodore Ellington (May 29, 2025)

### Bill to

ATTN: Kaylene Khosla
Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue
Suite 2400
Los Angeles, CA 90071

### Bill from

Steno Agency, Inc.
PO BOX 22637
Pasadena, CA 91185-2637
(888) 707-8366

**Case name:** Pennington et al v Tetra Tech, Inc. et al
**Case number:** 3:18-cv-05330-JD / 3:13-cv-03835-JD
**Job Id:** 1702169
**Ordered by:** Marisa DiGiuseppe - Wilmer Cutler Pickering Hale and Dorr LLP

**Invoice date:** 6/16/2025
**Terms:** Net 30
**Due date:** 7/16/2025
**Status:** OPEN

| Item | Description | Amount | Quantity | Total |
|---|---|---|---|---|
| Realtime Page Rate | | $2.50 | 237 | $592.50 |
| Rough Transcript Page Rate | | $2.50 | 237 | $592.50 |
| Page Rate (Original + 1 Certified Copy) | | $5.95 | 285 | $1,695.75 |
| Additional Page Rate for Video | | $0.50 | 285 | $142.50 |
| Exhibit Page Rate | | $0.65 | 598 | $388.70 |
| Transcript Production & Processing | | $65.00 | 1 | $65.00 |
| Electronic Transcript Fee | | $65.00 | 1 | $65.00 |
| Litigation Package - Remote | | $299.00 | 1 | $299.00 |
| Standard Full Day Per Diem | | $290.00 | 1 | $290.00 |
| Video Hourly Fee | | $195.00 | 8 | $1,560.00 |
| Text to Video Sync Hourly Fee | | $50.00 | 8 | $400.00 |
| Media and Cloud Services (7 Years) | | $25.00 | 1 | $25.00 |
| | | | **Total** | $6,115.95 |
| | | | **Payments** | $0.00 |

| Item | Description | Amount | Quantity | Total |
|---|---|---|---|---|
| | | | **Amount remaining due** | **$6,115.95** |

Invoice due date shall be 30 days from receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Steno may recover any fees and costs it incurs in collecting any unpaid amounts. Please contact us to correct billing errors using the contact information below. No adjustments will be made after 90 days.

We really appreciate your business and we hope you were satisfied with our service. If not, please let us know so that we can improve by calling us at **(888) 707-8366** or emailing us at **ar@steno.com**.

## Payment instructions

Need our W9? Please visit **https://steno.com/w9**
Pay online: **https://steno.com/pay/6sfn8zj9**

Please make checks payable to Steno.

Steno
PO BOX 22637
Pasadena, CA 91185-2637
(888) 707-8366

# Invoice 1761920

## Deposition - Victoria Seray Ellington (May 30, 2025)

### Bill to

ATTN: Kaylene Khosla
Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue
Suite 2400
Los Angeles, CA 90071

### Bill from

Steno Agency, Inc.
PO BOX 22637
Pasadena, CA 91185-2637
(888) 707-8366

**Case name:** Pennington et al v Tetra Tech, Inc. et al
**Case number:** 3:18-cv-05330-JD / 3:13-cv-03835-JD
**Job Id:** 1702203
**Ordered by:** Marisa DiGiuseppe - Wilmer Cutler Pickering Hale and Dorr LLP

**Invoice date:** 6/16/2025
**Terms:** Net 30
**Due date:** 7/16/2025
**Status:** OPEN

| Item | Description | Amount | Quantity | Total |
|---|---|---|---|---|
| Realtime Page Rate | | $2.50 | 186 | $465.00 |
| Rough Transcript Page Rate | | $2.50 | 186 | $465.00 |
| Page Rate (Original + 1 Certified Copy) | | $5.95 | 223 | $1,326.85 |
| Additional Page Rate for Video | | $0.50 | 223 | $111.50 |
| Exhibit Page Rate | | $0.65 | 583 | $378.95 |
| Transcript Production & Processing | | $65.00 | 1 | $65.00 |
| Electronic Transcript Fee | | $65.00 | 1 | $65.00 |
| Litigation Package - Remote | | $299.00 | 1 | $299.00 |
| Standard Full Day Per Diem | | $290.00 | 1 | $290.00 |
| Video Hourly Fee | | $195.00 | 6.25 | $1,218.75 |
| Media and Cloud Services (7 Years) | | $25.00 | 1 | $25.00 |
| | | | **Total** | $4,710.05 |
| | | | **Payments** | $0.00 |
| | | | **Amount remaining due** | **$4,710.05** |

Steno
PO BOX 22637
Pasadena, CA 91185-2637
(888) 707-8366

# Invoice 1775690

## Deposition - Joseph Fraga (Jun 4, 2025)

### Bill to

ATTN: Marisa DiGiuseppe
Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue
Suite 2400
Los Angeles, CA 90071

### Bill from

Steno Agency, Inc.
PO BOX 22637
Pasadena, CA 91185-2637
(888) 707-8366

**Case name:** Pennington et al v Tetra Tech, Inc. et al
**Case number:** 3:18-cv-05330-JD / 3:13-cv-03835-JD
**Job Id:** 1714362

**Invoice date:** 6/20/2025
**Terms:** Net 30
**Due date:** 7/20/2025
**Status:** OPEN

| Item | Description | Amount | Quantity | Total |
| --- | --- | --- | --- | --- |
| Realtime Page Rate | | $2.50 | 112 | $280.00 |
| Rough Transcript Page Rate | | $2.50 | 112 | $280.00 |
| Page Rate (Original + 1 Certified Copy) | | $5.95 | 140 | $833.00 |
| Additional Page Rate for Video | | $0.50 | 140 | $70.00 |
| Exhibit Page Rate | | $0.65 | 1041 | $676.65 |
| Transcript Production & Processing | | $65.00 | 1 | $65.00 |
| Electronic Transcript Fee | | $65.00 | 1 | $65.00 |
| Litigation Package - Remote | | $299.00 | 1 | $299.00 |
| Standard Full Day Per Diem | | $290.00 | 1 | $290.00 |
| Video Hourly Fee | | $195.00 | 4 | $780.00 |
| Text to Video Sync Hourly Fee | | $50.00 | 4 | $200.00 |
| Media and Cloud Services (7 Years) | | $25.00 | 1 | $25.00 |
| | | | **Total** | $3,863.65 |
| | | | **Payments** | $0.00 |
| | | | **Amount remaining due** | **$3,863.65** |

STENO

Steno
PO BOX 22637
Pasadena, CA 91185-2637
(888) 707-8366

# Invoice 1799479

## Deposition - Jason Lawrence Fried - Vol. 1 (Jun 13, 2025)

### Bill to

ATTN: Kaylene Khosla
Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue
Suite 2400
Los Angeles, CA 90071

### Bill from

Steno Agency, Inc.
PO BOX 22637
Pasadena, CA 91185-2637
(888) 707-8366

**Case name:** Pennington et al v Tetra Tech, Inc. et al
**Case number:** 3:18-cv-05330-JD / 3:13-cv-03835-JD
**Job Id:** 1728450
**Ordered by:** Marisa DiGiuseppe - Wilmer Cutler Pickering Hale and Dorr LLP

**Invoice date:** 6/30/2025
**Terms:** Net 30
**Due date:** 7/30/2025
**Status:** OPEN

| Item | Description | Amount | Quantity | Total |
|---|---|---|---|---|
| Realtime Page Rate | | $2.50 | 114 | $285.00 |
| Rough Transcript Page Rate | | $2.50 | 114 | $285.00 |
| Page Rate (Original + 1 Certified Copy) | | $5.95 | 137 | $815.15 |
| Additional Page Rate for Video | | $0.50 | 137 | $68.50 |
| Exhibit Page Rate | | $0.65 | 645 | $419.25 |
| Transcript Production & Processing | | $65.00 | 1 | $65.00 |
| Electronic Transcript Fee | | $65.00 | 1 | $65.00 |
| Litigation Package - Remote | | $299.00 | 1 | $299.00 |
| Standard Half Day Per Diem | | $145.00 | 1 | $145.00 |
| Video Hourly Fee | | $195.00 | 4 | $780.00 |
| Media and Cloud Services (7 Years) | | $25.00 | 1 | $25.00 |
| | | | **Total** | $3,251.90 |
| | | | **Payments** | $0.00 |
| | | | **Amount remaining due** | **$3,251.90** |

Steno
PO BOX 22637
Pasadena, CA 91185-2637
(888) 707-8366

# Invoice 2075630

## Deposition - Dr. Robert Peter Gale (Aug 19, 2025)

## Bill to

ATTN: Christopher Rheinheimer
Mayer Brown LLP
575 Market Street
Suite 2500
San Francisco, CA 94105

## Bill from

Steno Agency, Inc.
PO BOX 22637
Pasadena, CA 91185-2637
(888) 707-8366

**Case name:** Pennington, et al v Tetra Tech, Inc., et al.

**Case number:** 3:18-cv-05330-JD / 3:13-cv-03835-JD

**Job Id:** 1907887

**Invoice date:** 10/10/2025
**Terms:** Net 30
**Due date:** 11/9/2025
**Status:** OPEN

| Item | Description | Amount | Quantity | Total |
|---|---|---|---|---|
| Realtime Page Rate | | $2.50 | 258 | $645.00 |
| Realtime Page Rate | | $2.50 | 258 | $645.00 |
| Rough Transcript Page Rate | | $2.50 | 258 | $645.00 |
| Page Rate (Original + 1 Certified Copy) | | $5.95 | 301 | $1,790.95 |
| Additional Page Rate for Expert/Medical | | $0.50 | 301 | $150.50 |
| Additional Page Rate for Video | | $0.50 | 301 | $150.50 |
| Exhibit Page Rate | | $0.65 | 1102 | $716.30 |
| Transcript Production & Processing | | $65.00 | 1 | $65.00 |
| Electronic Transcript Fee | | $65.00 | 1 | $65.00 |
| Litigation Package - Remote | | $299.00 | 1 | $299.00 |
| Overtime Hourly Fee | | $75.00 | .5 | $37.50 |
| Standard Full Day Per Diem | | $290.00 | 1 | $290.00 |
| Video Hourly Fee | | $195.00 | 9 | $1,755.00 |
| Media and Cloud Services (7 Years) | | $25.00 | 1 | $25.00 |
| | | | **Total** | $7,279.75 |
| | | | **Payments** | $0.00 |

| Item | Description | Amount | Quantity | Total |
|---|---|---|---|---|
| | | | **Amount remaining due** | **$7,279.75** |

Invoice due date shall be 30 days from receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Steno may recover any fees and costs it incurs in collecting any unpaid amounts. Please contact us to correct billing errors using the contact information below. No adjustments will be made after 90 days.

We really appreciate your business and we hope you were satisfied with our service. If not, please let us know so that we can improve by calling us at (888) 707-8366 or emailing us at ar@steno.com.

## Payment instructions

Need our W9? Please visit https://steno.com/w9
Pay online: https://steno.com/pay/689o5nh1

Please make checks payable to Steno.

STENO

Steno
PO BOX 22637
Pasadena, CA 91185-2637
(888) 707-8366

# Invoice 1749765

## Deposition - Paul Gardner (May 22, 2025)

### Bill to

ATTN: Marisa DiGiuseppe
Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue
Suite 2400
Los Angeles, CA 90071

### Bill from

Steno Agency, Inc.
PO BOX 22637
Pasadena, CA 91185-2637
(888) 707-8366

**Case name:** Pennington et al v Tetra Tech, Inc. et al
**Case number:** 3:18-cv-05330-JD / 3:13-cv-03835-JD
**Job Id:** 1681586
**Ordered by:** Christopher Rheinheimer - Wilmer Cutler Pickering Hale and Dorr LLP

**Invoice date:** 6/11/2025
**Terms:** Net 30
**Due date:** 7/11/2025
**Status:** OPEN

| Item | Description | Amount | Quantity | Total |
|---|---|---|---|---|
| Realtime Page Rate | | $2.50 | 164 | $410.00 |
| Rough Transcript Page Rate | | $2.50 | 164 | $410.00 |
| Page Rate (Original + 1 Certified Copy) | | $5.95 | 191 | $1,136.45 |
| Additional Page Rate for Video | | $0.50 | 191 | $95.50 |
| Exhibit Page Rate | | $0.65 | 563 | $365.95 |
| Transcript Production & Processing | | $65.00 | 1 | $65.00 |
| Electronic Transcript Fee | | $65.00 | 1 | $65.00 |
| Litigation Package - Remote | | $299.00 | 1 | $299.00 |
| Standard Full Day Per Diem | | $290.00 | 1 | $290.00 |
| Video Hourly Fee | | $195.00 | 5.25 | $1,023.75 |
| Text to Video Sync Hourly Fee | | $50.00 | 5.25 | $262.50 |
| Media and Cloud Services (7 Years) | | $25.00 | 1 | $25.00 |
| | | | **Total** | $4,448.15 |
| | | | **Payments** | $0.00 |

| Item | Description | Amount | Quantity | Total |
|---|---|---|---|---|
| | | | **Amount remaining due** | **$4,448.15** |

Invoice due date shall be 30 days from receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Steno may recover any fees and costs it incurs in collecting any unpaid amounts. Please contact us to correct billing errors using the contact information below. No adjustments will be made after 90 days.

We really appreciate your business and we hope you were satisfied with our service. If not, please let us know so that we can improve by calling us at **(888) 707-8366** or emailing us at **ar@steno.com**.

## Payment instructions

Need our W9? Please visit **https://steno.com/w9**
Pay online: **https://steno.com/pay/g29bbcml**

Please make checks payable to Steno.

STENO

Steno
PO BOX 22637
Pasadena, CA 91185-2637
(888) 707-8366

# Invoice 1749794

## Deposition - James Gosnell (May 27, 2025)

### Bill to

ATTN: Kaylene Khosla
Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue
Suite 2400
Los Angeles, CA 90071

### Bill from

Steno Agency, Inc.
PO BOX 22637
Pasadena, CA 91185-2637
(888) 707-8366

**Case name:** Pennington et al v Tetra Tech, Inc. et al
**Case number:** 3:18-cv-05330-JD
**Job Id:** 1702073
**Ordered by:** Marisa DiGiuseppe - Wilmer Cutler Pickering Hale and Dorr LLP

**Invoice date:** 6/11/2025
**Terms:** Net 30
**Due date:** 7/11/2025
**Status:** OPEN

| Item | Description | Amount | Quantity | Total |
|---|---|---|---|---|
| Realtime Page Rate | | $2.50 | 252 | $630.00 |
| Rough Transcript Page Rate | | $2.50 | 252 | $630.00 |
| Page Rate (Original + 1 Certified Copy) | | $5.95 | 292 | $1,737.40 |
| Additional Page Rate for Video | | $0.50 | 292 | $146.00 |
| Exhibit Page Rate | | $0.65 | 551 | $358.15 |
| Transcript Production & Processing | | $65.00 | 1 | $65.00 |
| Electronic Transcript Fee | | $65.00 | 1 | $65.00 |
| Litigation Package - Remote | | $299.00 | 1 | $299.00 |
| Standard Full Day Per Diem | | $290.00 | 1 | $290.00 |
| Video Hourly Fee | | $195.00 | 8 | $1,560.00 |
| Text to Video Sync Hourly Fee | | $50.00 | 8 | $400.00 |
| Media and Cloud Services (7 Years) | | $25.00 | 1 | $25.00 |
| | | | **Total** | $6,205.55 |
| | | | **Payments** | $0.00 |

| Item | Description | Amount | Quantity | Total |
|---|---|---|---|---|
| | | | **Amount remaining due** | **$6,205.55** |

Invoice due date shall be 30 days from receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Steno may recover any fees and costs it incurs in collecting any unpaid amounts. Please contact us to correct billing errors using the contact information below. No adjustments will be made after 90 days.

We really appreciate your business and we hope you were satisfied with our service. If not, please let us know so that we can improve by calling us at **(888) 707-8366** or emailing us at **ar@steno.com**.

## Payment instructions

Need our W9? Please visit **https://steno.com/w9**
Pay online: **https://steno.com/pay/amwk6tpc**

Please make checks payable to Steno.

STENO

Steno
PO BOX 22637
Pasadena, CA 91185-2637
(888) 707-8366

# Invoice 1749790

## Deposition - Zara Janer (May 23, 2025)

### Bill to

ATTN: Marisa DiGiuseppe
Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue
Suite 2400
Los Angeles, CA 90071

### Bill from

Steno Agency, Inc.
PO BOX 22637
Pasadena, CA 91185-2637
(888) 707-8366

**Case name:** Pennington et al v Tetra Tech, Inc. et al
**Case number:** 3:18-cv-05330-JD / 3:13-cv-03835-JD
**Job Id:** 1681680
**Ordered by:** Christopher Rheinheimer - Wilmer Cutler Pickering Hale and Dorr LLP

**Invoice date:** 6/11/2025
**Terms:** Net 30
**Due date:** 7/11/2025
**Status:** OPEN

| Item | Description | Amount | Quantity | Total |
|---|---|---|---|---|
| Realtime Page Rate | | $2.50 | 155 | $387.50 |
| Rough Transcript Page Rate | | $2.50 | 155 | $387.50 |
| Page Rate (Original + 1 Certified Copy) | | $5.95 | 180 | $1,071.00 |
| Additional Page Rate for Video | | $0.50 | 180 | $90.00 |
| Exhibit Page Rate | | $0.65 | 521 | $338.65 |
| Transcript Production & Processing | | $65.00 | 1 | $65.00 |
| Electronic Transcript Fee | | $65.00 | 1 | $65.00 |
| Litigation Package - Remote | | $299.00 | 1 | $299.00 |
| Standard Full Day Per Diem | | $290.00 | 1 | $290.00 |
| Video Hourly Fee | | $195.00 | 4.75 | $926.25 |
| Text to Video Sync Hourly Fee | | $50.00 | 4.75 | $237.50 |
| Media and Cloud Services (7 Years) | | $25.00 | 1 | $25.00 |
| | | | **Total** | $4,182.40 |
| | | | **Payments** | $0.00 |

| Item | Description | Amount | Quantity | Total |
|---|---|---|---|---|
| | | | **Amount remaining due** | **$4,182.40** |

Invoice due date shall be 30 days from receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Steno may recover any fees and costs it incurs in collecting any unpaid amounts. Please contact us to correct billing errors using the contact information below. No adjustments will be made after 90 days.

We really appreciate your business and we hope you were satisfied with our service. If not, please let us know so that we can improve by calling us at **(888) 707-8366** or emailing us at **ar@steno.com**.

## Payment instructions

Need our W9? Please visit **https://steno.com/w9**
Pay online: **https://steno.com/pay/bq8vipzf**

Please make checks payable to Steno.

Steno
PO BOX 22637
Pasadena, CA 91185-2637
(888) 707-8366

# Invoice 1849875

## Deposition - Sean D. LaRrett (Jul 1, 2025)

### Bill to

ATTN: Kaylene Khosla
Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue
Suite 2400
Los Angeles, CA 90071

### Bill from

Steno Agency, Inc.
PO BOX 22637
Pasadena, CA 91185-2637
(888) 707-8366

**Case name:** Pennington et al v Tetra Tech, Inc. et al
**Case number:** 3:18-cv-05330-JD / 3:13-cv-03835-JD
**Job Id:** 1771861
**Ordered by:** Marisa DiGiuseppe - Wilmer Cutler Pickering Hale and Dorr LLP

**Invoice date:** 7/18/2025
**Terms:** Net 30
**Due date:** 8/17/2025
**Status:** OPEN

| Item | Description | Amount | Quantity | Total |
|---|---|---|---|---|
| Realtime Page Rate | | $2.50 | 161 | $402.50 |
| Rough Transcript Page Rate | | $2.50 | 161 | $402.50 |
| Page Rate (Original + 1 Certified Copy) | | $5.95 | 188 | $1,118.60 |
| Additional Page Rate for Video | | $0.50 | 188 | $94.00 |
| Exhibit Page Rate | | $0.65 | 869 | $564.85 |
| Transcript Production & Processing | | $65.00 | 1 | $65.00 |
| Electronic Transcript Fee | | $65.00 | 1 | $65.00 |
| Litigation Package - Remote | | $299.00 | 1 | $299.00 |
| Standard Full Day Per Diem | | $290.00 | 1 | $290.00 |
| Video Hourly Fee | | $195.00 | 4.75 | $926.25 |
| Media and Cloud Services (7 Years) | | $25.00 | 1 | $25.00 |
| | | | **Total** | $4,252.70 |
| | | | **Payments** | $0.00 |

| Item | Description | Amount | Quantity | Total |
|---|---|---|---|---|
| | | | **Amount remaining due** | **$4,252.70** |

Invoice due date shall be 30 days from receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Steno may recover any fees and costs it incurs in collecting any unpaid amounts. Please contact us to correct billing errors using the contact information below. No adjustments will be made after 90 days.

We really appreciate your business and we hope you were satisfied with our service. If not, please let us know so that we can improve by calling us at **(888) 707-8366** or emailing us at **ar@steno.com**.

## Payment instructions

Need our W9? Please visit **https://steno.com/w9**
Pay online: **https://steno.com/pay/mif3658q**

Please make checks payable to Steno.

Steno
PO BOX 22637
Pasadena, CA 91185-2637
(888) 707-8366

# Invoice 1837815

## Deposition - Imin Lee (Jun 26, 2025)

### Bill to

ATTN: Kaylene Khosla
Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue
Suite 2400
Los Angeles, CA 90071

### Bill from

Steno Agency, Inc.
PO BOX 22637
Pasadena, CA 91185-2637
(888) 707-8366

**Case name:** Pennington et al v Tetra Tech, Inc. et al

**Case number:** 3:18-cv-05330-JD / 3:13-cv-03835-JD

**Job Id:** 1764675

**Ordered by:** Marisa DiGiuseppe - Wilmer Cutler Pickering Hale and Dorr LLP

**Invoice date:** 7/15/2025
**Terms:** Net 30
**Due date:** 8/14/2025
**Status:** OPEN

| Item | Description | Amount | Quantity | Total |
|---|---|---|---|---|
| Realtime Page Rate | | $2.50 | 99 | $247.50 |
| Rough Transcript Page Rate | | $2.50 | 99 | $247.50 |
| Page Rate (Original + 1 Certified Copy) | | $5.95 | 129 | $767.55 |
| Additional Page Rate for Video | | $0.50 | 129 | $64.50 |
| Exhibit Page Rate | | $0.65 | 636 | $413.40 |
| Transcript Production & Processing | | $65.00 | 1 | $65.00 |
| Electronic Transcript Fee | | $65.00 | 1 | $65.00 |
| Litigation Package - Remote | | $299.00 | 1 | $299.00 |
| Standard Half Day Per Diem | | $145.00 | 1 | $145.00 |
| Video Hourly Fee | | $195.00 | 4.75 | $926.25 |
| Media and Cloud Services (7 Years) | | $25.00 | 1 | $25.00 |
| | | | **Total** | $3,265.70 |
| | | | **Payments** | $0.00 |

| Item | Description | Amount | Quantity | Total |
|---|---|---|---|---|
| | | | **Amount remaining due** | **$3,265.70** |

Invoice due date shall be 30 days from receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Steno may recover any fees and costs it incurs in collecting any unpaid amounts. Please contact us to correct billing errors using the contact information below. No adjustments will be made after 90 days.

We really appreciate your business and we hope you were satisfied with our service. If not, please let us know so that we can improve by calling us at **(888) 707-8366** or emailing us at **ar@steno.com**.

## Payment instructions

Need our W9? Please visit **https://steno.com/w9**
Pay online: **https://steno.com/pay/f25admsb**

Please make checks payable to Steno.

Steno
PO BOX 22637
Pasadena, CA 91185-2637
(888) 707-8366

# Invoice 1795637

## Deposition - Jonathan Chuck Lee (Jun 12, 2025)

### Bill to

ATTN: Kaylene Khosla
Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue
Suite 2400
Los Angeles, CA 90071

### Bill from

Steno Agency, Inc.
PO BOX 22637
Pasadena, CA 91185-2637
(888) 707-8366

**Case name:** Pennington et al v Tetra Tech, Inc. et al
**Case number:** 3:18-cv-05330-JD / 3:13-cv-03835-JD
**Job Id:** 1728441
**Ordered by:** Marisa DiGiuseppe - Wilmer Cutler Pickering Hale and Dorr LLP

**Invoice date:** 6/27/2025
**Terms:** Net 30
**Due date:** 7/27/2025
**Status:** OPEN

| Item | Description | Amount | Quantity | Total |
|---|---|---|---|---|
| Realtime Page Rate | | $2.50 | 195 | $487.50 |
| Rough Transcript Page Rate | | $2.50 | 195 | $487.50 |
| Page Rate (Original + 1 Certified Copy) | | $5.95 | 213 | $1,267.35 |
| Additional Page Rate for Video | | $0.50 | 213 | $106.50 |
| Exhibit Page Rate | | $0.65 | 1616 | $1,050.40 |
| Transcript Production & Processing | | $65.00 | 1 | $65.00 |
| Electronic Transcript Fee | | $65.00 | 1 | $65.00 |
| Litigation Package - Remote | | $299.00 | 1 | $299.00 |
| Standard Full Day Per Diem | | $290.00 | 1 | $290.00 |
| Video Hourly Fee | | $195.00 | 6.25 | $1,218.75 |
| Media and Cloud Services (7 Years) | | $25.00 | 1 | $25.00 |
| Exhibit Cap | | $-50.40 | 1 | $-50.40 |
| | | | **Total** | $5,311.60 |
| | | | **Payments** | $0.00 |

| Item | Description | Amount | Quantity | Total |
|---|---|---|---|---|
| | | | **Amount remaining due** | **$5,311.60** |

Invoice due date shall be 30 days from receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Steno may recover any fees and costs it incurs in collecting any unpaid amounts. Please contact us to correct billing errors using the contact information below. No adjustments will be made after 90 days.

We really appreciate your business and we hope you were satisfied with our service. If not, please let us know so that we can improve by calling us at **(888) 707-8366** or emailing us at **ar@steno.com**.

## Payment instructions

Need our W9? Please visit **https://steno.com/w9**
Pay online: **https://steno.com/pay/5klekbgs**

Please make checks payable to Steno.

STENO

Steno
PO BOX 22637
Pasadena, CA 91185-2637
(888) 707-8366

# Invoice 1837807

## Deposition - Shili Lee (Jun 25, 2025)

## Bill to

ATTN: Kaylene Khosla
Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue
Suite 2400
Los Angeles, CA 90071

## Bill from

Steno Agency, Inc.
PO BOX 22637
Pasadena, CA 91185-2637
(888) 707-8366

**Case name:** Pennington et al v Tetra Tech, Inc. et al
**Case number:** 3:18-cv-05330-JD / 3:13-cv-03835-JD
**Job Id:** 1764651
**Ordered by:** Marisa DiGiuseppe - Wilmer Cutler Pickering Hale and Dorr LLP

**Invoice date:** 7/15/2025
**Terms:** Net 30
**Due date:** 8/14/2025
**Status:** OPEN

| Item | Description | Amount | Quantity | Total |
|---|---|---|---|---|
| Realtime Page Rate | | $2.50 | 97 | $242.50 |
| Rough Transcript Page Rate | | $2.50 | 97 | $242.50 |
| Page Rate (Original + 1 Certified Copy) | | $5.95 | 119 | $708.05 |
| Additional Page Rate for Video | | $0.50 | 119 | $59.50 |
| Exhibit Page Rate | | $0.65 | 674 | $438.10 |
| Transcript Production & Processing | | $65.00 | 1 | $65.00 |
| Electronic Transcript Fee | | $65.00 | 1 | $65.00 |
| Litigation Package - Remote | | $299.00 | 1 | $299.00 |
| Standard Half Day Per Diem | | $145.00 | 1 | $145.00 |
| Video Hourly Fee | | $195.00 | 3.5 | $682.50 |
| Media and Cloud Services (7 Years) | | $25.00 | 1 | $25.00 |
| | | | **Total** | $2,972.15 |
| | | | **Payments** | $0.00 |

| Item | Description | Amount | Quantity | Total |
|---|---|---|---|---|
| | | | **Amount remaining due** | **$2,972.15** |

Invoice due date shall be 30 days from receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Steno may recover any fees and costs it incurs in collecting any unpaid amounts. Please contact us to correct billing errors using the contact information below. No adjustments will be made after 90 days.

We really appreciate your business and we hope you were satisfied with our service. If not, please let us know so that we can improve by calling us at **(888) 707-8366** or emailing us at **ar@steno.com**.

## Payment instructions

Need our W9? Please visit **https://steno.com/w9**
Pay online: **https://steno.com/pay/w4r4nvl1**

Please make checks payable to Steno.

Steno
PO BOX 22637
Pasadena, CA 91185-2637
(888) 707-8366

# Invoice 1795360

## Deposition - Valerie Hieu-Kim Nguyen Lee (Jun 11, 2025)

### Bill to

ATTN: Kaylene Khosla
Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue
Suite 2400
Los Angeles, CA 90071

### Bill from

Steno Agency, Inc.
PO BOX 22637
Pasadena, CA 91185-2637
(888) 707-8366

**Case name:** Pennington et al v Tetra Tech, Inc. et al
**Case number:** 3:18-cv-05330-JD / 3:13-cv-03835-JD
**Job Id:** 1728420
**Ordered by:** Marisa DiGiuseppe - Wilmer Cutler Pickering Hale and Dorr LLP

**Invoice date:** 6/27/2025
**Terms:** Net 30
**Due date:** 7/27/2025
**Status:** OPEN

| Item | Description | Amount | Quantity | Total |
|---|---|---|---|---|
| Realtime Page Rate | | $2.50 | 198 | $495.00 |
| Rough Transcript Page Rate | | $2.50 | 198 | $495.00 |
| Page Rate (Original + 1 Certified Copy) | | $5.95 | 234 | $1,392.30 |
| Additional Page Rate for Video | | $0.50 | 234 | $117.00 |
| Exhibit Page Rate | | $0.65 | 1310 | $851.50 |
| Transcript Production & Processing | | $65.00 | 1 | $65.00 |
| Electronic Transcript Fee | | $65.00 | 1 | $65.00 |
| Litigation Package - Remote | | $299.00 | 1 | $299.00 |
| Standard Full Day Per Diem | | $290.00 | 1 | $290.00 |
| Video Hourly Fee | | $195.00 | 6.75 | $1,316.25 |
| Media and Cloud Services (7 Years) | | $25.00 | 1 | $25.00 |
| | | | **Total** | $5,411.05 |
| | | | **Payments** | $0.00 |
| | | | **Amount remaining due** | **$5,411.05** |

Steno
PO BOX 22637
Pasadena, CA 91185-2637
(888) 707-8366

# Invoice 1821638

## Deposition - Thomas Lupton, MD (Jun 18, 2025)

### Bill to

ATTN: Kaylene Khosla
Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue
Suite 2400
Los Angeles, CA 90071

### Bill from

Steno Agency, Inc.
PO BOX 22637
Pasadena, CA 91185-2637
(888) 707-8366

**Case name:** Pennington et al v Tetra Tech, Inc. et al
**Case number:** 3:18-cv-05330-JD / 3:13-cv-03835-JD
**Job Id:** 1750415
**Ordered by:** Marisa DiGiuseppe - Wilmer Cutler Pickering Hale and Dorr LLP

**Invoice date:** 7/9/2025
**Terms:** Net 30
**Due date:** 8/8/2025
**Status:** OPEN

| Item | Description | Amount | Quantity | Total |
|---|---|---|---|---|
| Realtime Page Rate | | $2.50 | 229 | $572.50 |
| Rough Transcript Page Rate | | $2.50 | 229 | $572.50 |
| Page Rate (Original + 1 Certified Copy) | | $5.95 | 274 | $1,630.30 |
| Additional Page Rate for Video | | $0.50 | 274 | $137.00 |
| Exhibit Page Rate | | $0.65 | 951 | $618.15 |
| Transcript Production & Processing | | $65.00 | 1 | $65.00 |
| Electronic Transcript Fee | | $65.00 | 1 | $65.00 |
| Litigation Package - Remote | | $299.00 | 1 | $299.00 |
| Standard Full Day Per Diem | | $290.00 | 1 | $290.00 |
| Video Hourly Fee | | $195.00 | 8.5 | $1,657.50 |
| Media and Cloud Services (7 Years) | | $25.00 | 1 | $25.00 |
| | | | **Total** | $5,931.95 |
| | | | **Payments** | $0.00 |

| Item | Description | Amount | Quantity | Total |
|---|---|---|---|---|
| | | | **Amount remaining due** | **$5,931.95** |

Invoice due date shall be 30 days from receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Steno may recover any fees and costs it incurs in collecting any unpaid amounts. Please contact us to correct billing errors using the contact information below. No adjustments will be made after 90 days.

We really appreciate your business and we hope you were satisfied with our service. If not, please let us know so that we can improve by calling us at **(888) 707-8366** or emailing us at **ar@steno.com**.

## Payment instructions

Need our W9? Please visit **https://steno.com/w9**
Pay online: **https://steno.com/pay/fz8f2pqv**

Please make checks payable to Steno.

Steno
PO BOX 22637
Pasadena, CA 91185-2637
(888) 707-8366

# Invoice 1749785

## Deposition - Charles A. Morgan (May 23, 2025)

### Bill to

ATTN: Marisa DiGiuseppe
Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue
Suite 2400
Los Angeles, CA 90071

### Bill from

Steno Agency, Inc.
PO BOX 22637
Pasadena, CA 91185-2637
(888) 707-8366

**Case name:** Pennington et al v Tetra Tech, Inc. et al
**Case number:** 3:18-cv-05330-JD / 3:13-cv-03835-JD
**Job Id:** 1681655
**Ordered by:** Christopher Rheinheimer - Wilmer Cutler Pickering Hale and Dorr LLP

**Invoice date:** 6/11/2025
**Terms:** Net 30
**Due date:** 7/11/2025
**Status:** OPEN

| Item | Description | Amount | Quantity | Total |
|---|---|---|---|---|
| Realtime Page Rate | | $2.50 | 204 | $510.00 |
| Rough Transcript Page Rate | | $2.50 | 204 | $510.00 |
| Page Rate (Original + 1 Certified Copy) | | $5.95 | 234 | $1,392.30 |
| Additional Page Rate for Video | | $0.50 | 234 | $117.00 |
| Exhibit Page Rate | | $0.65 | 557 | $362.05 |
| Transcript Production & Processing | | $65.00 | 1 | $65.00 |
| Electronic Transcript Fee | | $65.00 | 1 | $65.00 |
| Litigation Package - Remote | | $299.00 | 1 | $299.00 |
| Standard Full Day Per Diem | | $290.00 | 1 | $290.00 |
| Video Hourly Fee | | $195.00 | 5.75 | $1,121.25 |
| Text to Video Sync Hourly Fee | | $50.00 | 5.75 | $287.50 |
| Media and Cloud Services (7 Years) | | $25.00 | 1 | $25.00 |
| | | | **Total** | $5,044.10 |
| | | | **Payments** | $0.00 |

| Item | Description | Amount | Quantity | Total |
|---|---|---|---|---|
| | | | **Amount remaining due** | **$5,044.10** |

Invoice due date shall be 30 days from receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Steno may recover any fees and costs it incurs in collecting any unpaid amounts. Please contact us to correct billing errors using the contact information below. No adjustments will be made after 90 days.

We really appreciate your business and we hope you were satisfied with our service. If not, please let us know so that we can improve by calling us at **(888) 707-8366** or emailing us at **ar@steno.com**.

## Payment instructions

Need our W9? Please visit **https://steno.com/w9**
Pay online: **https://steno.com/pay/wt1vkd0k**

Please make checks payable to Steno.

Steno
PO BOX 22637
Pasadena, CA 91185-2637
(888) 707-8366

# Invoice 1766275

## Deposition - Adam O'Brien (Jun 2, 2025)

### Bill to

ATTN: Dominick Hurley
Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue
Suite 2400
Los Angeles, CA 90071

### Bill from

Steno Agency, Inc.
PO BOX 22637
Pasadena, CA 91185-2637
(888) 707-8366

**Case name:** Pennington et al v Tetra Tech, Inc. et al
**Case number:** 3:18-cv-05330-JD / 3:13-cv-03835-JD
**Job Id:** 1714387
**Ordered by:** Marisa DiGiuseppe - Wilmer Cutler Pickering Hale and Dorr LLP

**Invoice date:** 6/17/2025
**Terms:** Net 30
**Due date:** 7/17/2025
**Status:** OPEN

| Item | Description | Amount | Quantity | Total |
|---|---|---|---|---|
| Realtime Page Rate | | $2.50 | 154 | $385.00 |
| Rough Transcript Page Rate | | $2.50 | 154 | $385.00 |
| Page Rate (Original + 1 Certified Copy) | | $5.95 | 181 | $1,076.95 |
| Additional Page Rate for Video | | $0.50 | 181 | $90.50 |
| Exhibit Page Rate | | $0.65 | 954 | $620.10 |
| Transcript Production & Processing | | $65.00 | 1 | $65.00 |
| Electronic Transcript Fee | | $65.00 | 1 | $65.00 |
| Litigation Package - Remote | | $299.00 | 1 | $299.00 |
| Standard Full Day Per Diem | | $290.00 | 1 | $290.00 |
| Video Hourly Fee | | $195.00 | 5 | $975.00 |
| Media and Cloud Services (7 Years) | | $25.00 | 1 | $25.00 |
| | | | **Total** | $4,276.55 |
| | | | **Payments** | $0.00 |
| | | | **Amount remaining due** | **$4,276.55** |

STENO

Steno
PO BOX 22637
Pasadena, CA 91185-2637
(888) 707-8366

# Invoice 1756526

## Deposition - Gregory Pennington (May 28, 2025)

### Bill to

ATTN: Kaylene Khosla
Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue
Suite 2400
Los Angeles, CA 90071

### Bill from

Steno Agency, Inc.
PO BOX 22637
Pasadena, CA 91185-2637
(888) 707-8366

**Case name:** Pennington et al v Tetra Tech, Inc. et al
**Case number:** 3:18-cv-05330-JD / 3:13-cv-03835-JD
**Job Id:** 1702114
**Ordered by:** Marisa DiGiuseppe - Wilmer Cutler Pickering Hale and Dorr LLP

**Invoice date:** 6/13/2025
**Terms:** Net 30
**Due date:** 7/13/2025
**Status:** OPEN

| Item | Description | Amount | Quantity | Total |
|---|---|---|---|---|
| Realtime Page Rate | | $2.50 | 223 | $557.50 |
| Rough Transcript Page Rate | | $2.50 | 223 | $557.50 |
| Page Rate (Original + 1 Certified Copy) | | $5.95 | 262 | $1,558.90 |
| Additional Page Rate for Video | | $0.50 | 262 | $131.00 |
| Exhibit Page Rate | | $0.65 | 2352 | $1,528.80 |
| Transcript Production & Processing | | $65.00 | 1 | $65.00 |
| Electronic Transcript Fee | | $65.00 | 1 | $65.00 |
| Litigation Package - Remote | | $299.00 | 1 | $299.00 |
| Standard Full Day Per Diem | | $290.00 | 1 | $290.00 |
| Video Hourly Fee | | $195.00 | 7.5 | $1,462.50 |
| Media and Cloud Services (7 Years) | | $25.00 | 1 | $25.00 |
| Exhibit Cap | | $-528.80 | 1 | $-528.80 |
| | | | **Total** | $6,011.40 |
| | | | **Payments** | $0.00 |

| Item | Description | Amount | Quantity | Total |
|---|---|---|---|---|
| | | | **Amount remaining due** | **$6,011.40** |

Invoice due date shall be 30 days from receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Steno may recover any fees and costs it incurs in collecting any unpaid amounts. Please contact us to correct billing errors using the contact information below. No adjustments will be made after 90 days.

We really appreciate your business and we hope you were satisfied with our service. If not, please let us know so that we can improve by calling us at **(888) 707-8366** or emailing us at **ar@steno.com**.

## Payment instructions

Need our W9? Please visit **https://steno.com/w9**
Pay online: **https://steno.com/pay/zgs066b5**

Please make checks payable to Steno.

Steno
PO BOX 22637
Pasadena, CA 91185-2637
(888) 707-8366

# Invoice 1837798

## Deposition - Linda Parker Pennington - Vol. 2 (Jun 24, 2025)

### Bill to

ATTN: Kaylene Khosla
Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue
Suite 2400
Los Angeles, CA 90071

### Bill from

Steno Agency, Inc.
PO BOX 22637
Pasadena, CA 91185-2637
(888) 707-8366

**Case name:** Pennington et al v Tetra Tech, Inc. et al
**Case number:** 3:18-cv-05330-JD / 3:13-cv-03835-JD
**Job Id:** 1764570
**Ordered by:** Marisa DiGiuseppe - Wilmer Cutler Pickering Hale and Dorr LLP

**Invoice date:** 7/15/2025
**Terms:** Net 30
**Due date:** 8/14/2025
**Status:** OPEN

| Item | Description | Amount | Quantity | Total |
|---|---|---|---|---|
| Realtime Page Rate | | $2.50 | 188 | $470.00 |
| Rough Transcript Page Rate | | $2.50 | 188 | $470.00 |
| Page Rate (Original + 1 Certified Copy) | | $5.95 | 228 | $1,356.60 |
| Additional Page Rate for Video | | $0.50 | 228 | $114.00 |
| Exhibit Page Rate | | $0.65 | 423 | $274.95 |
| Transcript Production & Processing | | $65.00 | 1 | $65.00 |
| Electronic Transcript Fee | | $65.00 | 1 | $65.00 |
| Litigation Package - Remote | | $299.00 | 1 | $299.00 |
| Standard Full Day Per Diem | | $290.00 | 1 | $290.00 |
| Video Hourly Fee | | $195.00 | 7.5 | $1,462.50 |
| Media and Cloud Services (7 Years) | | $25.00 | 1 | $25.00 |
| | | | **Total** | $4,892.05 |
| | | | **Payments** | $0.00 |

| Item | Description | Amount | Quantity | Total |
|---|---|---|---|---|
| | | | **Amount remaining due** | **$4,892.05** |

Invoice due date shall be 30 days from receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Steno may recover any fees and costs it incurs in collecting any unpaid amounts. Please contact us to correct billing errors using the contact information below. No adjustments will be made after 90 days.

We really appreciate your business and we hope you were satisfied with our service. If not, please let us know so that we can improve by calling us at **(888) 707-8366** or emailing us at **ar@steno.com**.

## Payment instructions

Need our W9? Please visit **https://steno.com/w9**
Pay online: **https://steno.com/pay/127uzo5u**

Please make checks payable to Steno.

Steno
PO BOX 22637
Pasadena, CA 91185-2637
(888) 707-8366

# Invoice 2064244

## Deposition - Brett Reynolds, MAI (Aug 29, 2025)

## Bill to

ATTN: Christopher Rheinheimer
Mayer Brown LLP
575 Market Street
Suite 2500
San Francisco, CA 94105

## Bill from

Steno Agency, Inc.
PO BOX 22637
Pasadena, CA 91185-2637
(888) 707-8366

**Case name:** Pennington, et al v Tetra Tech, Inc., et al.
**Case number:** 3:18-cv-05330-JD / 3:13-cv-03835-JD
**Job Id:** 1912656

**Invoice date:** 10/7/2025
**Terms:** Net 30
**Due date:** 11/6/2025
**Status:** OPEN

| Item | Description | Amount | Quantity | Total |
|---|---|---|---|---|
| Realtime Page Rate | | $2.50 | 197 | $492.50 |
| Rough Transcript Page Rate | | $2.50 | 197 | $492.50 |
| Page Rate (Original + 1 Certified Copy) | | $5.95 | 231 | $1,374.45 |
| Additional Page Rate for Expert/Medical | | $0.50 | 231 | $115.50 |
| Additional Page Rate for Video | | $0.50 | 231 | $115.50 |
| Exhibit Page Rate | | $0.65 | 264 | $171.60 |
| Transcript Production & Processing | | $65.00 | 1 | $65.00 |
| Electronic Transcript Fee | | $65.00 | 1 | $65.00 |
| Litigation Package - Remote | | $299.00 | 1 | $299.00 |
| Standard Full Day Per Diem | | $290.00 | 1 | $290.00 |
| In Person Appearance Fee | | $330.00 | 1 | $330.00 |
| Video Hourly Fee | | $195.00 | 8.25 | $1,608.75 |
| Text to Video Sync Hourly Fee | | $50.00 | 8.25 | $412.50 |
| Media and Cloud Services (7 Years) | | $25.00 | 1 | $25.00 |
| | | | **Total** | $5,857.30 |
| | | | **Payments** | $0.00 |

| Item | Description | Amount | Quantity | Total |
|---|---|---|---|---|
| | | | **Amount remaining due** | **$5,857.30** |

Invoice due date shall be 30 days from receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Steno may recover any fees and costs it incurs in collecting any unpaid amounts. Please contact us to correct billing errors using the contact information below. No adjustments will be made after 90 days.

We really appreciate your business and we hope you were satisfied with our service. If not, please let us know so that we can improve by calling us at (888) 707-8366 or emailing us at ar@steno.com.

## Payment instructions

Need our W9? Please visit https://steno.com/w9
Pay online: https://steno.com/pay/fhps4n0x

Please make checks payable to Steno.

Steno
PO BOX 22637
Pasadena, CA 91185-2637
(888) 707-8366

# Invoice 1821621

## Deposition - Jewel Robinson, BA (Jun 17, 2025)

### Bill to

ATTN: Kaylene Khosla
Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue
Suite 2400
Los Angeles, CA 90071

### Bill from

Steno Agency, Inc.
PO BOX 22637
Pasadena, CA 91185-2637
(888) 707-8366

**Case name:** Pennington et al v Tetra Tech, Inc. et al
**Case number:** 3:18-cv-05330-JD / 3:13-cv-03835-JD
**Job Id:** 1750405
**Ordered by:** Marisa DiGiuseppe - Wilmer Cutler Pickering Hale and Dorr LLP

**Invoice date:** 7/9/2025
**Terms:** Net 30
**Due date:** 8/8/2025
**Status:** OPEN

| Item | Description | Amount | Quantity | Total |
|---|---|---|---|---|
| Realtime Page Rate | | $2.50 | 167 | $417.50 |
| Rough Transcript Page Rate | | $2.50 | 167 | $417.50 |
| Page Rate (Original + 1 Certified Copy) | | $5.95 | 184 | $1,094.80 |
| Additional Page Rate for Video | | $0.50 | 184 | $92.00 |
| Exhibit Page Rate | | $0.65 | 888 | $577.20 |
| Transcript Production & Processing | | $65.00 | 1 | $65.00 |
| Electronic Transcript Fee | | $65.00 | 1 | $65.00 |
| Litigation Package - Remote | | $299.00 | 1 | $299.00 |
| Standard Full Day Per Diem | | $290.00 | 1 | $290.00 |
| Video Hourly Fee | | $195.00 | 5.75 | $1,121.25 |
| Media and Cloud Services (7 Years) | | $25.00 | 1 | $25.00 |
| | | | **Total** | $4,464.25 |
| | | | **Payments** | $0.00 |

| Item | Description | Amount | Quantity | Total |
|---|---|---|---|---|
| | | | **Amount remaining due** | **$4,464.25** |

Invoice due date shall be 30 days from receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Steno may recover any fees and costs it incurs in collecting any unpaid amounts. Please contact us to correct billing errors using the contact information below. No adjustments will be made after 90 days.

We really appreciate your business and we hope you were satisfied with our service. If not, please let us know so that we can improve by calling us at **(888) 707-8366** or emailing us at **ar@steno.com**.

## Payment instructions

Need our W9? Please visit **https://steno.com/w9**
Pay online: **https://steno.com/pay/isomdtl1**

Please make checks payable to Steno.

Steno
PO BOX 22637
Pasadena, CA 91185-2637
(888) 707-8366

# Invoice 1749767

## Deposition - Roberto Rodriguez (May 22, 2025)

### Bill to

ATTN: Marisa DiGiuseppe
Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue
Suite 2400
Los Angeles, CA 90071

### Bill from

Steno Agency, Inc.
PO BOX 22637
Pasadena, CA 91185-2637
(888) 707-8366

**Case name:** Pennington et al v Tetra Tech, Inc. et al
**Case number:** 3:18-cv-05330-JD / 3:13-cv-03835-JD
**Job Id:** 1681629
**Ordered by:** Christopher Rheinheimer - Wilmer Cutler Pickering Hale and Dorr LLP

**Invoice date:** 6/11/2025
**Terms:** Net 30
**Due date:** 7/11/2025
**Status:** OPEN

| Item | Description | Amount | Quantity | Total |
|---|---|---|---|---|
| Realtime Page Rate | | $2.50 | 173 | $432.50 |
| Rough Transcript Page Rate | | $2.50 | 173 | $432.50 |
| Page Rate (Original + 1 Certified Copy) | | $5.95 | 202 | $1,201.90 |
| Additional Page Rate for Video | | $0.50 | 202 | $101.00 |
| Exhibit Page Rate | | $0.65 | 486 | $315.90 |
| Transcript Production & Processing | | $65.00 | 1 | $65.00 |
| Electronic Transcript Fee | | $65.00 | 1 | $65.00 |
| Litigation Package - Remote | | $299.00 | 1 | $299.00 |
| Standard Full Day Per Diem | | $290.00 | 1 | $290.00 |
| Video Hourly Fee | | $195.00 | 5.5 | $1,072.50 |
| Text to Video Sync Hourly Fee | | $50.00 | 5.5 | $275.00 |
| Media and Cloud Services (7 Years) | | $25.00 | 1 | $25.00 |
| | | | **Total** | $4,575.30 |
| | | | **Payments** | $0.00 |

| Item | Description | Amount | Quantity | Total |
|---|---|---|---|---|
| | | | **Amount remaining due** | **$4,575.30** |

Invoice due date shall be 30 days from receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Steno may recover any fees and costs it incurs in collecting any unpaid amounts. Please contact us to correct billing errors using the contact information below. No adjustments will be made after 90 days.

We really appreciate your business and we hope you were satisfied with our service. If not, please let us know so that we can improve by calling us at **(888) 707-8366** or emailing us at **ar@steno.com**.

## Payment instructions

Need our W9? Please visit **https://steno.com/w9**
Pay online: **https://steno.com/pay/1s4qitev**

Please make checks payable to Steno.

Steno
PO BOX 22637
Pasadena, CA 91185-2637
(888) 707-8366

# Invoice 1718400

## Deposition - Michael Stevens (May 13, 2025)

### Bill to

ATTN: Marisa DiGiuseppe
Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue
Suite 2400
Los Angeles, CA 90071

### Bill from

Steno Agency, Inc.
PO BOX 22637
Pasadena, CA 91185-2637
(888) 707-8366

**Case name:** Pennington et al v Tetra Tech, Inc. et al
**Case number:** 3:18-cv-05330-JD / 3:13-cv-03835-JD
**Job Id:** 1666710
**Ordered by:** Christopher Rheinheimer - Wilmer Cutler Pickering Hale and Dorr LLP

**Invoice date:** 5/30/2025
**Terms:** Net 30
**Due date:** 6/29/2025
**Status:** OPEN

| Item | Description | Amount | Quantity | Total |
|---|---|---|---|---|
| Realtime Page Rate | | $2.50 | 138 | $345.00 |
| Rough Transcript Page Rate | | $2.50 | 138 | $345.00 |
| Page Rate (Original + 1 Certified Copy) | | $5.95 | 165 | $981.75 |
| Additional Page Rate for Video | | $0.50 | 165 | $82.50 |
| Exhibit Page Rate | | $0.65 | 474 | $308.10 |
| Transcript Production & Processing | | $65.00 | 1 | $65.00 |
| Electronic Transcript Fee | | $65.00 | 1 | $65.00 |
| Litigation Package - Remote | | $299.00 | 1 | $299.00 |
| Standard Full Day Per Diem | | $290.00 | 1 | $290.00 |
| Video Hourly Fee | | $195.00 | 4.5 | $877.50 |
| Text to Video Sync Hourly Fee | | $50.00 | 4.5 | $225.00 |
| Media and Cloud Services (7 Years) | | $25.00 | 1 | $25.00 |
| | | | **Total** | $3,908.85 |
| | | | **Payments** | $0.00 |

Steno
PO BOX 22637
Pasadena, CA 91185-2637
(888) 707-8366

# Invoice 1993868

## Deposition - Ryan P. Stifter, M.S. (Aug 26, 2025)

## Bill to

ATTN: Chris Rheinheimer
Wilmer Cutler Pickering Hale and Dorr LLP
575 Market Street,
Suite 2500
San Francisco, CA 94105

## Bill from

Steno Agency, Inc.
PO BOX 22637
Pasadena, CA 91185-2637
(888) 707-8366

**Case name:** Pennington, et al v Tetra Tech, Inc., et al.
**Case number:** 3:18-cv-05330-JD / 3:13-cv-03835-JD
**Job Id:** 1945305
**Ordered by:** Molly Calhoon-Silva - Wilmer Cutler Pickering Hale and Dorr LLP

**Invoice date:** 9/11/2025
**Terms:** Net 30
**Due date:** 10/12/2025
**Status:** OPEN

| Item | Description | Amount | Quantity | Total |
|---|---|---|---|---|
| Realtime Page Rate | | $2.50 | 201 | $502.50 |
| Realtime Page Rate | | $2.50 | 201 | $502.50 |
| Rough Transcript Page Rate | | $2.50 | 201 | $502.50 |
| Copy Page Rate | | $4.20 | 243 | $1,020.60 |
| Exhibit Page Rate | | $0.65 | 222 | $144.30 |
| Transcript Production & Processing | | $65.00 | 1 | $65.00 |
| Electronic Transcript Fee | | $65.00 | 1 | $65.00 |
| Copy Litigation Package - Remote | | $50.00 | 1 | $50.00 |
| Touchscreen Device Rental | | $250.00 | 1 | $250.00 |
| | | | **Total** | $3,102.40 |
| | | | **Payments** | $0.00 |
| | | | **Amount remaining due** | **$3,102.40** |

Invoice due date shall be 30 days from receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Steno may recover any fees and costs it incurs in collecting any unpaid amounts. Please contact us to correct billing errors using the contact information below. No adjustments will be made after 90 days.

We really appreciate your business and we hope you were satisfied with our service. If not, please let us know so that we can improve by calling us at (888) 707-8366 or emailing us at ar@steno.com.

## Payment instructions

Need our W9? Please visit https://steno.com/w9
Pay online: https://steno.com/pay/v8nu39oq

Please make checks payable to Steno.

STENO

Steno
PO BOX 22637
Pasadena, CA 91185-2637
(888) 707-8366

# Invoice 1780770

## Deposition - David Tsai (Jun 6, 2025)

### Bill to

ATTN: Dominick Hurley
Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue
Suite 2400
Los Angeles, CA 90071

### Bill from

Steno Agency, Inc.
PO BOX 22637
Pasadena, CA 91185-2637
(888) 707-8366

**Case name:** Pennington et al v Tetra Tech, Inc. et al
**Case number:** 3:18-cv-05330-JD / 3:13-cv-03835-JD
**Job Id:** 1714405
**Ordered by:** Marisa DiGiuseppe - Wilmer Cutler Pickering Hale and Dorr LLP

**Invoice date:** 6/23/2025
**Terms:** Net 30
**Due date:** 7/23/2025
**Status:** OPEN

| Item | Description | Amount | Quantity | Total |
|---|---|---|---|---|
| Realtime Page Rate | | $2.50 | 195 | $487.50 |
| Rough Transcript Page Rate | | $2.50 | 195 | $487.50 |
| Page Rate (Original + 1 Certified Copy) | | $5.95 | 231 | $1,374.45 |
| Additional Page Rate for Video | | $0.50 | 231 | $115.50 |
| Exhibit Page Rate | | $0.65 | 512 | $332.80 |
| Transcript Production & Processing | | $65.00 | 1 | $65.00 |
| Electronic Transcript Fee | | $65.00 | 1 | $65.00 |
| Litigation Package - Remote | | $299.00 | 1 | $299.00 |
| Standard Full Day Per Diem | | $290.00 | 1 | $290.00 |
| Video Hourly Fee | | $195.00 | 7 | $1,365.00 |
| Media and Cloud Services (7 Years) | | $25.00 | 1 | $25.00 |
| | | | **Total** | $4,906.75 |
| | | | **Payments** | $0.00 |
| | | | **Amount remaining due** | **$4,906.75** |

Invoice due date shall be 30 days from receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Steno may recover any fees and costs it incurs in collecting any unpaid amounts. Please contact us to correct billing errors using the contact information below. No adjustments will be made after 90 days.

We really appreciate your business and we hope you were satisfied with our service. If not, please let us know so that we can improve by calling us at **(888) 707-8366** or emailing us at **ar@steno.com**.

## Payment instructions

Need our W9? Please visit **https://steno.com/w9**
Pay online: **https://steno.com/pay/lzbwuo74**

Please make checks payable to Steno.

Steno
PO BOX 22637
Pasadena, CA 91185-2637
(888) 707-8366

# Invoice 1703270

## Deposition - Gulnur Tumbat, Ph.D. (May 7, 2025)

### Bill to

ATTN: Marisa DiGiuseppe
Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue
Suite 2400
Los Angeles, CA 90071

### Bill from

Steno Agency, Inc.
PO BOX 22637
Pasadena, CA 91185-2637
(888) 707-8366

**Case name:** Pennington et al v Tetra Tech, Inc. et al
**Case number:** 3:18-cv-05330-JD / 3:13-cv-03835-JD
**Job Id:** 1642216

**Invoice date:** 5/23/2025
**Terms:** Net 30
**Due date:** 6/22/2025
**Status:** OPEN

| Item | Description | Amount | Quantity | Total |
|---|---|---|---|---|
| Realtime Page Rate | | $2.50 | 120 | $300.00 |
| Realtime Page Rate | | $2.50 | 120 | $300.00 |
| Rough Transcript Page Rate | | $2.50 | 120 | $300.00 |
| Page Rate (Original + 1 Certified Copy) | | $5.95 | 146 | $868.70 |
| Additional Page Rate for Video | | $0.50 | 146 | $73.00 |
| Exhibit Page Rate | | $0.65 | 582 | $378.30 |
| Transcript Production & Processing | | $65.00 | 1 | $65.00 |
| Electronic Transcript Fee | | $65.00 | 1 | $65.00 |
| Litigation Package - Remote | | $299.00 | 1 | $299.00 |
| Standard Full Day Per Diem | | $290.00 | 1 | $290.00 |
| | | | **Total** | $2,939.00 |
| | | | **Payments** | $0.00 |
| | | | **Amount remaining due** | **$2,939.00** |

Invoice due date shall be 30 days from receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Steno may recover any fees and costs it incurs in collecting any unpaid amounts. Please contact us to correct billing errors using the contact information below. No adjustments will be made after 90 days.

Steno
PO BOX 22637
Pasadena, CA 91185-2637
(888) 707-8366

# Invoice 1775682

## Deposition - Eric Vanderpool (Jun 5, 2025)

### Bill to

ATTN: Dominick Hurley
Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue
Suite 2400
Los Angeles, CA 90071

### Bill from

Steno Agency, Inc.
PO BOX 22637
Pasadena, CA 91185-2637
(888) 707-8366

**Case name:** Pennington et al v Tetra Tech, Inc. et al
**Case number:** 3:18-cv-05330-JD / 3:13-cv-03835-JD
**Job Id:** 1714377
**Ordered by:** Marisa DiGiuseppe - Wilmer Cutler Pickering Hale and Dorr LLP

**Invoice date:** 6/20/2025
**Terms:** Net 30
**Due date:** 7/20/2025
**Status:** OPEN

| Item | Description | Amount | Quantity | Total |
|---|---|---|---|---|
| Realtime Page Rate | | $2.50 | 175 | $437.50 |
| Rough Transcript Page Rate | | $2.50 | 175 | $437.50 |
| Page Rate (Original + 1 Certified Copy) | | $5.95 | 210 | $1,249.50 |
| Additional Page Rate for Video | | $0.50 | 210 | $105.00 |
| Exhibit Page Rate | | $0.65 | 1046 | $679.90 |
| Transcript Production & Processing | | $65.00 | 1 | $65.00 |
| Electronic Transcript Fee | | $65.00 | 1 | $65.00 |
| Litigation Package - Remote | | $299.00 | 1 | $299.00 |
| Standard Full Day Per Diem | | $290.00 | 1 | $290.00 |
| Video Hourly Fee | | $195.00 | 6.25 | $1,218.75 |
| Text to Video Sync Hourly Fee | | $50.00 | 6.25 | $312.50 |
| Media and Cloud Services (7 Years) | | $25.00 | 1 | $25.00 |
| | | | **Total** | $5,184.65 |
| | | | **Payments** | $0.00 |

| Item | Description | Amount | Quantity | Total |
|---|---|---|---|---|
| | | | **Amount remaining due** | **$5,184.65** |

Invoice due date shall be 30 days from receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Steno may recover any fees and costs it incurs in collecting any unpaid amounts. Please contact us to correct billing errors using the contact information below. No adjustments will be made after 90 days.

We really appreciate your business and we hope you were satisfied with our service. If not, please let us know so that we can improve by calling us at **(888) 707-8366** or emailing us at **ar@steno.com**.

## Payment instructions

Need our W9? Please visit **https://steno.com/w9**
Pay online: **https://steno.com/pay/fmyqscls**

Please make checks payable to Steno.

Steno
PO BOX 22637
Pasadena, CA 91185-2637
(888) 707-8366

# Invoice 1789499

## Deposition - Matthew Vo (Jun 10, 2025)

### Bill to

ATTN: Kaylene Khosla
Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue
Suite 2400
Los Angeles, CA 90071

### Bill from

Steno Agency, Inc.
PO BOX 22637
Pasadena, CA 91185-2637
(888) 707-8366

**Case name:** Pennington et al v Tetra Tech, Inc. et al
**Case number:** 3:18-cv-05330-JD / 3:13-cv-03835-JD
**Job Id:** 1728401
**Ordered by:** Marisa DiGiuseppe - Wilmer Cutler Pickering Hale and Dorr LLP

**Invoice date:** 6/26/2025
**Terms:** Net 30
**Due date:** 7/26/2025
**Status:** OPEN

| Item | Description | Amount | Quantity | Total |
|---|---|---|---|---|
| Realtime Page Rate | | $2.50 | 69 | $172.50 |
| Rough Transcript Page Rate | | $2.50 | 69 | $172.50 |
| Page Rate (Original + 1 Certified Copy) | | $5.95 | 91 | $541.45 |
| Additional Page Rate for Video | | $0.50 | 91 | $45.50 |
| Exhibit Page Rate | | $0.65 | 536 | $348.40 |
| Transcript Production & Processing | | $65.00 | 1 | $65.00 |
| Electronic Transcript Fee | | $65.00 | 1 | $65.00 |
| Litigation Package - Remote | | $299.00 | 1 | $299.00 |
| Standard Half Day Per Diem | | $145.00 | 1 | $145.00 |
| Video Hourly Fee | | $195.00 | 3 | $585.00 |
| Media and Cloud Services (7 Years) | | $25.00 | 1 | $25.00 |
| | | | **Total** | $2,464.35 |
| | | | **Payments** | $0.00 |
| | | | **Amount remaining due** | **$2,464.35** |

# INVOICE



Magna Legal Services
Seven Penn Center
1635 Market Street -8th Floor
Philadelphia, PA 19103
T: 866-624-6221 F: 215-207-2322

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1243811 | 2/26/2024 | 1089812 |
| **Job Date** | **Case No.** | |
| 2/2/2024 | | |
| **Case Name** | | |
| *MIC* Linda Parker Pennington, et al. v Tetra Tech, Inc., et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Christopher T. Casamassima, Esq.
Wilmer Cutler Pickering Hale and Dorr, LLP.
350 South Grand Avenue
Suite 2400
Los Angeles, CA 90071

1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Donald Wadsworth | 323.00 | Pages | @ | 4.950 | 1,598.85 |
| Exhibits - Scanned | 441.00 | | @ | 0.080 | 35.28 |
| Exhibit Handling (Complimentary) | 1.00 | | @ | 0.000 | 0.00 |
| Video Pages | 323.00 | Pages | @ | 0.500 | 161.50 |
| Rough Draft | 268.00 | Pages | @ | 1.550 | 415.40 |
| RealTime | 268.00 | Pages | @ | 1.550 | 415.40 |
| RealTime | 268.00 | Pages | @ | 1.550 | 415.40 |
| RealTime | 268.00 | Pages | @ | 1.550 | 415.40 |
| RealTime | 268.00 | Pages | @ | 1.550 | 415.40 |
| MLV Connect | 1.00 | Access | @ | 35.000 | 35.00 |
| iPad/Laptop Rental | 1.00 | | @ | 75.000 | 75.00 |
| Go Green Lit Package (Complimentary) | 1.00 | | @ | 0.000 | 0.00 |
| | **TOTAL DUE >>>** | | | | **$3,982.63** |

Location of Job : Hyatt Regency - Pittsburgh International Airport
1111 Airport Blvd
Pittsburgh, PA 15231

Thank you, we appreciate your business!

**Tax ID:** 83-2616308

*Please detach bottom portion and return with payment.*

Job No. : 1089812 BU ID : PHILA
Case No. :
Case Name : *MIC* Linda Parker Pennington, et al. v Tetra Tech, Inc., et al.
Invoice No. : 1243811 Invoice Date : 2/26/2024
**Total Due** : **$4,042.37**

Christopher T. Casamassima, Esq.
Wilmer Cutler Pickering Hale and Dorr, LLP.
350 South Grand Avenue
Suite 2400
Los Angeles, CA 90071

**PAYMENT WITH CREDIT CARD** AMEX MasterCard VISA

Cardholder's Name:
Card Number:
Exp. Date: Phone#:
Billing Address:
Zip: Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To: **Magna Legal Services LLC**
**P.O. Box 822804**
**Philadelphia, PA 19182-2804**

# INVOICE



Magna Legal Services
Seven Penn Center
1635 Market Street -8th Floor
Philadelphia, PA 19103
T: 866-624-6221 F: 215-207-2322

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1244585 | 2/23/2024 | 1089812 |
| **Job Date** | **Case No.** | |
| 2/2/2024 | | |
| **Case Name** | | |
| *MIC* Linda Parker Pennington, et al. v Tetra Tech, Inc., et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Christopher T. Casamassima, Esq.
Wilmer Cutler Pickering Hale and Dorr, LLP.
350 South Grand Avenue
Suite 2400
Los Angeles, CA 90071

VIDEO SERVICES FOR:
Donald Wadsworth

| | | | | | |
|---|---|---|---|---|---|
| MPEG, split, burn & sync to DVD or CD - Email Delivery | 6.50 | Hours | @ | 95.000 | 617.50 |
| | **TOTAL DUE >>>** | | | | **$617.50** |

Location of Job : Hyatt Regency - Pittsburgh International Airport
1111 Airport Blvd
Pittsburgh, PA 15231

Thank you, we appreciate your business!

Balances unpaid in excess of 30 days shall bear interest at a rate of 18% simple interest per annum.

WE ACCEPT VISA, MASTERCARD

| | |
|---|---|
| **(-) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 9.26 |
| **(=) New Balance:** | **$626.76** |

**Tax ID:** 83-2616308

*Please detach bottom portion and return with payment.*

Job No. : 1089812 BU ID : PHILA
Case No. :
Case Name : *MIC* Linda Parker Pennington, et al. v Tetra Tech, Inc., et al.
Invoice No. : 1244585 Invoice Date : 2/23/2024
**Total Due : $626.76**

Christopher T. Casamassima, Esq.
Wilmer Cutler Pickering Hale and Dorr, LLP.
350 South Grand Avenue
Suite 2400
Los Angeles, CA 90071

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date: Phone#:
Billing Address:
Zip: Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To: **Magna Legal Services LLC**
**P.O. Box 822804**
**Philadelphia, PA 19182-2804**

Steno
PO BOX 22637
Pasadena, CA 91185-2637
(888) 707-8366

# Invoice 1773467

## Deposition - Richa Wilson (Jun 3, 2025)

### Bill to

ATTN: Dominick Hurley
Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue
Suite 2400
Los Angeles, CA 90071

### Bill from

Steno Agency, Inc.
PO BOX 22637
Pasadena, CA 91185-2637
(888) 707-8366

**Case name:** Pennington et al v Tetra Tech, Inc. et al
**Case number:** 3:18-cv-05330-JD / 3:13-cv-03835-JD
**Job Id:** 1714346
**Ordered by:** Marisa DiGiuseppe - Wilmer Cutler Pickering Hale and Dorr LLP

**Invoice date:** 6/19/2025
**Terms:** Net 30
**Due date:** 7/19/2025
**Status:** OPEN

| Item | Description | Amount | Quantity | Total |
|---|---|---|---|---|
| Realtime Page Rate | | $2.50 | 136 | $340.00 |
| Rough Transcript Page Rate | | $2.50 | 136 | $340.00 |
| Page Rate (Original + 1 Certified Copy) | | $5.95 | 165 | $981.75 |
| Additional Page Rate for Video | | $0.50 | 165 | $82.50 |
| Exhibit Page Rate | | $0.65 | 952 | $618.80 |
| Transcript Production & Processing | | $65.00 | 1 | $65.00 |
| Electronic Transcript Fee | | $65.00 | 1 | $65.00 |
| Litigation Package - Remote | | $299.00 | 1 | $299.00 |
| Standard Full Day Per Diem | | $290.00 | 1 | $290.00 |
| Video Hourly Fee | | $195.00 | 5 | $975.00 |
| Media and Cloud Services (7 Years) | | $25.00 | 1 | $25.00 |
| | | | **Total** | $4,082.05 |
| | | | **Payments** | $0.00 |
| | | | **Amount remaining due** | **$4,082.05** |