# EXHIBIT 3

| | **Provider** | **Services** | **Costs Claimed** |
|---|---|---|---|
| 1 | Magna (Invoice # 9245173) | Bates Stamping | $80.15 |
| 2 | Magna (Invoice # 9251844) | Bates Stamping | $7.10 |
| 3 | Magna (Invoice # 9344754) | Bates Stamping | $31.50 |
| 4 | BrownGreer (Invoice # 102282) | Preparation of Plaintiff Fact Sheets | $687.50 |
| | | TOTAL: | $806.50 |

MAGNA RECORDTRAK

# INVOICE



**Invoice#: 9245173** Invoice Date: 1/31/2023 1P P Print Date: 09/06/2024

| Bill to: | Ship to: |
|---|---|
| CHRISTOPHER A. RHEINHEIMER | CHRISTOPHER A. RHEINHEIMER |
| WILMER, CUTLER, PICKERING, HALE & DORR | WILMER, CUTLER, PICKERING, HALE & DORR |
| ONE FRONT STREET | ONE FRONT STREET |
| SUITE 3500 | SUITE 3500 |
| SAN FRANCISCO, CA 94111 | SAN FRANCISCO, CA 94111 |

Rt #: 383971 TETRATECH ;PENNINGTON V.
SSN #: ***-**--##-

Court: USDC-CA NORTH Docket: 3:18-CV-05330-JD

LINDA PARKER PENNINGTON, ET AL v. TETRA TECH, INC., ET AL

| MERCY HOUSING CALIFORNIA | Tag: 1 | |
|---|---|---|
| Base Fee (Subpoena) | | 45.00 |
| Subpoena Processing Fee | | 7.50 |
| Notices | | 7.50 |
| Expedite Fee | | 20.00 |
| Bates Stamping | | 80.15 |
| Manual Order Entry Fee | | 7.50 |
| Electronic Records Access Fee | | 1.50 |
| Electronic Records, Count – | 1603 | 400.75 |
| Sales Tax | | 0.64 |
| | Sub-total: | 570.54 |

| | |
|---|---|
| **Invoice Total: $** | 570.54 |
| **Invoice Payments Total: $** | 0.00 |
| **Invoice Total Due: $** | 570.54 |

**Please note our new remittance address. Contact us with any questions.**

**Please make checks payable to:**
**RECORDTRAK, LLC** **d/b/a of MLS Parent Holdings LLC**
**c/o Magna Legal Services LLC** **Fed TIN 83-2616308**
**PO Box 830556** **1635 Market Street 9th floor**
**Philadelphia, PA 19182-0556** **Philadelphia, PA 19103**

**Please include invoice numbers with payment.**

**Account Inquiries? Contact Accounts Receivable Dept. at 610.962.8411 or 888.801.7650**

MAGNA RECORDTRAK

# INVOICE



**Invoice#: 9251844** Invoice Date: 2/10/2023 1P P Print Date: 09/06/2024

| Bill to: | Ship to: |
|---|---|
| CHRISTOPHER A. RHEINHEIMER | CHRISTOPHER A. RHEINHEIMER |
| WILMER, CUTLER, PICKERING, HALE & DORR | WILMER, CUTLER, PICKERING, HALE & DORR |
| ONE FRONT STREET | ONE FRONT STREET |
| SUITE 3500 | SUITE 3500 |
| SAN FRANCISCO, CA 94111 | SAN FRANCISCO, CA 94111 |

Rt #: 383971 TETRATECH ;PENNINGTON V.
SSN #: ***-**--##-

Court: USDC-CA NORTH Docket: 3:18-CV-05330-JD

LINDA PARKER PENNINGTON, ET AL v. TETRA TECH, INC., ET AL

| 3TM CONSULTING, LLC | Tag: 12 | |
|---|---|---|
| Base Fee (Subpoena) | | 49.95 |
| Subpoena Processing Fee | | 7.50 |
| Notices | | 7.50 |
| Expedite Fee | | 20.00 |
| Bates Stamping | | 7.10 |
| Pathology/Radiology Fees | | 20.00 |
| Manual Order Entry Fee | | 7.50 |
| Electronic Records Access Fee | | 1.50 |
| Electronic Records, Count = | 142 | 35.50 |
| Sales Tax | | 0.64 |
| | Sub-total: | 157.19 |

| | |
|---|---|
| **Invoice Total: $** | 157.19 |
| **Invoice Payments Total: $** | 0.00 |
| **Invoice Total Due: $** | 157.19 |

**Please note our new remittance address. Contact us with any questions.**

**Please make checks payable to:**
**RECORDTRAK, LLC** **d/b/a of MLS Parent Holdings LLC**
**c/o Magna Legal Services LLC** **Fed TIN 83-2616308**
**PO Box 830556** **1635 Market Street 9th floor**
**Philadelphia, PA 19182-0556** **Philadelphia, PA 19103**

**Please include invoice numbers with payment.**

**Account Inquiries? Contact Accounts Receivable Dept. at 610.962.8411 or 888.801.7650**

MAGNA RECORDTRAK

# INVOICE



**Invoice#: 9344754** Invoice Date: 7/18/2023 1P P Print Date: 09/06/2024

Bill to:
ZOHAIB SHAFI
WILMER, CUTLER, PICKERING, HALE & DORR
ONE FRONT STREET
SUITE 3500
SAN FRANCISCO, CA 94111

Ship to:
CHRISTOPHER A. RHEINHEIMER
WILMER, CUTLER, PICKERING, HALE & DORR
ONE FRONT STREET
SUITE 3500
SAN FRANCISCO, CA 94111

Rt #: 383971 TETRATECH ;PENNINGTON V.
SSN #: ***-**--##-

Court: USDC-CA NORTH Docket: 3:18-CV-05330-JD

LINDA PARKER PENNINGTON, ET AL v. TETRA TECH, INC., ET AL

GEL LABORATORIES, LLC Tag: 13

| | | |
|---|---|---|
| Base Fee (Subpoena) | | 49.95 |
| Subpoena Processing Fee | | 7.50 |
| Notices | | 15.00 |
| Bates Stamping | | 31.55 |
| Manual Order Entry Fee | | 7.50 |
| Electronic Records Access Fee | | 1.50 |
| Electronic Records, Count = | 631 | 157.75 |
| Sales Tax | | 1.28 |
| | Sub-total: | 272.03 |

| | |
|---|---|
| **Invoice Total: $** | 272.03 |
| **Invoice Payments Total: $** | 0.00 |
| **Invoice Total Due: $** | 272.03 |

**Please note our new remittance address. Contact us with any questions.**

**Please make checks payable to:**
**RECORDTRAK, LLC** **d/b/a of MLS Parent Holdings LLC**
**c/o Magna Legal Services LLC** **Fed TIN 83-2616308**
**PO Box 830556** **1635 Market Street 9th floor**
**Philadelphia, PA 19182-0556** **Philadelphia, PA 19103**

**Please include invoice numbers with payment.**

**Account Inquiries? Contact Accounts Receivable Dept. at 610.962.8411 or 888.801.7650**

BROWNGREER

# Invoice

TO:

Christopher A. Rheinheimer
Mayer Brown LLP
575 Market Street, Suite 2500
San Francisco, CA 94105
crheinheimer@mayerbrown.com

Invoice No: 102282
Invoice Date: 1/12/2026
Client: 470141
Matter: 51063

RE:

**MDL Centrality - Hunters Point Naval Shipyard Litigation - Pennington**

| | |
|---|---|
| 55 Plaintiff Fact Sheets @ $12.50 per sheet | $687.50 |
| **Invoice Total** | **$687.50** |

PAYMENT AND QUESTIONS:

***If by check, send to:***
BrownGreer PLC
c/o BG Accounting
250 Rocketts Way
Richmond VA 23231

***For electronic transfers or any questions, contact:***
Email: bgaccounting@browngreer.com
Phone: (804) 521-7200