JOSEPH W. COTCHETT (SBN 36324)
jcotchett@cpmlegal.com
ANNE MARIE MURPHY (SBN 202540)
amurphy@cpmlegal.com
BLAIR V. KITTLE (SBN 336367)
bkittle@cpmlegal.com
PIERCE H. STANLEY (SBN 352152)
pstanley@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road
Burlingame, California 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

*Attorneys for Plaintiffs*

ERIC H. GIBBS (SBN 178658)
ehg@classlawgroup.com
ANDRE M. MURA (SBN 298541)
amm@classlawgroup.com
JEFFREY B. KOSBIE (SBN 305424)
jbk@classlawgroup.com
**GIBBS MURA LLP**
1111 Broadway, Suite 2100
Oakland, CA 94607
Telephone: (510) 350-9700
Facsimile: (510) 350-9701

*Attorneys for Plaintiffs*

BRADLEY R. BOWLES (SBN 202722)
bbowles@bowlesverna.com
BOBBY J. OCHOA III (SBN 361173)
bochoa@bowlesverna.com
**BOWLES & VERNA LLP**
2121 N. California Boulevard, Suite 875
Walnut Creek, CA 94596
Telephone: (925) 935-3300
Facsimile: (925) 935-0371

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

LINDA PARKER PENNINGTON, et al.,

Plaintiffs,

v.

TETRA TECH, INC., et al.,

Defendants.

**Case No.: 3:18-cv-05330-JD**

**DECLARATION OF BLAIR V. KITTLE IN SUPPORT OF *PENNINGTON* PLAINTIFFS' OBJECTIONS TO DEFENDANT'S BILL OF COSTS**

I, Blair V. Kittle, declare as follows:

1. I am an attorney duly licensed to practice law in the State of California and admitted to practice in this Court. I am a partner with the law firm of Cotchett, Pitre & McCarthy, LLP ("CPM") and Counsel for *Pennington* Plaintiffs in this litigation. The matters described herein are based on my personal knowledge, and if called as a witness, I could and would testify competently thereto. I make this declaration pursuant to 28 U.S.C. § 1746.

2. I make this declaration in support of the Pennington Plaintiffs' Objections to Defendant's Bill of Costs.

3. In compliance with local rule 54-2 (b), on August 26 at 3pm, I met with counsel for Defendants via videoconference in an effort to resolve disagreement about the taxable costs claimed in the Defendants' bill.

4. Based on my personal involvement in the case, and after discussing with other counsel for Plaintiffs, I do not believe that the items asserted under section (a) of Defendants' costs, which are reflected in Exhibit 1 Defendants' counsel's declaration in support of the same, are related to any work done in the *Pennington* matter or were necessarily incurred in this action.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct. Executed on September 1, 2026 in Burlingame, California.

*/s/ Blair v. Kittle*
BLAIR V. KITTLE