**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF** **Northern California**

**Form 1. Notice of Appeal from a Judgment or Order of a United States District Court**

U.S. District Court case number: 3:18-cv-05330-JD

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: 08/29/2018

Date of judgment or order you are appealing: 08/04/2026

Docket entry number of judgment or order you are appealing: 413; 414

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

◉ Yes ○ No ○ IFP was granted by U.S. District Court

**List all Appellants** *(List **each** party filing the appeal. Do not use "et al." or other abbreviations.)*

See attached forms.

Is this a cross-appeal? ○ Yes ◉ No

If yes, what is the first appeal case number?

Was there a previous appeal in this case? ◉ Yes ○ No

If yes, what is the prior appeal case number? 22-15908

Your mailing address (if pro se):

City: State: Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature** ***/s/ Anne Marie Murphy*** **Date** September 3, 2026

*Complete and file with the attached representation statement in the U.S. District Court*

**UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT**

**Form 6. Representation Statement**

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

See attached forms.

Name(s) of counsel (if any):

Joseph W. Cotchett, Anne Marie Murphy, Blair V. Kittle, Pierce H. Stanley,
J. Grace Seifert, Bradley B. Bowles

Address: 840 Malcolm Road, Suite 200, Burlingame, CA, 94010

Telephone number(s): (650)-697-6000

Email(s): amurphy@cpmlegal.com, bbowles@bowlesverna.com

Is counsel registered for Electronic Filing in the 9th Circuit? ◉ Yes ○ No

---

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

Tetra Tech EC, Inc., Tetra Tech, Inc., William Dougherty, and Andrew Bolt

Name(s) of counsel (if any):

Davina Pujari, Christopher A. Rheinheimer

Address: 101 Second Street, 17th Floor, San Francisco, CA 94105

Telephone number(s): (415) 874-4230

Email(s): dpujari@mayerbrown.com; crheinheimer@mayerbrown.com

*To list additional parties and/or counsel, use next page.*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Parties from Case No.: 3:18-cv-05330
Adam O'Brien

Name(s) of counsel (if any):

Joseph W. Cotchett, Anne Marie Murphy, Blair V. Kittle, Pierce H. Stanley, J. Grace Seifert, Bradley B. Bowles,

Address: 840 Malcolm Road, Suite 200, Burlingame, CA, 94010

Telephone number(s): (650)-697-6000

Email(s): amurphy@cpmlegal.com, bbowles@bowlesverna.com

Is counsel registered for Electronic Filing in the 9th Circuit? ◉ Yes ○ No

---

**Appellees**

Name(s) of party/parties:

Tetra Tech EC, Inc., Tetra Tech, Inc., William Dougherty, and Andrew Bolt

Name(s) of counsel (if any):

Davina Pujari, Christopher A. Rheinheimer

Address: 101 Second Street, 17th Floor, San Francisco, CA 94105

Telephone number(s): (415) 874-4230

Email(s): dpujari@mayerbrown.com; crheinheimer@mayerbrown.com

---

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Alain Chuntraruk
Alok Sonthalia

Name(s) of counsel (if any):

Joseph W. Cotchett, Anne Marie Murphy, Blair V. Kittle, Pierce H. Stanley, J. Grace Seifert, Bradley B. Bowles

Address: 840 Malcolm Road, Suite 200, Burlingame, CA, 94010

Telephone number(s): (650)-697-6000

Email(s): amurphy@cpmlegal.com, bbowles@bowlesverna.com

Is counsel registered for Electronic Filing in the 9th Circuit? ◉ Yes ○ No

---

**Appellees**

Name(s) of party/parties:

Tetra Tech EC, Inc., Tetra Tech, Inc., William Dougherty, and Andrew Bolt

Name(s) of counsel (if any):

Davina Pujari, Christopher A. Rheinheimer

Address: 101 Second Street, 17th Floor, San Francisco, CA 94105

Telephone number(s): (415) 874-4230

Email(s): dpujari@mayerbrown.com; crheinheimer@mayerbrown.com

---

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Amer Lal
Andrew Kaplan

Name(s) of counsel (if any):

Joseph W. Cotchett, Anne Marie Murphy, Blair V. Kittle, Pierce H. Stanley, J. Grace Seifert, Bradley B. Bowles

Address: 840 Malcolm Road, Suite 200, Burlingame, CA, 94010

Telephone number(s): (650)-697-6000

Email(s): amurphy@cpmlegal.com, bbowles@bowlesverna.com

Is counsel registered for Electronic Filing in the 9th Circuit? ◉ Yes ○ No

---

**Appellees**

Name(s) of party/parties:

Tetra Tech EC, Inc., Tetra Tech, Inc., William Dougherty, and Andrew Bolt

Name(s) of counsel (if any):

Davina Pujari, Christopher A. Rheinheimer

Address: 101 Second Street, 17th Floor, San Francisco, CA 94105

Telephone number(s): (415) 874-4230

Email(s): dpujari@mayerbrown.com; crheinheimer@mayerbrown.com

---

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Anirvan Raja Datta
Bahar Genc

Name(s) of counsel (if any):

Joseph W. Cotchett, Anne Marie Murphy, Blair V. Kittle, Pierce H. Stanley, J. Grace Seifert, Bradley B. Bowles

Address: 840 Malcolm Road, Suite 200, Burlingame, CA, 94010

Telephone number(s): (650)-697-6000

Email(s): amurphy@cpmlegal.com, bbowles@bowlesverna.com

Is counsel registered for Electronic Filing in the 9th Circuit? ◉ Yes ○ No

---

**Appellees**

Name(s) of party/parties:

Tetra Tech EC, Inc., Tetra Tech, Inc., William Dougherty, and Andrew Bolt

Name(s) of counsel (if any):

Davina Pujari, Christopher A. Rheinheimer

Address: 101 Second Street, 17th Floor, San Francisco, CA 94105

Telephone number(s): (415) 874-4230

Email(s): dpujari@mayerbrown.com; crheinheimer@mayerbrown.com

---

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Bingying Wang, PhD
Brian Kogut f/k/a Brian David Tracey

Name(s) of counsel (if any):

Joseph W. Cotchett, Anne Marie Murphy, Blair V. Kittle, Pierce H. Stanley, J. Grace Seifert, Bradley B. Bowles

Address: 840 Malcolm Road, Suite 200, Burlingame, CA, 94010

Telephone number(s): (650)-697-6000

Email(s): amurphy@cpmlegal.com, bbowles@bowlesverna.com

Is counsel registered for Electronic Filing in the 9th Circuit? ◉ Yes ○ No

**Appellees**

Name(s) of party/parties:

Tetra Tech EC, Inc., Tetra Tech, Inc., William Dougherty, and Andrew Bolt

Name(s) of counsel (if any):

Davina Pujari, Christopher A. Rheinheimer

Address: 101 Second Street, 17th Floor, San Francisco, CA 94105

Telephone number(s): (415) 874-4230

Email(s): dpujari@mayerbrown.com; crheinheimer@mayerbrown.com

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Brian Truong
Charles A. Morgan

Name(s) of counsel (if any):

Joseph W. Cotchett, Anne Marie Murphy, Blair V. Kittle, Pierce H. Stanley, J. Grace Seifert, Bradley B. Bowles

Address: 840 Malcolm Road, Suite 200, Burlingame, CA, 94010

Telephone number(s): (650)-697-6000

Email(s): amurphy@cpmlegal.com, bbowles@bowlesverna.com

Is counsel registered for Electronic Filing in the 9th Circuit? ◉ Yes ○ No

---

**Appellees**

Name(s) of party/parties:

Tetra Tech EC, Inc., Tetra Tech, Inc., William Dougherty, and Andrew Bolt

Name(s) of counsel (if any):

Davina Pujari, Christopher A. Rheinheimer

Address: 101 Second Street, 17th Floor, San Francisco, CA 94105

Telephone number(s): (415) 874-4230

Email(s): dpujari@mayerbrown.com; crheinheimer@mayerbrown.com

---

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Chenlu Zhu
Christine Farrell

Name(s) of counsel (if any):

Joseph W. Cotchett, Anne Marie Murphy, Blair V. Kittle, Pierce H. Stanley, J. Grace Seifert, Bradley B. Bowles

Address: 840 Malcolm Road, Suite 200, Burlingame, CA, 94010

Telephone number(s): (650)-697-6000

Email(s): amurphy@cpmlegal.com, bbowles@bowlesverna.com

Is counsel registered for Electronic Filing in the 9th Circuit? ◉ Yes ○ No

**Appellees**

Name(s) of party/parties:

Tetra Tech EC, Inc., Tetra Tech, Inc., William Dougherty, and Andrew Bolt

Name(s) of counsel (if any):

Davina Pujari, Christopher A. Rheinheimer

Address: 101 Second Street, 17th Floor, San Francisco, CA 94105

Telephone number(s): (415) 874-4230

Email(s): dpujari@mayerbrown.com; crheinheimer@mayerbrown.com

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Christophe Crombez
Christopher M.H. Davidson

Name(s) of counsel (if any):

Joseph W. Cotchett, Anne Marie Murphy, Blair V. Kittle, Pierce H. Stanley, J. Grace Seifert, Bradley B. Bowles

Address: 840 Malcolm Road, Suite 200, Burlingame, CA, 94010

Telephone number(s): (650)-697-6000

Email(s): amurphy@cpmlegal.com, bbowles@bowlesverna.com

Is counsel registered for Electronic Filing in the 9th Circuit? ◉ Yes ○ No

---

**Appellees**

Name(s) of party/parties:

Tetra Tech EC, Inc., Tetra Tech, Inc., William Dougherty, and Andrew Bolt

Name(s) of counsel (if any):

Davina Pujari, Christopher A. Rheinheimer

Address: 101 Second Street, 17th Floor, San Francisco, CA 94105

Telephone number(s): (415) 874-4230

Email(s): dpujari@mayerbrown.com; crheinheimer@mayerbrown.com

---

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Christopher Lee
Darren Wallace, as administrator of Nicholas Hayman's Estate

Name(s) of counsel (if any):

Joseph W. Cotchett, Anne Marie Murphy, Blair V. Kittle, Pierce H. Stanley, J. Grace Seifert, Bradley B. Bowles

Address: 840 Malcolm Road, Suite 200, Burlingame, CA, 94010

Telephone number(s): (650)-697-6000

Email(s): amurphy@cpmlegal.com, bbowles@bowlesverna.com

Is counsel registered for Electronic Filing in the 9th Circuit? ◉ Yes ○ No

**Appellees**

Name(s) of party/parties:

Tetra Tech EC, Inc., Tetra Tech, Inc., William Dougherty, and Andrew Bolt

Name(s) of counsel (if any):

Davina Pujari, Christopher A. Rheinheimer

Address: 101 Second Street, 17th Floor, San Francisco, CA 94105

Telephone number(s): (415) 874-4230

Email(s): dpujari@mayerbrown.com; crheinheimer@mayerbrown.com

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

David C. Castano
Duan Stefanie Yang, individually and as trustee of the Duan Stefanie Yang Revocable Trust

Name(s) of counsel (if any):

Joseph W. Cotchett, Anne Marie Murphy, Blair V. Kittle, Pierce H. Stanley,
J. Grace Seifert, Bradley B. Bowles

Address: 840 Malcolm Road, Suite 200, Burlingame, CA, 94010

Telephone number(s): (650)-697-6000

Email(s): amurphy@cpmlegal.com, bbowles@bowlesverna.com

Is counsel registered for Electronic Filing in the 9th Circuit? ◉ Yes ○ No

---

**Appellees**

Name(s) of party/parties:

Tetra Tech EC, Inc., Tetra Tech, Inc., William Dougherty, and Andrew Bolt

Name(s) of counsel (if any):

Davina Pujari, Christopher A. Rheinheimer

Address: 101 Second Street, 17th Floor, San Francisco, CA 94105

Telephone number(s): (415) 874-4230

Email(s): dpujari@mayerbrown.com; crheinheimer@mayerbrown.com

---

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Elisa-Maria Torres
Ergun Genc

Name(s) of counsel (if any):

Joseph W. Cotchett, Anne Marie Murphy, Blair V. Kittle, Pierce H. Stanley, J. Grace Seifert, Bradley B. Bowles

Address: 840 Malcolm Road, Suite 200, Burlingame, CA, 94010

Telephone number(s): (650)-697-6000

Email(s): amurphy@cpmlegal.com, bbowles@bowlesverna.com

Is counsel registered for Electronic Filing in the 9th Circuit? ◉ Yes ○ No

---

**Appellees**

Name(s) of party/parties:

Tetra Tech EC, Inc., Tetra Tech, Inc., William Dougherty, and Andrew Bolt

Name(s) of counsel (if any):

Davina Pujari, Christopher A. Rheinheimer

Address: 101 Second Street, 17th Floor, San Francisco, CA 94105

Telephone number(s): (415) 874-4230

Email(s): dpujari@mayerbrown.com; crheinheimer@mayerbrown.com

---

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Farley Lee
Francis (Frank) John Russo

Name(s) of counsel (if any):

Joseph W. Cotchett, Anne Marie Murphy, Blair V. Kittle, Pierce H. Stanley, J. Grace Seifert, Bradley B. Bowles

Address: 840 Malcolm Road, Suite 200, Burlingame, CA, 94010

Telephone number(s): (650)-697-6000

Email(s): amurphy@cpmlegal.com, bbowles@bowlesverna.com

Is counsel registered for Electronic Filing in the 9th Circuit? ◉ Yes ○ No

---

**Appellees**

Name(s) of party/parties:

Tetra Tech EC, Inc., Tetra Tech, Inc., William Dougherty, and Andrew Bolt

Name(s) of counsel (if any):

Davina Pujari, Christopher A. Rheinheimer

Address: 101 Second Street, 17th Floor, San Francisco, CA 94105

Telephone number(s): (415) 874-4230

Email(s): dpujari@mayerbrown.com; crheinheimer@mayerbrown.com

---

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Fuching (Jack) Chi
Genine Lobo

Name(s) of counsel (if any):

Joseph W. Cotchett, Anne Marie Murphy, Blair V. Kittle, Pierce H. Stanley, J. Grace Seifert, Bradley B. Bowles

Address: 840 Malcolm Road, Suite 200, Burlingame, CA, 94010

Telephone number(s): (650)-697-6000

Email(s): amurphy@cpmlegal.com, bbowles@bowlesverna.com

Is counsel registered for Electronic Filing in the 9th Circuit? ◉ Yes ○ No

---

**Appellees**

Name(s) of party/parties:

Tetra Tech EC, Inc., Tetra Tech, Inc., William Dougherty, and Andrew Bolt

Name(s) of counsel (if any):

Davina Pujari, Christopher A. Rheinheimer

Address: 101 Second Street, 17th Floor, San Francisco, CA 94105

Telephone number(s): (415) 874-4230

Email(s): dpujari@mayerbrown.com; crheinheimer@mayerbrown.com

---

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Geremy Lobo
Glenn Lobo

Name(s) of counsel (if any):

Joseph W. Cotchett, Anne Marie Murphy, Blair V. Kittle, Pierce H. Stanley, J. Grace Seifert, Bradley B. Bowles

Address: 840 Malcolm Road, Suite 200, Burlingame, CA, 94010

Telephone number(s): (650)-697-6000

Email(s): amurphy@cpmlegal.com, bbowles@bowlesverna.com

Is counsel registered for Electronic Filing in the 9th Circuit? ◉ Yes ○ No

**Appellees**

Name(s) of party/parties:

Tetra Tech EC, Inc., Tetra Tech, Inc., William Dougherty, and Andrew Bolt

Name(s) of counsel (if any):

Davina Pujari, Christopher A. Rheinheimer

Address: 101 Second Street, 17th Floor, San Francisco, CA 94105

Telephone number(s): (415) 874-4230

Email(s): dpujari@mayerbrown.com; crheinheimer@mayerbrown.com

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Greg Pennington
Imin Lee

Name(s) of counsel (if any):

Joseph W. Cotchett, Anne Marie Murphy, Blair V. Kittle, Pierce H. Stanley, J. Grace Seifert, Bradley B. Bowles

Address: 840 Malcolm Road, Suite 200, Burlingame, CA, 94010

Telephone number(s): (650)-697-6000

Email(s): amurphy@cpmlegal.com, bbowles@bowlesverna.com

Is counsel registered for Electronic Filing in the 9th Circuit? ◉ Yes ○ No

**Appellees**

Name(s) of party/parties:

Tetra Tech EC, Inc., Tetra Tech, Inc., William Dougherty, and Andrew Bolt

Name(s) of counsel (if any):

Davina Pujari, Christopher A. Rheinheimer

Address: 101 Second Street, 17th Floor, San Francisco, CA 94105

Telephone number(s): (415) 874-4230

Email(s): dpujari@mayerbrown.com; crheinheimer@mayerbrown.com

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Irma Frias-Castro, individually and as trustee of the Castro Family Trust
James Gosnell

Name(s) of counsel (if any):

Joseph W. Cotchett, Anne Marie Murphy, Blair V. Kittle, Pierce H. Stanley, J. Grace Seifert, Bradley B. Bowles

Address: 840 Malcolm Road, Suite 200, Burlingame, CA, 94010

Telephone number(s): (650)-697-6000

Email(s): amurphy@cpmlegal.com, bbowles@bowlesverna.com

Is counsel registered for Electronic Filing in the 9th Circuit? ◉ Yes ○ No

**Appellees**

Name(s) of party/parties:

Tetra Tech EC, Inc., Tetra Tech, Inc., William Dougherty, and Andrew Bolt

Name(s) of counsel (if any):

Davina Pujari, Christopher A. Rheinheimer

Address: 101 Second Street, 17th Floor, San Francisco, CA 94105

Telephone number(s): (415) 874-4230

Email(s): dpujari@mayerbrown.com; crheinheimer@mayerbrown.com

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Jengjia Chen
Jenna Hansen

Name(s) of counsel (if any):

Joseph W. Cotchett, Anne Marie Murphy, Blair V. Kittle, Pierce H. Stanley, J. Grace Seifert, Bradley B. Bowles

Address: 840 Malcolm Road, Suite 200, Burlingame, CA, 94010

Telephone number(s): (650)-697-6000

Email(s): amurphy@cpmlegal.com, bbowles@bowlesverna.com

Is counsel registered for Electronic Filing in the 9th Circuit? ◉ Yes ○ No

**Appellees**

Name(s) of party/parties:

Tetra Tech EC, Inc., Tetra Tech, Inc., William Dougherty, and Andrew Bolt

Name(s) of counsel (if any):

Davina Pujari, Christopher A. Rheinheimer

Address: 101 Second Street, 17th Floor, San Francisco, CA 94105

Telephone number(s): (415) 874-4230

Email(s): dpujari@mayerbrown.com; crheinheimer@mayerbrown.com

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Jewel Robinson
Jin (Jinney) Yun

Name(s) of counsel (if any):

Joseph W. Cotchett, Anne Marie Murphy, Blair V. Kittle, Pierce H. Stanley, J. Grace Seifert, Bradley B. Bowles

Address: 840 Malcolm Road, Suite 200, Burlingame, CA, 94010

Telephone number(s): (650)-697-6000

Email(s): amurphy@cpmlegal.com, bbowles@bowlesverna.com

Is counsel registered for Electronic Filing in the 9th Circuit? ◉ Yes ○ No

---

**Appellees**

Name(s) of party/parties:

Tetra Tech EC, Inc., Tetra Tech, Inc., William Dougherty, and Andrew Bolt

Name(s) of counsel (if any):

Davina Pujari, Christopher A. Rheinheimer

Address: 101 Second Street, 17th Floor, San Francisco, CA 94105

Telephone number(s): (415) 874-4230

Email(s): dpujari@mayerbrown.com; crheinheimer@mayerbrown.com

---

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Jinpeng (Jim) Zhu
Joan Beach

Name(s) of counsel (if any):

Joseph W. Cotchett, Anne Marie Murphy, Blair V. Kittle, Pierce H. Stanley, J. Grace Seifert, Bradley B. Bowles

Address: 840 Malcolm Road, Suite 200, Burlingame, CA, 94010

Telephone number(s): (650)-697-6000

Email(s): amurphy@cpmlegal.com, bbowles@bowlesverna.com

Is counsel registered for Electronic Filing in the 9th Circuit? ◉ Yes ○ No

**Appellees**

Name(s) of party/parties:

Tetra Tech EC, Inc., Tetra Tech, Inc., William Dougherty, and Andrew Bolt

Name(s) of counsel (if any):

Davina Pujari, Christopher A. Rheinheimer

Address: 101 Second Street, 17th Floor, San Francisco, CA 94105

Telephone number(s): (415) 874-4230

Email(s): dpujari@mayerbrown.com; crheinheimer@mayerbrown.com

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

John D. Choi
John Wesley Darden Jr.

Name(s) of counsel (if any):

Joseph W. Cotchett, Anne Marie Murphy, Blair V. Kittle, Pierce H. Stanley, J. Grace Seifert, Bradley B. Bowles

Address: 840 Malcolm Road, Suite 200, Burlingame, CA, 94010

Telephone number(s): (650)-697-6000

Email(s): amurphy@cpmlegal.com, bbowles@bowlesverna.com

Is counsel registered for Electronic Filing in the 9th Circuit? ◉ Yes ○ No

---

**Appellees**

Name(s) of party/parties:

Tetra Tech EC, Inc., Tetra Tech, Inc., William Dougherty, and Andrew Bolt

Name(s) of counsel (if any):

Davina Pujari, Christopher A. Rheinheimer

Address: 101 Second Street, 17th Floor, San Francisco, CA 94105

Telephone number(s): (415) 874-4230

Email(s): dpujari@mayerbrown.com; crheinheimer@mayerbrown.com

---

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Jonah Hershowitz
Jonathan Chuck Lee

Name(s) of counsel (if any):

Joseph W. Cotchett, Anne Marie Murphy, Blair V. Kittle, Pierce H. Stanley, J. Grace Seifert, Bradley B. Bowles

Address: 840 Malcolm Road, Suite 200, Burlingame, CA, 94010

Telephone number(s): (650)-697-6000

Email(s): amurphy@cpmlegal.com, bbowles@bowlesverna.com

Is counsel registered for Electronic Filing in the 9th Circuit? ◉ Yes ○ No

**Appellees**

Name(s) of party/parties:

Tetra Tech EC, Inc., Tetra Tech, Inc., William Dougherty, and Andrew Bolt

Name(s) of counsel (if any):

Davina Pujari, Christopher A. Rheinheimer

Address: 101 Second Street, 17th Floor, San Francisco, CA 94105

Telephone number(s): (415) 874-4230

Email(s): dpujari@mayerbrown.com; crheinheimer@mayerbrown.com

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Jose Yan
Julie Bukar

Name(s) of counsel (if any):

Joseph W. Cotchett, Anne Marie Murphy, Blair V. Kittle, Pierce H. Stanley, J. Grace Seifert, Bradley B. Bowles

Address: 840 Malcolm Road, Suite 200, Burlingame, CA, 94010

Telephone number(s): (650)-697-6000

Email(s): amurphy@cpmlegal.com, bbowles@bowlesverna.com

Is counsel registered for Electronic Filing in the 9th Circuit? ◉ Yes ○ No

**Appellees**

Name(s) of party/parties:

Tetra Tech EC, Inc., Tetra Tech, Inc., William Dougherty, and Andrew Bolt

Name(s) of counsel (if any):

Davina Pujari, Christopher A. Rheinheimer

Address: 101 Second Street, 17th Floor, San Francisco, CA 94105

Telephone number(s): (415) 874-4230

Email(s): dpujari@mayerbrown.com; crheinheimer@mayerbrown.com

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Karla Bravo
Kelly Fox

Name(s) of counsel (if any):

Joseph W. Cotchett, Anne Marie Murphy, Blair V. Kittle, Pierce H. Stanley, J. Grace Seifert, Bradley B. Bowles

Address: 840 Malcolm Road, Suite 200, Burlingame, CA, 94010

Telephone number(s): (650)-697-6000

Email(s): amurphy@cpmlegal.com, bbowles@bowlesverna.com

Is counsel registered for Electronic Filing in the 9th Circuit? ◉ Yes ○ No

**Appellees**

Name(s) of party/parties:

Tetra Tech EC, Inc., Tetra Tech, Inc., William Dougherty, and Andrew Bolt

Name(s) of counsel (if any):

Davina Pujari, Christopher A. Rheinheimer

Address: 101 Second Street, 17th Floor, San Francisco, CA 94105

Telephone number(s): (415) 874-4230

Email(s): dpujari@mayerbrown.com; crheinheimer@mayerbrown.com

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Kiran Sharma
Li Qian

Name(s) of counsel (if any):

Joseph W. Cotchett, Anne Marie Murphy, Blair V. Kittle, Pierce H. Stanley, J. Grace Seifert, Bradley B. Bowles

Address: 840 Malcolm Road, Suite 200, Burlingame, CA, 94010

Telephone number(s): (650)-697-6000

Email(s): amurphy@cpmlegal.com, bbowles@bowlesverna.com

Is counsel registered for Electronic Filing in the 9th Circuit? ◉ Yes ○ No

---

**Appellees**

Name(s) of party/parties:

Tetra Tech EC, Inc., Tetra Tech, Inc., William Dougherty, and Andrew Bolt

Name(s) of counsel (if any):

Davina Pujari, Christopher A. Rheinheimer

Address: 101 Second Street, 17th Floor, San Francisco, CA 94105

Telephone number(s): (415) 874-4230

Email(s): dpujari@mayerbrown.com; crheinheimer@mayerbrown.com

---

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Liang Xu
Libing Sun

Name(s) of counsel (if any):

Joseph W. Cotchett, Anne Marie Murphy, Blair V. Kittle, Pierce H. Stanley, J. Grace Seifert, Bradley B. Bowles

Address: 840 Malcolm Road, Suite 200, Burlingame, CA, 94010

Telephone number(s): (650)-697-6000

Email(s): amurphy@cpmlegal.com, bbowles@bowlesverna.com

Is counsel registered for Electronic Filing in the 9th Circuit? ◉ Yes ○ No

---

**Appellees**

Name(s) of party/parties:

Tetra Tech EC, Inc., Tetra Tech, Inc., William Dougherty, and Andrew Bolt

Name(s) of counsel (if any):

Davina Pujari, Christopher A. Rheinheimer

Address: 101 Second Street, 17th Floor, San Francisco, CA 94105

Telephone number(s): (415) 874-4230

Email(s): dpujari@mayerbrown.com; crheinheimer@mayerbrown.com

---

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Lilibeth Debest
Lillian Djavaheri

Name(s) of counsel (if any):

Joseph W. Cotchett, Anne Marie Murphy, Blair V. Kittle, Pierce H. Stanley, J. Grace Seifert, Bradley B. Bowles

Address: 840 Malcolm Road, Suite 200, Burlingame, CA, 94010

Telephone number(s): (650)-697-6000

Email(s): amurphy@cpmlegal.com, bbowles@bowlesverna.com

Is counsel registered for Electronic Filing in the 9th Circuit? ◉ Yes ○ No

---

**Appellees**

Name(s) of party/parties:

Tetra Tech EC, Inc., Tetra Tech, Inc., William Dougherty, and Andrew Bolt

Name(s) of counsel (if any):

Davina Pujari, Christopher A. Rheinheimer

Address: 101 Second Street, 17th Floor, San Francisco, CA 94105

Telephone number(s): (415) 874-4230

Email(s): dpujari@mayerbrown.com; crheinheimer@mayerbrown.com

---

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Linda Parker Pennington
Lixin Zhou

Name(s) of counsel (if any):

Joseph W. Cotchett, Anne Marie Murphy, Blair V. Kittle, Pierce H. Stanley, J. Grace Seifert, Bradley B. Bowles

Address: 840 Malcolm Road, Suite 200, Burlingame, CA, 94010

Telephone number(s): (650)-697-6000

Email(s): amurphy@cpmlegal.com, bbowles@bowlesverna.com

Is counsel registered for Electronic Filing in the 9th Circuit? ◉ Yes ○ No

---

**Appellees**

Name(s) of party/parties:

Tetra Tech EC, Inc., Tetra Tech, Inc., William Dougherty, and Andrew Bolt

Name(s) of counsel (if any):

Davina Pujari, Christopher A. Rheinheimer

Address: 101 Second Street, 17th Floor, San Francisco, CA 94105

Telephone number(s): (415) 874-4230

Email(s): dpujari@mayerbrown.com; crheinheimer@mayerbrown.com

---

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Maria Lobo
Mark Barthel

Name(s) of counsel (if any):

Joseph W. Cotchett, Anne Marie Murphy, Blair V. Kittle, Pierce H. Stanley, J. Grace Seifert, Bradley B. Bowles

Address: 840 Malcolm Road, Suite 200, Burlingame, CA, 94010

Telephone number(s): (650)-697-6000

Email(s): amurphy@cpmlegal.com, bbowles@bowlesverna.com

Is counsel registered for Electronic Filing in the 9th Circuit? ◉ Yes ○ No

---

**Appellees**

Name(s) of party/parties:

Tetra Tech EC, Inc., Tetra Tech, Inc., William Dougherty, and Andrew Bolt

Name(s) of counsel (if any):

Davina Pujari, Christopher A. Rheinheimer

Address: 101 Second Street, 17th Floor, San Francisco, CA 94105

Telephone number(s): (415) 874-4230

Email(s): dpujari@mayerbrown.com; crheinheimer@mayerbrown.com

---

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Mary M. Cabrera
Melissa Dudum-Maya

Name(s) of counsel (if any):

Joseph W. Cotchett, Anne Marie Murphy, Blair V. Kittle, Pierce H. Stanley, J. Grace Seifert, Bradley B. Bowles

Address: 840 Malcolm Road, Suite 200, Burlingame, CA, 94010

Telephone number(s): (650)-697-6000

Email(s): amurphy@cpmlegal.com, bbowles@bowlesverna.com

Is counsel registered for Electronic Filing in the 9th Circuit? ◉ Yes ○ No

---

**Appellees**

Name(s) of party/parties:

Tetra Tech EC, Inc., Tetra Tech, Inc., William Dougherty, and Andrew Bolt

Name(s) of counsel (if any):

Davina Pujari, Christopher A. Rheinheimer

Address: 101 Second Street, 17th Floor, San Francisco, CA 94105

Telephone number(s): (415) 874-4230

Email(s): dpujari@mayerbrown.com; crheinheimer@mayerbrown.com

---

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Michael John Stevens
Michael Lin

Name(s) of counsel (if any):

Joseph W. Cotchett, Anne Marie Murphy, Blair V. Kittle, Pierce H. Stanley, J. Grace Seifert, Bradley B. Bowles

Address: 840 Malcolm Road, Suite 200, Burlingame, CA, 94010

Telephone number(s): (650)-697-6000

Email(s): amurphy@cpmlegal.com, bbowles@bowlesverna.com

Is counsel registered for Electronic Filing in the 9th Circuit? ◉ Yes ○ No

---

**Appellees**

Name(s) of party/parties:

Tetra Tech EC, Inc., Tetra Tech, Inc., William Dougherty, and Andrew Bolt

Name(s) of counsel (if any):

Davina Pujari, Christopher A. Rheinheimer

Address: 101 Second Street, 17th Floor, San Francisco, CA 94105

Telephone number(s): (415) 874-4230

Email(s): dpujari@mayerbrown.com; crheinheimer@mayerbrown.com

---

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Michael Nguyen

Name(s) of counsel (if any):

Joseph W. Cotchett, Anne Marie Murphy, Blair V. Kittle, Pierce H. Stanley, J. Grace Seifert, Bradley B. Bowles

Address: 840 Malcolm Road, Suite 200, Burlingame, CA, 94010

Telephone number(s): (650)-697-6000

Email(s): amurphy@cpmlegal.com, bbowles@bowlesverna.com

Is counsel registered for Electronic Filing in the 9th Circuit? ◉ Yes ○ No

---

**Appellees**

Name(s) of party/parties:

Tetra Tech EC, Inc., Tetra Tech, Inc., William Dougherty, and Andrew Bolt

Name(s) of counsel (if any):

Davina Pujari, Christopher A. Rheinheimer

Address: 101 Second Street, 17th Floor, San Francisco, CA 94105

Telephone number(s): (415) 874-4230

Email(s): dpujari@mayerbrown.com; crheinheimer@mayerbrown.com

---

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Minakshi Mukherjee
Nahar Doshi

Name(s) of counsel (if any):

Joseph W. Cotchett, Anne Marie Murphy, Blair V. Kittle, Pierce H. Stanley, J. Grace Seifert, Bradley B. Bowles

Address: 840 Malcolm Road, Suite 200, Burlingame, CA, 94010

Telephone number(s): (650)-697-6000

Email(s): amurphy@cpmlegal.com, bbowles@bowlesverna.com

Is counsel registered for Electronic Filing in the 9th Circuit? ◉ Yes ○ No

**Appellees**

Name(s) of party/parties:

Tetra Tech EC, Inc., Tetra Tech, Inc., William Dougherty, and Andrew Bolt

Name(s) of counsel (if any):

Davina Pujari, Christopher A. Rheinheimer

Address: 101 Second Street, 17th Floor, San Francisco, CA 94105

Telephone number(s): (415) 874-4230

Email(s): dpujari@mayerbrown.com; crheinheimer@mayerbrown.com

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Namrata Berry
Nigel Poor

Name(s) of counsel (if any):

Joseph W. Cotchett, Anne Marie Murphy, Blair V. Kittle, Pierce H. Stanley, J. Grace Seifert, Bradley B. Bowles

Address: 840 Malcolm Road, Suite 200, Burlingame, CA, 94010

Telephone number(s): (650)-697-6000

Email(s): amurphy@cpmlegal.com, bbowles@bowlesverna.com

Is counsel registered for Electronic Filing in the 9th Circuit? ◉ Yes ○ No

---

**Appellees**

Name(s) of party/parties:

Tetra Tech EC, Inc., Tetra Tech, Inc., William Dougherty, and Andrew Bolt

Name(s) of counsel (if any):

Davina Pujari, Christopher A. Rheinheimer

Address: 101 Second Street, 17th Floor, San Francisco, CA 94105

Telephone number(s): (415) 874-4230

Email(s): dpujari@mayerbrown.com; crheinheimer@mayerbrown.com

---

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Oleksandr (Sasha) Yegorov
Paloma Dudum-Maya

Name(s) of counsel (if any):

Joseph W. Cotchett, Anne Marie Murphy, Blair V. Kittle, Pierce H. Stanley, J. Grace Seifert, Bradley B. Bowles

Address: 840 Malcolm Road, Suite 200, Burlingame, CA, 94010

Telephone number(s): (650)-697-6000

Email(s): amurphy@cpmlegal.com, bbowles@bowlesverna.com

Is counsel registered for Electronic Filing in the 9th Circuit? ◉ Yes ○ No

**Appellees**

Name(s) of party/parties:

Tetra Tech EC, Inc., Tetra Tech, Inc., William Dougherty, and Andrew Bolt

Name(s) of counsel (if any):

Davina Pujari, Christopher A. Rheinheimer

Address: 101 Second Street, 17th Floor, San Francisco, CA 94105

Telephone number(s): (415) 874-4230

Email(s): dpujari@mayerbrown.com; crheinheimer@mayerbrown.com

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Paul Gardner
Peter Debest

Name(s) of counsel (if any):

Joseph W. Cotchett, Anne Marie Murphy, Blair V. Kittle, Pierce H. Stanley, J. Grace Seifert, Bradley B. Bowles

Address: 840 Malcolm Road, Suite 200, Burlingame, CA, 94010

Telephone number(s): (650)-697-6000

Email(s): amurphy@cpmlegal.com, bbowles@bowlesverna.com

Is counsel registered for Electronic Filing in the 9th Circuit? ◉ Yes ○ No

---

**Appellees**

Name(s) of party/parties:

Tetra Tech EC, Inc., Tetra Tech, Inc., William Dougherty, and Andrew Bolt

Name(s) of counsel (if any):

Davina Pujari, Christopher A. Rheinheimer

Address: 101 Second Street, 17th Floor, San Francisco, CA 94105

Telephone number(s): (415) 874-4230

Email(s): dpujari@mayerbrown.com; crheinheimer@mayerbrown.com

---

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Rafe Gabel
Rajesh Berry

Name(s) of counsel (if any):

Joseph W. Cotchett, Anne Marie Murphy, Blair V. Kittle, Pierce H. Stanley, J. Grace Seifert, Bradley B. Bowles

Address: 840 Malcolm Road, Suite 200, Burlingame, CA, 94010

Telephone number(s): (650)-697-6000

Email(s): amurphy@cpmlegal.com, bbowles@bowlesverna.com

Is counsel registered for Electronic Filing in the 9th Circuit? ◉ Yes ○ No

---

**Appellees**

Name(s) of party/parties:

Tetra Tech EC, Inc., Tetra Tech, Inc., William Dougherty, and Andrew Bolt

Name(s) of counsel (if any):

Davina Pujari, Christopher A. Rheinheimer

Address: 101 Second Street, 17th Floor, San Francisco, CA 94105

Telephone number(s): (415) 874-4230

Email(s): dpujari@mayerbrown.com; crheinheimer@mayerbrown.com

---

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Ramiro Castro, individually and as trustee of the Castro Family Trust
Rekha Amer

Name(s) of counsel (if any):

Joseph W. Cotchett, Anne Marie Murphy, Blair V. Kittle, Pierce H. Stanley,
J. Grace Seifert, Bradley B. Bowles

Address: 840 Malcolm Road, Suite 200, Burlingame, CA, 94010

Telephone number(s): (650)-697-6000

Email(s): amurphy@cpmlegal.com, bbowles@bowlesverna.com

Is counsel registered for Electronic Filing in the 9th Circuit? ◉ Yes ○ No

**Appellees**

Name(s) of party/parties:

Tetra Tech EC, Inc., Tetra Tech, Inc., William Dougherty, and Andrew Bolt

Name(s) of counsel (if any):

Davina Pujari, Christopher A. Rheinheimer

Address: 101 Second Street, 17th Floor, San Francisco, CA 94105

Telephone number(s): (415) 874-4230

Email(s): dpujari@mayerbrown.com; crheinheimer@mayerbrown.com

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Richa Wilson
Richard Beach

Name(s) of counsel (if any):

Joseph W. Cotchett, Anne Marie Murphy, Blair V. Kittle, Pierce H. Stanley, J. Grace Seifert, Bradley B. Bowles

Address: 840 Malcolm Road, Suite 200, Burlingame, CA, 94010

Telephone number(s): (650)-697-6000

Email(s): amurphy@cpmlegal.com, bbowles@bowlesverna.com

Is counsel registered for Electronic Filing in the 9th Circuit? ◉ Yes ○ No

**Appellees**

Name(s) of party/parties:

Tetra Tech EC, Inc., Tetra Tech, Inc., William Dougherty, and Andrew Bolt

Name(s) of counsel (if any):

Davina Pujari, Christopher A. Rheinheimer

Address: 101 Second Street, 17th Floor, San Francisco, CA 94105

Telephone number(s): (415) 874-4230

Email(s): dpujari@mayerbrown.com; crheinheimer@mayerbrown.com

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Richard J. De Francesco
Richard Peterson

Name(s) of counsel (if any):

Joseph W. Cotchett, Anne Marie Murphy, Blair V. Kittle, Pierce H. Stanley, J. Grace Seifert, Bradley B. Bowles

Address: 840 Malcolm Road, Suite 200, Burlingame, CA, 94010

Telephone number(s): (650)-697-6000

Email(s): amurphy@cpmlegal.com, bbowles@bowlesverna.com

Is counsel registered for Electronic Filing in the 9th Circuit? ◉ Yes ○ No

---

**Appellees**

Name(s) of party/parties:

Tetra Tech EC, Inc., Tetra Tech, Inc., William Dougherty, and Andrew Bolt

Name(s) of counsel (if any):

Davina Pujari, Christopher A. Rheinheimer

Address: 101 Second Street, 17th Floor, San Francisco, CA 94105

Telephone number(s): (415) 874-4230

Email(s): dpujari@mayerbrown.com; crheinheimer@mayerbrown.com

---

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Robert Knigge
Roberto Rodriguez

Name(s) of counsel (if any):

Joseph W. Cotchett, Anne Marie Murphy, Blair V. Kittle, Pierce H. Stanley, J. Grace Seifert, Bradley B. Bowles

Address: 840 Malcolm Road, Suite 200, Burlingame, CA, 94010

Telephone number(s): (650)-697-6000

Email(s): amurphy@cpmlegal.com, bbowles@bowlesverna.com

Is counsel registered for Electronic Filing in the 9th Circuit? ◉ Yes ○ No

**Appellees**

Name(s) of party/parties:

Tetra Tech EC, Inc., Tetra Tech, Inc., William Dougherty, and Andrew Bolt

Name(s) of counsel (if any):

Davina Pujari, Christopher A. Rheinheimer

Address: 101 Second Street, 17th Floor, San Francisco, CA 94105

Telephone number(s): (415) 874-4230

Email(s): dpujari@mayerbrown.com; crheinheimer@mayerbrown.com

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Robin Denevan
Ronald J. Cabrera

Name(s) of counsel (if any):

Joseph W. Cotchett, Anne Marie Murphy, Blair V. Kittle, Pierce H. Stanley, J. Grace Seifert, Bradley B. Bowles

Address: 840 Malcolm Road, Suite 200, Burlingame, CA, 94010

Telephone number(s): (650)-697-6000

Email(s): amurphy@cpmlegal.com, bbowles@bowlesverna.com

Is counsel registered for Electronic Filing in the 9th Circuit? ◉ Yes ○ No

---

**Appellees**

Name(s) of party/parties:

Tetra Tech EC, Inc., Tetra Tech, Inc., William Dougherty, and Andrew Bolt

Name(s) of counsel (if any):

Davina Pujari, Christopher A. Rheinheimer

Address: 101 Second Street, 17th Floor, San Francisco, CA 94105

Telephone number(s): (415) 874-4230

Email(s): dpujari@mayerbrown.com; crheinheimer@mayerbrown.com

---

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Ryan Delaney
Salustiano (Salu) Ribeiro

Name(s) of counsel (if any):

Joseph W. Cotchett, Anne Marie Murphy, Blair V. Kittle, Pierce H. Stanley, J. Grace Seifert, Bradley B. Bowles

Address: 840 Malcolm Road, Suite 200, Burlingame, CA, 94010

Telephone number(s): (650)-697-6000

Email(s): amurphy@cpmlegal.com, bbowles@bowlesverna.com

Is counsel registered for Electronic Filing in the 9th Circuit? ◉ Yes ○ No

---

**Appellees**

Name(s) of party/parties:

Tetra Tech EC, Inc., Tetra Tech, Inc., William Dougherty, and Andrew Bolt

Name(s) of counsel (if any):

Davina Pujari, Christopher A. Rheinheimer

Address: 101 Second Street, 17th Floor, San Francisco, CA 94105

Telephone number(s): (415) 874-4230

Email(s): dpujari@mayerbrown.com; crheinheimer@mayerbrown.com

---

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Sandeep Banerjee
Sean LaRrett

Name(s) of counsel (if any):

Joseph W. Cotchett, Anne Marie Murphy, Blair V. Kittle, Pierce H. Stanley, J. Grace Seifert, Bradley B. Bowles

Address: 840 Malcolm Road, Suite 200, Burlingame, CA, 94010

Telephone number(s): (650)-697-6000

Email(s): amurphy@cpmlegal.com, bbowles@bowlesverna.com

Is counsel registered for Electronic Filing in the 9th Circuit? ◉ Yes ○ No

---

**Appellees**

Name(s) of party/parties:

Tetra Tech EC, Inc., Tetra Tech, Inc., William Dougherty, and Andrew Bolt

Name(s) of counsel (if any):

Davina Pujari, Christopher A. Rheinheimer

Address: 101 Second Street, 17th Floor, San Francisco, CA 94105

Telephone number(s): (415) 874-4230

Email(s): dpujari@mayerbrown.com; crheinheimer@mayerbrown.com

---

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Shili Lee
Siming Xu

Name(s) of counsel (if any):

Joseph W. Cotchett, Anne Marie Murphy, Blair V. Kittle, Pierce H. Stanley,
J. Grace Seifert, Bradley B. Bowles

Address: 840 Malcolm Road, Suite 200, Burlingame, CA, 94010

Telephone number(s): (650)-697-6000

Email(s): amurphy@cpmlegal.com, bbowles@bowlesverna.com

Is counsel registered for Electronic Filing in the 9th Circuit? ◉ Yes ○ No

---

**Appellees**

Name(s) of party/parties:

Tetra Tech EC, Inc., Tetra Tech, Inc., William Dougherty, and Andrew Bolt

Name(s) of counsel (if any):

Davina Pujari, Christopher A. Rheinheimer

Address: 101 Second Street, 17th Floor, San Francisco, CA 94105

Telephone number(s): (415) 874-4230

Email(s): dpujari@mayerbrown.com; crheinheimer@mayerbrown.com

---

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

So Yeon
Susan Liang

Name(s) of counsel (if any):

Joseph W. Cotchett, Anne Marie Murphy, Blair V. Kittle, Pierce H. Stanley,
J. Grace Seifert, Bradley B. Bowles

Address: 840 Malcolm Road, Suite 200, Burlingame, CA, 94010

Telephone number(s): (650)-697-6000

Email(s): amurphy@cpmlegal.com, bbowles@bowlesverna.com

Is counsel registered for Electronic Filing in the 9th Circuit? ◉ Yes ○ No

---

**Appellees**

Name(s) of party/parties:

Tetra Tech EC, Inc., Tetra Tech, Inc., William Dougherty, and Andrew Bolt

Name(s) of counsel (if any):

Davina Pujari, Christopher A. Rheinheimer

Address: 101 Second Street, 17th Floor, San Francisco, CA 94105

Telephone number(s): (415) 874-4230

Email(s): dpujari@mayerbrown.com; crheinheimer@mayerbrown.com

---

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Suvasis Mukherjee
Taposhi Chatterjee

Name(s) of counsel (if any):

Joseph W. Cotchett, Anne Marie Murphy, Blair V. Kittle, Pierce H. Stanley, J. Grace Seifert, Bradley B. Bowles

Address: 840 Malcolm Road, Suite 200, Burlingame, CA, 94010

Telephone number(s): (650)-697-6000

Email(s): amurphy@cpmlegal.com, bbowles@bowlesverna.com

Is counsel registered for Electronic Filing in the 9th Circuit? ◉ Yes ○ No

---

**Appellees**

Name(s) of party/parties:

Tetra Tech EC, Inc., Tetra Tech, Inc., William Dougherty, and Andrew Bolt

Name(s) of counsel (if any):

Davina Pujari, Christopher A. Rheinheimer

Address: 101 Second Street, 17th Floor, San Francisco, CA 94105

Telephone number(s): (415) 874-4230

Email(s): dpujari@mayerbrown.com; crheinheimer@mayerbrown.com

---

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Theodore Ellington
Theresa Duncan

Name(s) of counsel (if any):

Joseph W. Cotchett, Anne Marie Murphy, Blair V. Kittle, Pierce H. Stanley, J. Grace Seifert, Bradley B. Bowles

Address: 840 Malcolm Road, Suite 200, Burlingame, CA, 94010

Telephone number(s): (650)-697-6000

Email(s): amurphy@cpmlegal.com, bbowles@bowlesverna.com

Is counsel registered for Electronic Filing in the 9th Circuit? ◉ Yes ○ No

**Appellees**

Name(s) of party/parties:

Tetra Tech EC, Inc., Tetra Tech, Inc., William Dougherty, and Andrew Bolt

Name(s) of counsel (if any):

Davina Pujari, Christopher A. Rheinheimer

Address: 101 Second Street, 17th Floor, San Francisco, CA 94105

Telephone number(s): (415) 874-4230

Email(s): dpujari@mayerbrown.com; crheinheimer@mayerbrown.com

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Thomas Lupton, M.D.
Uma Sonthalia

Name(s) of counsel (if any):

Joseph W. Cotchett, Anne Marie Murphy, Blair V. Kittle, Pierce H. Stanley, J. Grace Seifert, Bradley B. Bowles

Address: 840 Malcolm Road, Suite 200, Burlingame, CA, 94010

Telephone number(s): (650)-697-6000

Email(s): amurphy@cpmlegal.com, bbowles@bowlesverna.com

Is counsel registered for Electronic Filing in the 9th Circuit? ◉ Yes ○ No

**Appellees**

Name(s) of party/parties:

Tetra Tech EC, Inc., Tetra Tech, Inc., William Dougherty, and Andrew Bolt

Name(s) of counsel (if any):

Davina Pujari, Christopher A. Rheinheimer

Address: 101 Second Street, 17th Floor, San Francisco, CA 94105

Telephone number(s): (415) 874-4230

Email(s): dpujari@mayerbrown.com; crheinheimer@mayerbrown.com

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Valerie Nguyen Lee
Victoria Ellington

Name(s) of counsel (if any):

Joseph W. Cotchett, Anne Marie Murphy, Blair V. Kittle, Pierce H. Stanley, J. Grace Seifert, Bradley B. Bowles

Address: 840 Malcolm Road, Suite 200, Burlingame, CA, 94010

Telephone number(s): (650)-697-6000

Email(s): amurphy@cpmlegal.com, bbowles@bowlesverna.com

Is counsel registered for Electronic Filing in the 9th Circuit? ◉ Yes ○ No

---

**Appellees**

Name(s) of party/parties:

Tetra Tech EC, Inc., Tetra Tech, Inc., William Dougherty, and Andrew Bolt

Name(s) of counsel (if any):

Davina Pujari, Christopher A. Rheinheimer

Address: 101 Second Street, 17th Floor, San Francisco, CA 94105

Telephone number(s): (415) 874-4230

Email(s): dpujari@mayerbrown.com; crheinheimer@mayerbrown.com

---

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at [forms@ca9.uscourts.gov](mailto:forms@ca9.uscourts.gov)*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Vivek Sharma
Weili Cao

Name(s) of counsel (if any):

Joseph W. Cotchett, Anne Marie Murphy, Blair V. Kittle, Pierce H. Stanley, J. Grace Seifert, Bradley B. Bowles

Address: 840 Malcolm Road, Suite 200, Burlingame, CA, 94010

Telephone number(s): (650)-697-6000

Email(s): amurphy@cpmlegal.com, bbowles@bowlesverna.com

Is counsel registered for Electronic Filing in the 9th Circuit? ◉ Yes ○ No

---

**Appellees**

Name(s) of party/parties:

Tetra Tech EC, Inc., Tetra Tech, Inc., William Dougherty, and Andrew Bolt

Name(s) of counsel (if any):

Davina Pujari, Christopher A. Rheinheimer

Address: 101 Second Street, 17th Floor, San Francisco, CA 94105

Telephone number(s): (415) 874-4230

Email(s): dpujari@mayerbrown.com; crheinheimer@mayerbrown.com

---

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Wontaek Na
Yuling Gao
Zara Janer

Name(s) of counsel (if any):

Joseph W. Cotchett, Anne Marie Murphy, Blair V. Kittle, Pierce H. Stanley, J. Grace Seifert, Bradley B. Bowles

Address: 840 Malcolm Road, Suite 200, Burlingame, CA, 94010

Telephone number(s): (650)-697-6000

Email(s): amurphy@cpmlegal.com, bbowles@bowlesverna.com

Is counsel registered for Electronic Filing in the 9th Circuit? ◉ Yes ○ No

**Appellees**

Name(s) of party/parties:

Tetra Tech EC, Inc., Tetra Tech, Inc., William Dougherty, and Andrew Bolt

Name(s) of counsel (if any):

Davina Pujari, Christopher A. Rheinheimer

Address: 101 Second Street, 17th Floor, San Francisco, CA 94105

Telephone number(s): (415) 874-4230

Email(s): dpujari@mayerbrown.com; crheinheimer@mayerbrown.com

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Parties from Case No.: 3:19-cv-06137
Afsheen Ahmad, individually and as trustee of the S&A Living Trust

Name(s) of counsel (if any):

Joseph W. Cotchett, Anne Marie Murphy, Blair V. Kittle, Pierce H. Stanley, J. Grace Seifert, Bradley B. Bowles

Address: 840 Malcolm Road, Suite 200, Burlingame, CA, 94010

Telephone number(s): (650)-697-6000

Email(s): amurphy@cpmlegal.com, bbowles@bowlesverna.com

Is counsel registered for Electronic Filing in the 9th Circuit? ◉ Yes ○ No

**Appellees**

Name(s) of party/parties:

Tetra Tech EC, Inc., Tetra Tech, Inc., William Dougherty, and Andrew Bolt

Name(s) of counsel (if any):

Davina Pujari, Christopher A. Rheinheimer

Address: 101 Second Street, 17th Floor, San Francisco, CA 94105

Telephone number(s): (415) 874-4230

Email(s): dpujari@mayerbrown.com; crheinheimer@mayerbrown.com

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Alexander Deschamps
Anil Vittal

Name(s) of counsel (if any):

Joseph W. Cotchett, Anne Marie Murphy, Blair V. Kittle, Pierce H. Stanley, J. Grace Seifert, Bradley B. Bowles

Address: 840 Malcolm Road, Suite 200, Burlingame, CA, 94010

Telephone number(s): (650)-697-6000

Email(s): amurphy@cpmlegal.com, bbowles@bowlesverna.com

Is counsel registered for Electronic Filing in the 9th Circuit? ◉ Yes ○ No

---

**Appellees**

Name(s) of party/parties:

Tetra Tech EC, Inc., Tetra Tech, Inc., William Dougherty, and Andrew Bolt

Name(s) of counsel (if any):

Davina Pujari, Christopher A. Rheinheimer

Address: 101 Second Street, 17th Floor, San Francisco, CA 94105

Telephone number(s): (415) 874-4230

Email(s): dpujari@mayerbrown.com; crheinheimer@mayerbrown.com

---

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Anna Aldrete Springer, individually and as trustee of the Aldrete Springer Family Living Trust

Name(s) of counsel (if any):

Joseph W. Cotchett, Anne Marie Murphy, Blair V. Kittle, Pierce H. Stanley, J. Grace Seifert, Bradley B. Bowles

Address: 840 Malcolm Road, Suite 200, Burlingame, CA, 94010

Telephone number(s): (650)-697-6000

Email(s): amurphy@cpmlegal.com, bbowles@bowlesverna.com

Is counsel registered for Electronic Filing in the 9th Circuit? ◉ Yes ○ No

---

**Appellees**

Name(s) of party/parties:

Tetra Tech EC, Inc., Tetra Tech, Inc., William Dougherty, and Andrew Bolt

Name(s) of counsel (if any):

Davina Pujari, Christopher A. Rheinheimer

Address: 101 Second Street, 17th Floor, San Francisco, CA 94105

Telephone number(s): (415) 874-4230

Email(s): dpujari@mayerbrown.com; crheinheimer@mayerbrown.com

---

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Anthony Booth
Brett Hanlon

Name(s) of counsel (if any):

Joseph W. Cotchett, Anne Marie Murphy, Blair V. Kittle, Pierce H. Stanley, J. Grace Seifert, Bradley B. Bowles

Address: 840 Malcolm Road, Suite 200, Burlingame, CA, 94010

Telephone number(s): (650)-697-6000

Email(s): amurphy@cpmlegal.com, bbowles@bowlesverna.com

Is counsel registered for Electronic Filing in the 9th Circuit? ◉ Yes ○ No

---

**Appellees**

Name(s) of party/parties:

Tetra Tech EC, Inc., Tetra Tech, Inc., William Dougherty, and Andrew Bolt

Name(s) of counsel (if any):

Davina Pujari, Christopher A. Rheinheimer

Address: 101 Second Street, 17th Floor, San Francisco, CA 94105

Telephone number(s): (415) 874-4230

Email(s): dpujari@mayerbrown.com; crheinheimer@mayerbrown.com

---

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Brian Yee
Cara Uribe

Name(s) of counsel (if any):

Joseph W. Cotchett, Anne Marie Murphy, Blair V. Kittle, Pierce H. Stanley, J. Grace Seifert, Bradley B. Bowles

Address: 840 Malcolm Road, Suite 200, Burlingame, CA, 94010

Telephone number(s): (650)-697-6000

Email(s): amurphy@cpmlegal.com, bbowles@bowlesverna.com

Is counsel registered for Electronic Filing in the 9th Circuit? ◉ Yes ○ No

---

**Appellees**

Name(s) of party/parties:

Tetra Tech EC, Inc., Tetra Tech, Inc., William Dougherty, and Andrew Bolt

Name(s) of counsel (if any):

Davina Pujari, Christopher A. Rheinheimer

Address: 101 Second Street, 17th Floor, San Francisco, CA 94105

Telephone number(s): (415) 874-4230

Email(s): dpujari@mayerbrown.com; crheinheimer@mayerbrown.com

---

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Casey Woo
Catherine Chu

Name(s) of counsel (if any):

Joseph W. Cotchett, Anne Marie Murphy, Blair V. Kittle, Pierce H. Stanley, J. Grace Seifert, Bradley B. Bowles

Address: 840 Malcolm Road, Suite 200, Burlingame, CA, 94010

Telephone number(s): (650)-697-6000

Email(s): amurphy@cpmlegal.com, bbowles@bowlesverna.com

Is counsel registered for Electronic Filing in the 9th Circuit? ◉ Yes ○ No

---

**Appellees**

Name(s) of party/parties:

Tetra Tech EC, Inc., Tetra Tech, Inc., William Dougherty, and Andrew Bolt

Name(s) of counsel (if any):

Davina Pujari, Christopher A. Rheinheimer

Address: 101 Second Street, 17th Floor, San Francisco, CA 94105

Telephone number(s): (415) 874-4230

Email(s): dpujari@mayerbrown.com; crheinheimer@mayerbrown.com

---

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Christine Omata
Cicely Tan

Name(s) of counsel (if any):

Joseph W. Cotchett, Anne Marie Murphy, Blair V. Kittle, Pierce H. Stanley, J. Grace Seifert, Bradley B. Bowles

Address: 840 Malcolm Road, Suite 200, Burlingame, CA, 94010

Telephone number(s): (650)-697-6000

Email(s): amurphy@cpmlegal.com, bbowles@bowlesverna.com

Is counsel registered for Electronic Filing in the 9th Circuit? ◉ Yes ○ No

---

**Appellees**

Name(s) of party/parties:

Tetra Tech EC, Inc., Tetra Tech, Inc., William Dougherty, and Andrew Bolt

Name(s) of counsel (if any):

Davina Pujari, Christopher A. Rheinheimer

Address: 101 Second Street, 17th Floor, San Francisco, CA 94105

Telephone number(s): (415) 874-4230

Email(s): dpujari@mayerbrown.com; crheinheimer@mayerbrown.com

---

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Conor Mulherin
Cory Groom

Name(s) of counsel (if any):

Joseph W. Cotchett, Anne Marie Murphy, Blair V. Kittle, Pierce H. Stanley, J. Grace Seifert, Bradley B. Bowles

Address: 840 Malcolm Road, Suite 200, Burlingame, CA, 94010

Telephone number(s): (650)-697-6000

Email(s): amurphy@cpmlegal.com, bbowles@bowlesverna.com

Is counsel registered for Electronic Filing in the 9th Circuit? ◉ Yes ○ No

**Appellees**

Name(s) of party/parties:

Tetra Tech EC, Inc., Tetra Tech, Inc., William Dougherty, and Andrew Bolt

Name(s) of counsel (if any):

Davina Pujari, Christopher A. Rheinheimer

Address: 101 Second Street, 17th Floor, San Francisco, CA 94105

Telephone number(s): (415) 874-4230

Email(s): dpujari@mayerbrown.com; crheinheimer@mayerbrown.com

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

David Shin, individually and as trustee of the Shin Family Trust
David Tsai a/k/a Yun-Chung Tsai

Name(s) of counsel (if any):

Joseph W. Cotchett, Anne Marie Murphy, Blair V. Kittle, Pierce H. Stanley, J. Grace Seifert, Bradley B. Bowles

Address: 840 Malcolm Road, Suite 200, Burlingame, CA, 94010

Telephone number(s): (650)-697-6000

Email(s): amurphy@cpmlegal.com, bbowles@bowlesverna.com

Is counsel registered for Electronic Filing in the 9th Circuit? ◉ Yes ○ No

---

**Appellees**

Name(s) of party/parties:

Tetra Tech EC, Inc., Tetra Tech, Inc., William Dougherty, and Andrew Bolt

Name(s) of counsel (if any):

Davina Pujari, Christopher A. Rheinheimer

Address: 101 Second Street, 17th Floor, San Francisco, CA 94105

Telephone number(s): (415) 874-4230

Email(s): dpujari@mayerbrown.com; crheinheimer@mayerbrown.com

---

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

David Springer, individually and as trustee of the Aldrete Springer Family Living Trust

Name(s) of counsel (if any):

Joseph W. Cotchett, Anne Marie Murphy, Blair V. Kittle, Pierce H. Stanley, J. Grace Seifert, Bradley B. Bowles

Address: 840 Malcolm Road, Suite 200, Burlingame, CA, 94010

Telephone number(s): (650)-697-6000

Email(s): amurphy@cpmlegal.com, bbowles@bowlesverna.com

Is counsel registered for Electronic Filing in the 9th Circuit? ◉ Yes ○ No

**Appellees**

Name(s) of party/parties:

Tetra Tech EC, Inc., Tetra Tech, Inc., William Dougherty, and Andrew Bolt

Name(s) of counsel (if any):

Davina Pujari, Christopher A. Rheinheimer

Address: 101 Second Street, 17th Floor, San Francisco, CA 94105

Telephone number(s): (415) 874-4230

Email(s): dpujari@mayerbrown.com; crheinheimer@mayerbrown.com

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

David Yu
Desmond Chan

Name(s) of counsel (if any):

Joseph W. Cotchett, Anne Marie Murphy, Blair V. Kittle, Pierce H. Stanley, J. Grace Seifert, Bradley B. Bowles

Address: 840 Malcolm Road, Suite 200, Burlingame, CA, 94010

Telephone number(s): (650)-697-6000

Email(s): amurphy@cpmlegal.com, bbowles@bowlesverna.com

Is counsel registered for Electronic Filing in the 9th Circuit? ◉ Yes ○ No

---

**Appellees**

Name(s) of party/parties:

Tetra Tech EC, Inc., Tetra Tech, Inc., William Dougherty, and Andrew Bolt

Name(s) of counsel (if any):

Davina Pujari, Christopher A. Rheinheimer

Address: 101 Second Street, 17th Floor, San Francisco, CA 94105

Telephone number(s): (415) 874-4230

Email(s): dpujari@mayerbrown.com; crheinheimer@mayerbrown.com

---

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Duy Minh Nguyen
Edgar Agbayani

Name(s) of counsel (if any):

Joseph W. Cotchett, Anne Marie Murphy, Blair V. Kittle, Pierce H. Stanley, J. Grace Seifert, Bradley B. Bowles

Address: 840 Malcolm Road, Suite 200, Burlingame, CA, 94010

Telephone number(s): (650)-697-6000

Email(s): amurphy@cpmlegal.com, bbowles@bowlesverna.com

Is counsel registered for Electronic Filing in the 9th Circuit? ◉ Yes ○ No

---

**Appellees**

Name(s) of party/parties:

Tetra Tech EC, Inc., Tetra Tech, Inc., William Dougherty, and Andrew Bolt

Name(s) of counsel (if any):

Davina Pujari, Christopher A. Rheinheimer

Address: 101 Second Street, 17th Floor, San Francisco, CA 94105

Telephone number(s): (415) 874-4230

Email(s): dpujari@mayerbrown.com; crheinheimer@mayerbrown.com

---

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Eric S. Vanderpool
Faiz Sadeq, individually and as trustee of the S&A Living Trust

Name(s) of counsel (if any):

Joseph W. Cotchett, Anne Marie Murphy, Blair V. Kittle, Pierce H. Stanley, J. Grace Seifert, Bradley B. Bowles

Address: 840 Malcolm Road, Suite 200, Burlingame, CA, 94010

Telephone number(s): (650)-697-6000

Email(s): amurphy@cpmlegal.com, bbowles@bowlesverna.com

Is counsel registered for Electronic Filing in the 9th Circuit? ◉ Yes ○ No

**Appellees**

Name(s) of party/parties:

Tetra Tech EC, Inc., Tetra Tech, Inc., William Dougherty, and Andrew Bolt

Name(s) of counsel (if any):

Davina Pujari, Christopher A. Rheinheimer

Address: 101 Second Street, 17th Floor, San Francisco, CA 94105

Telephone number(s): (415) 874-4230

Email(s): dpujari@mayerbrown.com; crheinheimer@mayerbrown.com

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Francis Zamora
Gabriel Gagner

Name(s) of counsel (if any):

Joseph W. Cotchett, Anne Marie Murphy, Blair V. Kittle, Pierce H. Stanley, J. Grace Seifert, Bradley B. Bowles

Address: 840 Malcolm Road, Suite 200, Burlingame, CA, 94010

Telephone number(s): (650)-697-6000

Email(s): amurphy@cpmlegal.com, bbowles@bowlesverna.com

Is counsel registered for Electronic Filing in the 9th Circuit? ◉ Yes ○ No

---

**Appellees**

Name(s) of party/parties:

Tetra Tech EC, Inc., Tetra Tech, Inc., William Dougherty, and Andrew Bolt

Name(s) of counsel (if any):

Davina Pujari, Christopher A. Rheinheimer

Address: 101 Second Street, 17th Floor, San Francisco, CA 94105

Telephone number(s): (415) 874-4230

Email(s): dpujari@mayerbrown.com; crheinheimer@mayerbrown.com

---

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Gregory Coussa
Gulnur Tumbat

Name(s) of counsel (if any):

Joseph W. Cotchett, Anne Marie Murphy, Blair V. Kittle, Pierce H. Stanley, J. Grace Seifert, Bradley B. Bowles

Address: 840 Malcolm Road, Suite 200, Burlingame, CA, 94010

Telephone number(s): (650)-697-6000

Email(s): amurphy@cpmlegal.com, bbowles@bowlesverna.com

Is counsel registered for Electronic Filing in the 9th Circuit? ◉ Yes ○ No

---

**Appellees**

Name(s) of party/parties:

Tetra Tech EC, Inc., Tetra Tech, Inc., William Dougherty, and Andrew Bolt

Name(s) of counsel (if any):

Davina Pujari, Christopher A. Rheinheimer

Address: 101 Second Street, 17th Floor, San Francisco, CA 94105

Telephone number(s): (415) 874-4230

Email(s): dpujari@mayerbrown.com; crheinheimer@mayerbrown.com

---

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Heather Watkins
Heda Koh

Name(s) of counsel (if any):

Joseph W. Cotchett, Anne Marie Murphy, Blair V. Kittle, Pierce H. Stanley, J. Grace Seifert, Bradley B. Bowles

Address: 840 Malcolm Road, Suite 200, Burlingame, CA, 94010

Telephone number(s): (650)-697-6000

Email(s): amurphy@cpmlegal.com, bbowles@bowlesverna.com

Is counsel registered for Electronic Filing in the 9th Circuit? ◉ Yes ○ No

---

**Appellees**

Name(s) of party/parties:

Tetra Tech EC, Inc., Tetra Tech, Inc., William Dougherty, and Andrew Bolt

Name(s) of counsel (if any):

Davina Pujari, Christopher A. Rheinheimer

Address: 101 Second Street, 17th Floor, San Francisco, CA 94105

Telephone number(s): (415) 874-4230

Email(s): dpujari@mayerbrown.com; crheinheimer@mayerbrown.com

---

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Honoria Baxter
Howard Yung

Name(s) of counsel (if any):

Joseph W. Cotchett, Anne Marie Murphy, Blair V. Kittle, Pierce H. Stanley, J. Grace Seifert, Bradley B. Bowles

Address: 840 Malcolm Road, Suite 200, Burlingame, CA, 94010

Telephone number(s): (650)-697-6000

Email(s): amurphy@cpmlegal.com, bbowles@bowlesverna.com

Is counsel registered for Electronic Filing in the 9th Circuit? (●) Yes ( ) No

**Appellees**

Name(s) of party/parties:

Tetra Tech EC, Inc., Tetra Tech, Inc., William Dougherty, and Andrew Bolt

Name(s) of counsel (if any):

Davina Pujari, Christopher A. Rheinheimer

Address: 101 Second Street, 17th Floor, San Francisco, CA 94105

Telephone number(s): (415) 874-4230

Email(s): dpujari@mayerbrown.com; crheinheimer@mayerbrown.com

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Hye Sook Um
Jaclynn Coussa

Name(s) of counsel (if any):

Joseph W. Cotchett, Anne Marie Murphy, Blair V. Kittle, Pierce H. Stanley, J. Grace Seifert, Bradley B. Bowles

Address: 840 Malcolm Road, Suite 200, Burlingame, CA, 94010

Telephone number(s): (650)-697-6000

Email(s): amurphy@cpmlegal.com, bbowles@bowlesverna.com

Is counsel registered for Electronic Filing in the 9th Circuit? ◉ Yes ○ No

---

**Appellees**

Name(s) of party/parties:

Tetra Tech EC, Inc., Tetra Tech, Inc., William Dougherty, and Andrew Bolt

Name(s) of counsel (if any):

Davina Pujari, Christopher A. Rheinheimer

Address: 101 Second Street, 17th Floor, San Francisco, CA 94105

Telephone number(s): (415) 874-4230

Email(s): dpujari@mayerbrown.com; crheinheimer@mayerbrown.com

---

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Janet Yue, individually and as trustee of the Yue Family Trust
Janjri Desai

Name(s) of counsel (if any):

Joseph W. Cotchett, Anne Marie Murphy, Blair V. Kittle, Pierce H. Stanley, J. Grace Seifert, Bradley B. Bowles

Address: 840 Malcolm Road, Suite 200, Burlingame, CA, 94010

Telephone number(s): (650)-697-6000

Email(s): amurphy@cpmlegal.com, bbowles@bowlesverna.com

Is counsel registered for Electronic Filing in the 9th Circuit? ◉ Yes ○ No

**Appellees**

Name(s) of party/parties:

Tetra Tech EC, Inc., Tetra Tech, Inc., William Dougherty, and Andrew Bolt

Name(s) of counsel (if any):

Davina Pujari, Christopher A. Rheinheimer

Address: 101 Second Street, 17th Floor, San Francisco, CA 94105

Telephone number(s): (415) 874-4230

Email(s): dpujari@mayerbrown.com; crheinheimer@mayerbrown.com

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Jason L. Fried
Jedidiah Burack

Name(s) of counsel (if any):

Joseph W. Cotchett, Anne Marie Murphy, Blair V. Kittle, Pierce H. Stanley, J. Grace Seifert, Bradley B. Bowles

Address: 840 Malcolm Road, Suite 200, Burlingame, CA, 94010

Telephone number(s): (650)-697-6000

Email(s): amurphy@cpmlegal.com, bbowles@bowlesverna.com

Is counsel registered for Electronic Filing in the 9th Circuit? (●) Yes ( ) No

---

**Appellees**

Name(s) of party/parties:

Tetra Tech EC, Inc., Tetra Tech, Inc., William Dougherty, and Andrew Bolt

Name(s) of counsel (if any):

Davina Pujari, Christopher A. Rheinheimer

Address: 101 Second Street, 17th Floor, San Francisco, CA 94105

Telephone number(s): (415) 874-4230

Email(s): dpujari@mayerbrown.com; crheinheimer@mayerbrown.com

---

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Jerrold Polansky
Jessie Deschamps

Name(s) of counsel (if any):

Joseph W. Cotchett, Anne Marie Murphy, Blair V. Kittle, Pierce H. Stanley, J. Grace Seifert, Bradley B. Bowles

Address: 840 Malcolm Road, Suite 200, Burlingame, CA, 94010

Telephone number(s): (650)-697-6000

Email(s): amurphy@cpmlegal.com, bbowles@bowlesverna.com

Is counsel registered for Electronic Filing in the 9th Circuit? ◉ Yes ○ No

---

**Appellees**

Name(s) of party/parties:

Tetra Tech EC, Inc., Tetra Tech, Inc., William Dougherty, and Andrew Bolt

Name(s) of counsel (if any):

Davina Pujari, Christopher A. Rheinheimer

Address: 101 Second Street, 17th Floor, San Francisco, CA 94105

Telephone number(s): (415) 874-4230

Email(s): dpujari@mayerbrown.com; crheinheimer@mayerbrown.com

---

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Jonathan Uribe
Jorge Hidrobo

Name(s) of counsel (if any):

Joseph W. Cotchett, Anne Marie Murphy, Blair V. Kittle, Pierce H. Stanley,
J. Grace Seifert, Bradley B. Bowles

Address: 840 Malcolm Road, Suite 200, Burlingame, CA, 94010

Telephone number(s): (650)-697-6000

Email(s): amurphy@cpmlegal.com, bbowles@bowlesverna.com

Is counsel registered for Electronic Filing in the 9th Circuit? ◉ Yes ○ No

**Appellees**

Name(s) of party/parties:

Tetra Tech EC, Inc., Tetra Tech, Inc., William Dougherty, and Andrew Bolt

Name(s) of counsel (if any):

Davina Pujari, Christopher A. Rheinheimer

Address: 101 Second Street, 17th Floor, San Francisco, CA 94105

Telephone number(s): (415) 874-4230

Email(s): dpujari@mayerbrown.com; crheinheimer@mayerbrown.com

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Joseph Fraga
Judy Jen

Name(s) of counsel (if any):

Joseph W. Cotchett, Anne Marie Murphy, Blair V. Kittle, Pierce H. Stanley, J. Grace Seifert, Bradley B. Bowles

Address: 840 Malcolm Road, Suite 200, Burlingame, CA, 94010

Telephone number(s): (650)-697-6000

Email(s): amurphy@cpmlegal.com, bbowles@bowlesverna.com

Is counsel registered for Electronic Filing in the 9th Circuit? ◉ Yes ○ No

---

**Appellees**

Name(s) of party/parties:

Tetra Tech EC, Inc., Tetra Tech, Inc., William Dougherty, and Andrew Bolt

Name(s) of counsel (if any):

Davina Pujari, Christopher A. Rheinheimer

Address: 101 Second Street, 17th Floor, San Francisco, CA 94105

Telephone number(s): (415) 874-4230

Email(s): dpujari@mayerbrown.com; crheinheimer@mayerbrown.com

---

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Jun Ja Ha
Juyoung Kim

Name(s) of counsel (if any):

Joseph W. Cotchett, Anne Marie Murphy, Blair V. Kittle, Pierce H. Stanley, J. Grace Seifert, Bradley B. Bowles

Address: 840 Malcolm Road, Suite 200, Burlingame, CA, 94010

Telephone number(s): (650)-697-6000

Email(s): amurphy@cpmlegal.com, bbowles@bowlesverna.com

Is counsel registered for Electronic Filing in the 9th Circuit? ◉ Yes ○ No

---

**Appellees**

Name(s) of party/parties:

Tetra Tech EC, Inc., Tetra Tech, Inc., William Dougherty, and Andrew Bolt

Name(s) of counsel (if any):

Davina Pujari, Christopher A. Rheinheimer

Address: 101 Second Street, 17th Floor, San Francisco, CA 94105

Telephone number(s): (415) 874-4230

Email(s): dpujari@mayerbrown.com; crheinheimer@mayerbrown.com

---

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Kenneth Kim
Kwok Yee Karina Yip

Name(s) of counsel (if any):

Joseph W. Cotchett, Anne Marie Murphy, Blair V. Kittle, Pierce H. Stanley, J. Grace Seifert, Bradley B. Bowles

Address: 840 Malcolm Road, Suite 200, Burlingame, CA, 94010

Telephone number(s): (650)-697-6000

Email(s): amurphy@cpmlegal.com, bbowles@bowlesverna.com

Is counsel registered for Electronic Filing in the 9th Circuit? ◉ Yes ○ No

**Appellees**

Name(s) of party/parties:

Tetra Tech EC, Inc., Tetra Tech, Inc., William Dougherty, and Andrew Bolt

Name(s) of counsel (if any):

Davina Pujari, Christopher A. Rheinheimer

Address: 101 Second Street, 17th Floor, San Francisco, CA 94105

Telephone number(s): (415) 874-4230

Email(s): dpujari@mayerbrown.com; crheinheimer@mayerbrown.com

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Lama Nachman
Lara Woo

Name(s) of counsel (if any):

Joseph W. Cotchett, Anne Marie Murphy, Blair V. Kittle, Pierce H. Stanley, J. Grace Seifert, Bradley B. Bowles

Address: 840 Malcolm Road, Suite 200, Burlingame, CA, 94010

Telephone number(s): (650)-697-6000

Email(s): amurphy@cpmlegal.com, bbowles@bowlesverna.com

Is counsel registered for Electronic Filing in the 9th Circuit? (•) Yes ( ) No

---

**Appellees**

Name(s) of party/parties:

Tetra Tech EC, Inc., Tetra Tech, Inc., William Dougherty, and Andrew Bolt

Name(s) of counsel (if any):

Davina Pujari, Christopher A. Rheinheimer

Address: 101 Second Street, 17th Floor, San Francisco, CA 94105

Telephone number(s): (415) 874-4230

Email(s): dpujari@mayerbrown.com; crheinheimer@mayerbrown.com

---

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Lien Hidrobo
Malia Mulherin

Name(s) of counsel (if any):

Joseph W. Cotchett, Anne Marie Murphy, Blair V. Kittle, Pierce H. Stanley, J. Grace Seifert, Bradley B. Bowles

Address: 840 Malcolm Road, Suite 200, Burlingame, CA, 94010

Telephone number(s): (650)-697-6000

Email(s): amurphy@cpmlegal.com, bbowles@bowlesverna.com

Is counsel registered for Electronic Filing in the 9th Circuit? ◉ Yes ○ No

**Appellees**

Name(s) of party/parties:

Tetra Tech EC, Inc., Tetra Tech, Inc., William Dougherty, and Andrew Bolt

Name(s) of counsel (if any):

Davina Pujari, Christopher A. Rheinheimer

Address: 101 Second Street, 17th Floor, San Francisco, CA 94105

Telephone number(s): (415) 874-4230

Email(s): dpujari@mayerbrown.com; crheinheimer@mayerbrown.com

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Manda Choi
Mary Ann Kripinski

Name(s) of counsel (if any):

Joseph W. Cotchett, Anne Marie Murphy, Blair V. Kittle, Pierce H. Stanley, J. Grace Seifert, Bradley B. Bowles

Address: 840 Malcolm Road, Suite 200, Burlingame, CA, 94010

Telephone number(s): (650)-697-6000

Email(s): amurphy@cpmlegal.com, bbowles@bowlesverna.com

Is counsel registered for Electronic Filing in the 9th Circuit? ◉ Yes ○ No

---

**Appellees**

Name(s) of party/parties:

Tetra Tech EC, Inc., Tetra Tech, Inc., William Dougherty, and Andrew Bolt

Name(s) of counsel (if any):

Davina Pujari, Christopher A. Rheinheimer

Address: 101 Second Street, 17th Floor, San Francisco, CA 94105

Telephone number(s): (415) 874-4230

Email(s): dpujari@mayerbrown.com; crheinheimer@mayerbrown.com

---

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Mary Jane McGeoy

Name(s) of counsel (if any):

Joseph W. Cotchett, Anne Marie Murphy, Blair V. Kittle, Pierce H. Stanley, J. Grace Seifert, Bradley B. Bowles

Address: 840 Malcolm Road, Suite 200, Burlingame, CA, 94010

Telephone number(s): (650)-697-6000

Email(s): amurphy@cpmlegal.com, bbowles@bowlesverna.com

Is counsel registered for Electronic Filing in the 9th Circuit? ◉ Yes ○ No

**Appellees**

Name(s) of party/parties:

Tetra Tech EC, Inc., Tetra Tech, Inc., William Dougherty, and Andrew Bolt

Name(s) of counsel (if any):

Davina Pujari, Christopher A. Rheinheimer

Address: 101 Second Street, 17th Floor, San Francisco, CA 94105

Telephone number(s): (415) 874-4230

Email(s): dpujari@mayerbrown.com; crheinheimer@mayerbrown.com

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Matthew Vo
Matthieu Stemmelen

Name(s) of counsel (if any):

Joseph W. Cotchett, Anne Marie Murphy, Blair V. Kittle, Pierce H. Stanley, J. Grace Seifert, Bradley B. Bowles

Address: 840 Malcolm Road, Suite 200, Burlingame, CA, 94010

Telephone number(s): (650)-697-6000

Email(s): amurphy@cpmlegal.com, bbowles@bowlesverna.com

Is counsel registered for Electronic Filing in the 9th Circuit? ◉ Yes ○ No

---

**Appellees**

Name(s) of party/parties:

Tetra Tech EC, Inc., Tetra Tech, Inc., William Dougherty, and Andrew Bolt

Name(s) of counsel (if any):

Davina Pujari, Christopher A. Rheinheimer

Address: 101 Second Street, 17th Floor, San Francisco, CA 94105

Telephone number(s): (415) 874-4230

Email(s): dpujari@mayerbrown.com; crheinheimer@mayerbrown.com

---

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Meng Huang
Michael Spencer

Name(s) of counsel (if any):

Joseph W. Cotchett, Anne Marie Murphy, Blair V. Kittle, Pierce H. Stanley, J. Grace Seifert, Bradley B. Bowles

Address: 840 Malcolm Road, Suite 200, Burlingame, CA, 94010

Telephone number(s): (650)-697-6000

Email(s): amurphy@cpmlegal.com, bbowles@bowlesverna.com

Is counsel registered for Electronic Filing in the 9th Circuit? ◉ Yes ○ No

---

**Appellees**

Name(s) of party/parties:

Tetra Tech EC, Inc., Tetra Tech, Inc., William Dougherty, and Andrew Bolt

Name(s) of counsel (if any):

Davina Pujari, Christopher A. Rheinheimer

Address: 101 Second Street, 17th Floor, San Francisco, CA 94105

Telephone number(s): (415) 874-4230

Email(s): dpujari@mayerbrown.com; crheinheimer@mayerbrown.com

---

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Michael Stevens
Monica Padilla-Stemmelen

Name(s) of counsel (if any):

Joseph W. Cotchett, Anne Marie Murphy, Blair V. Kittle, Pierce H. Stanley, J. Grace Seifert, Bradley B. Bowles

Address: 840 Malcolm Road, Suite 200, Burlingame, CA, 94010

Telephone number(s): (650)-697-6000

Email(s): amurphy@cpmlegal.com, bbowles@bowlesverna.com

Is counsel registered for Electronic Filing in the 9th Circuit? ◉ Yes ○ No

---

**Appellees**

Name(s) of party/parties:

Tetra Tech EC, Inc., Tetra Tech, Inc., William Dougherty, and Andrew Bolt

Name(s) of counsel (if any):

Davina Pujari, Christopher A. Rheinheimer

Address: 101 Second Street, 17th Floor, San Francisco, CA 94105

Telephone number(s): (415) 874-4230

Email(s): dpujari@mayerbrown.com; crheinheimer@mayerbrown.com

---

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Naval Shah
Paul Yue, individually and as trustee of the Yue Family Trust

Name(s) of counsel (if any):

Joseph W. Cotchett, Anne Marie Murphy, Blair V. Kittle, Pierce H. Stanley, J. Grace Seifert, Bradley B. Bowles

Address: 840 Malcolm Road, Suite 200, Burlingame, CA, 94010

Telephone number(s): (650)-697-6000

Email(s): amurphy@cpmlegal.com, bbowles@bowlesverna.com

Is counsel registered for Electronic Filing in the 9th Circuit? ◉ Yes ○ No

---

**Appellees**

Name(s) of party/parties:

Tetra Tech EC, Inc., Tetra Tech, Inc., William Dougherty, and Andrew Bolt

Name(s) of counsel (if any):

Davina Pujari, Christopher A. Rheinheimer

Address: 101 Second Street, 17th Floor, San Francisco, CA 94105

Telephone number(s): (415) 874-4230

Email(s): dpujari@mayerbrown.com; crheinheimer@mayerbrown.com

---

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Rahim Ibrahim
Ram Fenster

Name(s) of counsel (if any):

Joseph W. Cotchett, Anne Marie Murphy, Blair V. Kittle, Pierce H. Stanley, J. Grace Seifert, Bradley B. Bowles

Address: 840 Malcolm Road, Suite 200, Burlingame, CA, 94010

Telephone number(s): (650)-697-6000

Email(s): amurphy@cpmlegal.com, bbowles@bowlesverna.com

Is counsel registered for Electronic Filing in the 9th Circuit? ◉ Yes ○ No

**Appellees**

Name(s) of party/parties:

Tetra Tech EC, Inc., Tetra Tech, Inc., William Dougherty, and Andrew Bolt

Name(s) of counsel (if any):

Davina Pujari, Christopher A. Rheinheimer

Address: 101 Second Street, 17th Floor, San Francisco, CA 94105

Telephone number(s): (415) 874-4230

Email(s): dpujari@mayerbrown.com; crheinheimer@mayerbrown.com

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Ramez Nachman
Riley Smith

Name(s) of counsel (if any):

Joseph W. Cotchett, Anne Marie Murphy, Blair V. Kittle, Pierce H. Stanley, J. Grace Seifert, Bradley B. Bowles

Address: 840 Malcolm Road, Suite 200, Burlingame, CA, 94010

Telephone number(s): (650)-697-6000

Email(s): amurphy@cpmlegal.com, bbowles@bowlesverna.com

Is counsel registered for Electronic Filing in the 9th Circuit? ◉ Yes ○ No

---

**Appellees**

Name(s) of party/parties:

Tetra Tech EC, Inc., Tetra Tech, Inc., William Dougherty, and Andrew Bolt

Name(s) of counsel (if any):

Davina Pujari, Christopher A. Rheinheimer

Address: 101 Second Street, 17th Floor, San Francisco, CA 94105

Telephone number(s): (415) 874-4230

Email(s): dpujari@mayerbrown.com; crheinheimer@mayerbrown.com

---

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Salila Agbayani
Sallie Spencer

Name(s) of counsel (if any):

Joseph W. Cotchett, Anne Marie Murphy, Blair V. Kittle, Pierce H. Stanley, J. Grace Seifert, Bradley B. Bowles

Address: 840 Malcolm Road, Suite 200, Burlingame, CA, 94010

Telephone number(s): (650)-697-6000

Email(s): amurphy@cpmlegal.com, bbowles@bowlesverna.com

Is counsel registered for Electronic Filing in the 9th Circuit? ◉ Yes ○ No

**Appellees**

Name(s) of party/parties:

Tetra Tech EC, Inc., Tetra Tech, Inc., William Dougherty, and Andrew Bolt

Name(s) of counsel (if any):

Davina Pujari, Christopher A. Rheinheimer

Address: 101 Second Street, 17th Floor, San Francisco, CA 94105

Telephone number(s): (415) 874-4230

Email(s): dpujari@mayerbrown.com; crheinheimer@mayerbrown.com

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Serena Shin, individually and as trustee of the Shin Family Trust
Shannon R. Hetrick

Name(s) of counsel (if any):

Joseph W. Cotchett, Anne Marie Murphy, Blair V. Kittle, Pierce H. Stanley, J. Grace Seifert, Bradley B. Bowles

Address: 840 Malcolm Road, Suite 200, Burlingame, CA, 94010

Telephone number(s): (650)-697-6000

Email(s): amurphy@cpmlegal.com, bbowles@bowlesverna.com

Is counsel registered for Electronic Filing in the 9th Circuit? ◉ Yes ○ No

---

**Appellees**

Name(s) of party/parties:

Tetra Tech EC, Inc., Tetra Tech, Inc., William Dougherty, and Andrew Bolt

Name(s) of counsel (if any):

Davina Pujari, Christopher A. Rheinheimer

Address: 101 Second Street, 17th Floor, San Francisco, CA 94105

Telephone number(s): (415) 874-4230

Email(s): dpujari@mayerbrown.com; crheinheimer@mayerbrown.com

---

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Siyun Wang
Steve Kim

Name(s) of counsel (if any):

Joseph W. Cotchett, Anne Marie Murphy, Blair V. Kittle, Pierce H. Stanley, J. Grace Seifert, Bradley B. Bowles

Address: 840 Malcolm Road, Suite 200, Burlingame, CA, 94010

Telephone number(s): (650)-697-6000

Email(s): amurphy@cpmlegal.com, bbowles@bowlesverna.com

Is counsel registered for Electronic Filing in the 9th Circuit? ◉ Yes ○ No

---

**Appellees**

Name(s) of party/parties:

Tetra Tech EC, Inc., Tetra Tech, Inc., William Dougherty, and Andrew Bolt

Name(s) of counsel (if any):

Davina Pujari, Christopher A. Rheinheimer

Address: 101 Second Street, 17th Floor, San Francisco, CA 94105

Telephone number(s): (415) 874-4230

Email(s): dpujari@mayerbrown.com; crheinheimer@mayerbrown.com

---

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Thomas Kripinski
Timothy Glanville

Name(s) of counsel (if any):

Joseph W. Cotchett, Anne Marie Murphy, Blair V. Kittle, Pierce H. Stanley, J. Grace Seifert, Bradley B. Bowles

Address: 840 Malcolm Road, Suite 200, Burlingame, CA, 94010

Telephone number(s): (650)-697-6000

Email(s): amurphy@cpmlegal.com, bbowles@bowlesverna.com

Is counsel registered for Electronic Filing in the 9th Circuit? ◉ Yes ○ No

---

**Appellees**

Name(s) of party/parties:

Tetra Tech EC, Inc., Tetra Tech, Inc., William Dougherty, and Andrew Bolt

Name(s) of counsel (if any):

Davina Pujari, Christopher A. Rheinheimer

Address: 101 Second Street, 17th Floor, San Francisco, CA 94105

Telephone number(s): (415) 874-4230

Email(s): dpujari@mayerbrown.com; crheinheimer@mayerbrown.com

---

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Untray Brown
Vendy Kong

Name(s) of counsel (if any):

Joseph W. Cotchett, Anne Marie Murphy, Blair V. Kittle, Pierce H. Stanley, J. Grace Seifert, Bradley B. Bowles

Address: 840 Malcolm Road, Suite 200, Burlingame, CA, 94010

Telephone number(s): (650)-697-6000

Email(s): amurphy@cpmlegal.com, bbowles@bowlesverna.com

Is counsel registered for Electronic Filing in the 9th Circuit? ◉ Yes ○ No

---

**Appellees**

Name(s) of party/parties:

Tetra Tech EC, Inc., Tetra Tech, Inc., William Dougherty, and Andrew Bolt

Name(s) of counsel (if any):

Davina Pujari, Christopher A. Rheinheimer

Address: 101 Second Street, 17th Floor, San Francisco, CA 94105

Telephone number(s): (415) 874-4230

Email(s): dpujari@mayerbrown.com; crheinheimer@mayerbrown.com

---

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Wilfren Yun
Xiaolu Li

Name(s) of counsel (if any):

Joseph W. Cotchett, Anne Marie Murphy, Blair V. Kittle, Pierce H. Stanley, J. Grace Seifert, Bradley B. Bowles

Address: 840 Malcolm Road, Suite 200, Burlingame, CA, 94010

Telephone number(s): (650)-697-6000

Email(s): amurphy@cpmlegal.com, bbowles@bowlesverna.com

Is counsel registered for Electronic Filing in the 9th Circuit? ◉ Yes ○ No

---

**Appellees**

Name(s) of party/parties:

Tetra Tech EC, Inc., Tetra Tech, Inc., William Dougherty, and Andrew Bolt

Name(s) of counsel (if any):

Davina Pujari, Christopher A. Rheinheimer

Address: 101 Second Street, 17th Floor, San Francisco, CA 94105

Telephone number(s): (415) 874-4230

Email(s): dpujari@mayerbrown.com; crheinheimer@mayerbrown.com

---

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*