UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 14 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

PENNINGTON PLAINTIFFS,

Plaintiffs - Appellants,

SAN FRANCISCO SHIPYARD RESIDENTS,

Plaintiff,

v.

TETRA TECH EC, INC.; et al.,

Defendants - Appellees,

LENNAR CORPORATION; et al.,

Defendants.

No. 26-5960

D.C. No.
3:18-cv-05330-JD
Northern District of California,
San Francisco

ORDER

For court efficiency and administration, the court has decided to process this case as a Large Party Case.

All plaintiffs-appellants have been listed under one group name on the docket. All parties have been identified in Exhibit A to this order. The plaintiffs-appellants will proceed under the grouping name of "Pennington Plaintiffs" as listed in the above caption, in this case.

Moving forward, the phrase "Pennington Plaintiffs" in any court notice,

order, or opinion in this case will refer to all plaintiffs-appellants listed in Exhibit A. The case will proceed under the name: Pennington Plaintiffs, et al. v. Tetra Tech EC, Inc., et al.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

**Exhibit A: Pennington Plaintiffs**

| First Name | Middle Name | Last Name | Generation |
|---|---|---|---|
| Linda | Parker | Pennington | |
| Greg | | Pennington | |
| Jorge | | Hidrobo | |
| Lien | | Chi | |
| Cory | | Groom | |
| Cicely | | Tan | |
| Riley | | Smith | |
| Heather | | Watkins | |
| Honoria | | Baxter | |
| Jedidiah | | Burack | |
| Untray | | Brown | |
| Eric | S. | Vanderpool | |
| Joseph | | Fraga | |
| Shannon | R. | Hetrick | |
| Matthew | | Vo | |
| Manda | | Choi | |
| Anil | | Vittal | |
| Janjri | | Desai | |
| Meng | | Huang | |
| Siyun | | Wang | |
| Wilfred | | Yun | |
| Kwok | | Yee | |
| Karina | | Yip | |
| Brian | | Yee | |
| Brett | | Hanlon | |
| Anthony | | Booth | |
| Casey | | Woo | |
| Lara | | Woo | |
| David | | Yu | |
| Jerrold | | Polansky | |
| Jengjia | | Chen | |
| Adam | | O'Brien | |
| Richa | | Wilson | |
| Alain | | Chuntraruk | |
| Li | | Qian | |
| Alok | | Sonthalia | |
| Uma | | Sonthalia | |
| Rekha | | Amer | |
| Amer | | Lal | |
| Ergun | | Genc | |
| Bahar | | Genc | |

| | | | |
|---|---|---|---|
| Farley | | Lee | |
| Christopher | | Lee | |
| Glenn | | Lobo | |
| Geremy | | Lobo | |
| Maria | | Lobo | |
| Genine | | Lobo | |
| Jenna | | Hansen | |
| Jonathan | Chuck | Lee | |
| Valerie | Nguyen | Lee | |
| Susan | | Liang | |
| Jose | | Yan | |
| Julie | | Bukar | |
| Kelly | | Fox | |
| Rafe | | Gabel | |
| Vivek | | Sharma | |
| Kiran | | Sharma | |
| Lixin | | Zhou | |
| Libing | | Sun | |
| Lilibeth | | Debest | |
| Peter | | Debest | |
| Lillian | | Djavaheri | |
| Mark | | Barthel | |
| Michael | John | Stevens | |
| Michael | | Nguyen | |
| Minakshi | | Mukherjee | |
| Suvasis | | Mukherjee | |
| Nahar | | Doshi | |
| Rajesh | | Berry | |
| Namrata | | Berry | |
| Nigel | | Poor | |
| Richard | | Peterson | |
| James | | Gosnell | |
| Paul | | Gardner | |
| Charles | A. | Morgan | |
| Robert | | Knigge | |
| Zara | | Janer | |
| Roberto | | Rodriguez | |
| Robin | | Denevan | |
| Ronald | Jeffrey | Cabrera | |
| Mary | Marjorie | Cabrera | |
| Ryan | | Delaney | |
| Sandeep | | Banerjee | |
| Taposhi | | Chatterjee | |
| Yuling | | Gao | |

| | | | |
|---|---|---|---|
| Siming | | Xu | |
| Andrew | | Kaplan | |
| Anirvan | Raja | Datta | |
| Bingying | | Wang | |
| Brian | | Kogut | |
| Brian | | Truong | |
| Charles | A. | Morgan | |
| Chenlu | | Zhu | |
| Christine | | Farrell | |
| Christophe | | Crombez | |
| Christopher | M.H. | Davidson | |
| Christopher | | Lee | |
| Darren | | Wallace | |
| David | C. | Castano | |
| Duan | Stephanie | Yang | |
| Elisa-Maria | | Torres | |
| Francis (Frank) | John | Russo | |
| Fuching (Jack) | | Chi | |
| Imin | | Lee | |
| Irma | | Frias-Castro | |
| James | | Gosnell | |
| Jewel | | Robinson | |
| Jin (Jinney) | | Yun | |
| Jinpeng (Jim) | | Zhu | |
| Joan | | Beach | |
| John | D. | Choi | |
| John | Wesley | Darden | Jr. |
| Jonah | | Hershowitz | |
| Karla | | Bravo | |
| Liang | | Xu | |
| Melissa | | Dudum-Maya | |
| Michael | | Lin | |
| Oleksandr (Sasha) | | Yegorov | |
| Paloma | | Dudum-Maya | |
| Ramiro | | Castro | |
| Richard | | Beach | |
| Richard | J. | De Francesco | |
| Salustiano (Salu) | | Ribeiro | |
| Sean | | LaRrett | |
| Shili | | Lee | |
| So | | Yeon | |
| Theodore | | Ellington | |
| Theresa | | Duncan | |
| Thomas | | Lupton | |

| | | | |
|---|---|---|---|
| Victoria | | Ellington | |
| Weili | | Cao | |
| Wontaek | | Na | |
| Afsheen | | Ahmad | |
| Alexander | | Deschamps | |
| Anna | Aldrete | Springer | |
| Cara | | Uribe | |
| Catherine | | Chu | |
| Christine | | Omata | |
| Conor | | Mulherin | |
| David | | Shin | |
| David | | Tsai | |
| David | | Springer | |
| Desmond | | Chan | |
| Duy | Minh | Nguyen | |
| Edgar | | Agbayani | |
| Fariz | | Sadeq | |
| Francis | | Zamora | |
| Gabriel | | Gagner | |
| Gregory | | Coussa | |
| Gulnur | | Tumbat | |
| Heda | | Koh | |
| Howard | | Yung | |
| Hye | Sook | Um | |
| Jaclynn | | Coussa | |
| Janet | | Yue | |
| Jason | L. | Fried | |
| Jessie | | Deschamps | |
| Jonathan | | Uribe | |
| Judy | | Jen | |
| Jun | Ja | Ha | |
| Juyoung | | Kim | |
| Kenneth | | Kim | |
| Lama | | Nachman | |
| Malia | | Mulherin | |
| Mary | Ann | Kripinski | |
| Mary | Jane | McGeoy | |
| Matthieu | | Stemmelen | |
| Meng | | Huang | |
| Michael | | Spencer | |
| Michael | | Stevens | |
| Monica | | Padilla-Stemmelen | |
| Naval | | Shah | |
| Paul | | Yue | |

| | | | |
|---|---|---|---|
| Rahim | | Ibrahim | |
| Ram | | Fenster | |
| Ramez | | Nachman | |
| Salila | | Agbayani | |
| Sallie | | Spencer | |
| Serena | | Shin | |
| Steve | | Kim | |
| Thomas | | Kripinski | |
| Timothy | | Glanville | |
| Vendy | | Kong | |
| Wilfren | | Yun | |
| Xiaolu | | Li | |